DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **NOTICE OF RELATED CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, pursuant to D. Ak. Local Rule 40.2, and hereby notifies the Court of a pending criminal case that is related to this civil forfeiture proceeding. The related criminal case was brought before the United States District Court for the District of Alaska, titled United States v. Thomas P.

<u>Ranes, et al.</u>, Case No. 3:06-cr-00041-RRB, pursuant to an April 19, 2006 Indictment. The criminal case is related to this civil forfeiture case because the Defendant real property is subject to forfeiture in this case based upon the same factual basis involved in the criminal case. Therefore, because the criminal case is still pending before the Court, assignment of both cases to the Honorable Ralph R. Beistline would likely be the most efficient use of judicial time and resources.

DATED this 18th day of May, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/Frank V. Russo
>FRANK V. RUSSO
>Assistant U.S. Attorney
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-5071
>Fax: (907) 271-1500
>E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF RELATED CASE was served via Certified U.S. Mail, Return Receipt Requested, this 18th day of May, 2006, on:

Estate of Joe Bryant

Thomas Cody
c/o Mom

s/Frank V. Russo