DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. |
| --- | --- | --- |
| Plaintiff, | ) ) ) | **APPLICATION FOR WRIT OF ENTRY FOR INSPECTION** |
| v. | ) ) | |
| THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby moves this Court for an order permitting entry upon and inspection of the following three pieces of real property ("Defendant Property"), described in the Verified Complaint for

Forfeiture in this case:

1. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 1301 MULDOON ROAD, Anchorage, Alaska 99504, more particularly described as Tract B, Muldoon Estates, according to the official plat thereof, filed under Plat Number 71-113, Records of the Anchorage Recording District, Third Judicial District, State of Alaska;

2. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 1625 E. 64TH AVENUE, Anchorage, Alaska 99507, more particularly described as Lot Thirty-Eight (38), Dowling Subdivision, according to the official plat thereof, filed under Plat No. P-250-B, in the Records of the Anchorage Recording District, Third Judicial District, State of Alaska; and

3. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, commonly known as NHN HILLCREST S/D 8 LOTS, Anchorage, Alaska 99515, more particularly described as:

   Parcel Number 1:
   Lots One (1) and Two (2), Block One (1), of Hillcrest Subdivision, according to Plat 70-136, filed in the Anchorage Recording District, Third Judicial District, State of Alaska; and

   Parcel Number 2:
   Lots One (1), Two (2), Three (3), Four (4), Five (5) and Six (6), Block Five (5), of Hillcrest Subdivision, according to Plat 71-118, filed in the Anchorage Recording District, Third Judicial District, State of Alaska.

By this Application, the United States is not seeking authorization to seize or arrest the property, but only to enter the property to conduct an inspection and any necessary inventory of the property, including personalty and fixtures, and thereafter to conduct periodic inspections of the properties' interior and exterior as is necessary to maintain, protect, and preserve the property pending the outcome of the litigation in this case. 18

U.S.C. § 985(b)(2). The writ of entry applied for is much more limited in scope than the alternative available by statute: warrant of arrest in rem, see 18 U.S.C. § 985(d).

Members of the Department of the Treasury have been instructed that the writ of entry, if granted, is not an arrest warrant, a search warrant, or a seizure warrant for the Defendant Property. They have further been advised that they are not to participate in any searches or seizures involving criminal evidence, unless those activities are duly supported by a warrant independent of the writ of entry. The sole purpose of the writ is to conduct a physical inspection of the Defendant Property in order to assess it for forfeiture purposes, as the United States Department of the Treasury, or its contractor, EG&G, would eventually become the custodian responsible for the Defendant Property.

DATED this 18th day of May, 2006 in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/Frank V. Russo
> FRANK V. RUSSO
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing APPLICATION FOR WRIT OF ENTRY FOR INSPECTION and proposed WRIT OF ENTRY were served via Certified U.S. Mail, Return Receipt Requested, this 18th day of May, 2006, on:

Estate of Joe Bryant
3705 Arctic Blvd. #1816
Anchorage, AK 99503

Thomas Cody
c/o Nada Mortensson
3731 214th Lane NW
Oak Grove, MN 55303

Gary D. De Pue
1625 E. 64th Avenue, #16
Anchorage, AK 99507


s/Frank V. Russo