IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **WRIT OF ENTRY FOR** |
| | ) | **INSPECTION** |
| v. | ) | |
| | ) | |
| THREE PIECES OF REAL | ) | |
| PROPERTY LOCATED AT | ) | |
| 1301 MULDOON ROAD, | ) | |
| ANCHORAGE, ALASKA 99504, | ) | |
| 1625 E. 64th AVENUE, | ) | |
| ANCHORAGE, ALASKA 99507, AND | ) | |
| NHN HILLCREST S/D 8 LOTS, | ) | |
| ANCHORAGE, ALASKA 99515, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

WHEREAS the three parcels of real property ("Defendant Property") were civilly charged (Docket 1) and are subject to forfeiture under federal law;

AND WHEREAS the United States has applied for an order permitting entry into said property for physical and structural inspection and for periodic inspections of the property by the United States Department of the Treasury, or its contractor, EG&G, as custodian of the same, and good cause appearing in the United States' Application in this matter,

IT IS THEREFORE ORDERED that the United States Department of the Treasury, or its contractor, EG&G, may enter the Defendant Property to conduct reasonable and necessary structural and physical inspections at reasonable times (between 6:00 a.m. and 10:00 p.m.). Prior to any entry of the property, the United States Department of the Treasury

shall advise any occupant present on the premises that a Complaint for Forfeiture has been filed alleging that the property is subject to forfeiture and of the issuance of this Writ permitting the United States Department of the Treasury to enter the premises for the purpose of conducting an inspection and any necessary inventory of the property. The United States Department of the Treasury shall further advise any person residing on the premises of the terms and conditions of any occupant agreement which the government may eventually require. In conducting the inspection, the United States Department of the Treasury, or its contractor, EG&G, may inspect the premises and take photographs or videotape recordings of both the interior and exterior of the property.

IT IS FURTHER ORDERED that the United States Department of the Treasury, or its contractor, EG&G, shall thereafter conduct periodic inspections of the Defendant properties' interior and exterior at reasonable times (between 6:00 a.m. and 10:00 p.m.), as is necessary to maintain and preserve the property.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE