DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **MOTION FOR LEAVE TO FILE** |
| | ) | **SEALED AFFIDAVIT IN SUPPORT** |
| v. | ) | **OF CIVIL FORFEITURE COMPLAINT** |
| | ) | |
| THREE PIECES OF REAL | ) | |
| PROPERTY LOCATED AT | ) | |
| 1301 MULDOON ROAD, | ) | |
| ANCHORAGE, ALASKA 99504, | ) | |
| 1625 E. 64th AVENUE, | ) | |
| ANCHORAGE, ALASKA 99507, AND | ) | |
| NHN HILLCREST S/D 8 LOTS, | ) | |
| ANCHORAGE, ALASKA 99515, | ) | |
| | ) | |
| Defendants. | ) | |

    COMES NOW Plaintiff United States of America, by and through counsel, and hereby moves the Court for leave to file, under seal, the Affidavit of IRS Special Agent Lawrence Calderone in support of the Verified Complaint for Forfeiture. Since the related

criminal case of <u>United States v. Thomas P. Ranes, et al.</u>, Case No. 3:06-cr-00041-RRB, is still pending before the Court, the government seeks to protect the identities of, and information provided by, the confidential witnesses and co-defendants. The subject Affidavit reveals communications and evidence involving marijuana distribution and money laundering activities, which are at issue in the criminal case. If the Affidavit was divulged to the public via open filing at the Clerk's Office, the foregoing criminal case, and the identities of the confidential witnesses and co-defendants, would be seriously jeopardized.

WHEREFORE, the government respectfully requests the Court to enter an order allowing the government to file this Affidavit under seal. A proposed order is filed herewith.

DATED this 18th day of May, 2006 in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/Frank V. Russo
> FRANK V. RUSSO
> Assistant U.S. Attorney
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE SEALED AFFIDAVIT IN SUPPORT OF CIVIL FORFEITURE COMPLAINT was served via Certified U.S. Mail, Return Receipt Requested, this 18th day of May, 2006, on:

Estate of Joe Bryant
3705 Arctic Blvd. #1816
Anchorage, AK 99503

Thomas Cody
c/o Nada Mortensson
3731 214th Lane NW
Oak Grove, MN 55303

Gary D. De Pue
1625 E. 64th Avenue, #16
Anchorage, AK 99507

s/Frank V. Russo