IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>THREE PIECES OF REAL<br>PROPERTY LOCATED AT<br>1301 MULDOON ROAD,<br>ANCHORAGE, ALASKA 99504,<br>1625 E. 64th AVENUE,<br>ANCHORAGE, ALASKA 99507, AND<br>NHN HILLCREST S/D 8 LOTS,<br>ANCHORAGE, ALASKA 99515,<br><br>           Defendants. | Case No. **3-06-cv-00118-RRB-JDR**<br><br>**ORDER GRANTING GOVERNMENT'S<br>MOTION TO FILE AFFIDAVIT<br>UNDER SEAL**<br>   (Docket No. 5) |

**IT IS SO ORDERED.**

The government's Motion for Leave to File Sealed Affidavit in Support of Complaint for Forfeiture is hereby **granted**.

DATED this 19th day of May, 2006, at Anchorage, Alaska.

           /s/ John D. Roberts
          JOHN D. ROBERTS
          United States Magistrate Judge