Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Nada Mae Mortenson and the Thomas M. Cody IV Conservatorship

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. A06-___CV___-_____ RRB |
|---|---|
| Plaintiff, | |
| v. | |
| THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515, | **NADA MORTENSON'S VERIFIED STATEMENT OF INTEREST** |
| Defendants. | |

Nada Mortenson, as court-appointed Conservator for Thomas M. Cody, IV, hereby claims an interest in the property at issue in these proceedings as follows:

1.  Thomas M. Cody, IV is a co-owner of all of the properties referenced in Paragraph I (1-3) of the United States' Verified Complaint for Forfeiture.

2. On June 1, 2005, Mr. Cody disappeared and has not been found as of the date of this document.

3. Mr. Cody's legal status is currently that of an absentee. (Ex. A at 2 (attached exemplified Letters of Conservatorship and Order Establishing a Conservatorship and Appointing a Conservator for Thomas M. Cody IV)

4. On August 17, 2005, the Alaska Superior Court established a Conservatorship to manage Mr. Cody's affairs. (Id. at 2-5) Mrs. Mortenson was appointed Conservator. (Id. at 2,4) Mrs. Mortenson is also Mr. Cody's mother and the sole beneficiary named in Mr. Cody's Last Will and Testament.

5. Under Alaska law, as well as the terms of the Conservatorship, Mrs. Mortenson, as Conservator, has the power and obligation to "handle all of Mr. Cody's financial matters and transactions." (Id. at 2)

Therefore, Mrs. Mortenson claims her interest in these proceedings and will timely file an Answer to the United States' Verified Complaint for Forfeiture.

DATED, June 7, 2006, at Anchorage, Alaska

WILL SHERMAN
645 G St., Suite 100 #856
Anchorage, AK 99501
Tel: (907) 277-1966
Fax (866) 398-3561
e-mail: wfs@lexalaska.com
ABA #0205014

NADA MORTENSON'S
VERIFIED STATEMENT OF INTEREST

- 2 -

## VERIFICATION

I have read the contents of the foregoing Verified Statement of Interest, and the supporting documents, and the statements contained therein are true to the best of my knowledge and belief.

I further state that Will Sherman has my permission to enter an appearance in this matter as attorney for myself, as Conservator, and for the Thomas M. Cody IV Conservatorship.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June ___5___, 2006 in _Coon Rapids_, MN

_Nada Mae Mortenson_
Nada Mae Mortenson


SUBSCRIBED AND SWORN to before me on ___5___ June, 2006, at _Coon Rapids_, MN

_Brigette Marie Wilcock_
NOTARY PUBLIC in and for Minnesota
My commission expires __1/31/2010__

BRIGETTE MARIE WILCOCK
Notary Public - Minnesota
My Commission Expires Jan. 31, 2010

**CERTIFICATE OF SERVICE**

I certify that on June ___7___, 2006, a copy of the foregoing document was served upon the following by
___MAIL_____:

Frank V. Russo
Assistant U.S. Attorney
Federal Building and US Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Estate of Joe Bryant
3705 Arctic Blvd. #1816
Anchorage, AK 99503

Gary D. DePue
1625 E. 64th Avenue, #16
Anchorage, AK 99507

_[signature]_
Certification Signature