IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

EXEMPLIFICATION FORM FOR ALASKA COURT RECORDS

## EXEMPLIFICATION

I, Alyce Roberts, Clerk of the Trial Courts (District and Superior Court) at Anchorage, Alaska, do hereby certify that the paper(s) attached to this certificate and listed below are true and correct copy(s) of the original document(s) on file in my office:

```
In the Matter of the Protective Proceeding of Thomas Michael Cody IV

Case number   3AN-05-846PR

Letters Of Conservatorship appointing   Nada Mae Mortenson

Order Establishing A Conservatorship and Appointing A Conservator for
Thomas Michael Cody IV
```

Witness my hand and seal of this court.

10/28/05
Date

_Alyce Roberts_
Alyce Roberts, Clerk of Court

## CERTIFICATE OF JUDGE

I, Dan A. Hensley, Judge of the Superior Court at Anchorage, Alaska, do hereby certify that Alyce Roberts is now, and was at the time of signing and sealing the above attestation, the Clerk of the Trial Courts (District and Superior) at Anchorage, Alaska, and that her attestation is in proper form.

10/28/05
Date

_Dan A. Hensley_
Dan A. Hensley, Superior Court Judge

## CERTIFICATE OF CLERK

I, Alyce Roberts, Clerk of Court in and for the Third Judicial District at Anchorage, Alaska, do hereby certify that Judge Dan A. Hensley is duly elected and qualified as Judge of said Court and is the Presiding Judge thereof and that the signature of said Judge to said certificate is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of this court.

10/28/05
Date

_Alyce Roberts_
Alyce Roberts, Clerk of Court
Anchorage Trial Courts
Third Judicial District

3AN-017ADM (09/01)
Exemplification Form

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE



FILED in the Trial Courts
State of Alaska, Third District
AUG 4 2005
By_____
Clerk of Trial Courts
_____Deputy

In the Matter of the Protective Proceeding of

THOMAS MICHAEL CODY IV,

Respondent,

NADA MAE MORTENSON,

Petitioner.

Case No. 3AN-05-846 PR

**LETTERS OF CONSERVATORSHIP**

Nada Mortenson is appointed conservator of Thomas Michael Cody IV, an absentee.

Mrs. Mortenson is granted all powers and duties to act as conservator for Mr. Cody as enumerated in Alaska Statutes 13.26.225-305, including to handle all of Mr. Cody's financial matters and transactions and to have access to all Mr. Cody's accounts and to investigate and determine the extent of Mr. Cody's holdings. The following restrictions shall apply:

1) All funds received as income to Mr. Cody and all net proceeds from any sale of his real estate holdings shall be deposited in one of Mr. Cody's preexisting cash or investment accounts.

2) The conservator shall notify the Court by motion and receive the Court's permission prior to making any payments on Mr. Cody's behalf for obligations incurred prior to his disappearance or for expenses arising as a result of this conservatorship.

WILL SHERMAN, ATTORNEY
1042 H STREET ANCHORAGE, AK 99501
TEL:(907) 277-1966 FAX: (866) 398-3561
WFS@LEXALASKA.COM

AUG 0 4 2005

Dated this __17__ day of August, 2005.

_____
Hon. John E. Duggan

WILL SHERMAN, ATTORNEY
1042 H STREET ANCHORAGE, AK 99501
TEL:(907) 277-1966 FAX: (866) 398-3561
WFS@LEXALASKA.COM

I CERTIFY THAT ON __8/23/05__
COPIES OF THIS FORM WERE SENT
TO __Sherman__
          CLERK
    Mortensen

**LETTERS OF CONSERVATORSHIP**
*In the Matter of the Protective Proceeding of Thomas Michael Cody IV; Case No.: 3AN-05-846 PR*
Page 2 of 2

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

In the Matter of the Protective Proceeding of

THOMAS MICHAEL CODY IV,

                Respondent,

NADA MAE MORTENSON,

                Petitioner.

Case No. 3AN-05-00846PR

**ORDER ESTABLISHING A CONSERVATORSHIP AND APPOINTING A CONSERVATOR FOR THOMAS MICHAEL CODY IV**

This Court has considered all the briefing, testimony and evidence presented in this proceeding, has conducted a Conservatorship Hearing and has found that proper notice has been given to all necessary entities.

The Court finds that establishment of a conservatorship is necessary to protect Mr. Cody's assets due to his disappearance. Thus the Court ORDERS the conservatorship be established and continue in force until the Court deems it is no longer necessary. The Court further appoints Mr. Cody's mother, Nada Mae Mortenson, conservator for Mr. Cody. Due to the circumstances of this case, the Court finds that no bond shall be necessary to establish the conservatorship. This Conservatorship is subject to the following requirements:

1) Mrs. Mortenson shall be granted all powers and duties to act as conservator for Mr. Cody as enumerated in Alaska Statutes 13.26.225-305, including to handle all of Mr. Cody's financial matters and transactions and to have access to all Mr. Cody's accounts

WILL SHERMAN, ATTORNEY
1042 H STREET ANCHORAGE, AK 99501
TEL:(907) 277-1966 FAX: (866) 398-3561
WFS@LEXALASKA.COM

JUL 21 2005

and to investigate and determine the extent of Mr. Cody's holdings;

2) All funds received as income to Mr. Cody and all net proceeds from any sale of his real estate holdings shall be deposited in one of Mr. Cody's preexisting cash or investment accounts;

3) The conservator shall notify the Court by motion and receive the Court's permission prior to making any payments on Mr. Cody's behalf for obligations incurred prior to his disappearance or for expenses arising as a result of this conservatorship.

It is thus ORDERED.

8/17/05    _____
~~Hon. John E. Duggan~~

Recommended for Approval:

_____
Probate Master
Dated: 8/17/05

I CERTIFY THAT ON 8/23/05
COPIES OF THIS FORM WERE SENT
TO _____
CLERK
Sherman

WILL SHERMAN, ATTORNEY
1042 H STREET ANCHORAGE, AK 99501
TEL:(907) 277-1966 FAX: (866) 398-3561
WFS@LEXALASKA.COM

ORDER ESTABLISHING A CONSERVATORSHIP AND APPOINTING A CONSERVATOR FOR THOMAS MICHAEL CODY IV
*In the Matter of the Protective Proceeding of Thomas Michael Cody IV; Case No. 3AN-05-00846PR*
Page 2 of 2