LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

RECEIVED

JUN 1 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA )
             Plaintiff, )
v. )
 )
Three Pieces of Real Property )
located at 1301 Muldoon Road et al. )
             Defendants, )
_____ )

Case No.: 3:06-CV-118-RRB

## MOTION TO INTERVENE AND CLAIM PROPERTY
## [F.R.C.P. RULES 24 AND 81]

The petitioner Alaska Greenhouses, Inc., is a corporation organized and existing

under the laws of the State of Alaska and is in good standing with its principal place of

business in the Municipality of Anchorage in the State of Alaska, is authorized to do

and is doing business in the State of Alaska, and respectfully states and represents as

follows:

## I.

The United States by a Verified Complaint has filed a Complaint for Forfeiture

action for the forfeiture of real property, to wit:

Tract B MULDOON ESTATES, according to the official plat thereof, filed
under plat number 71-113, records of the Anchorage Recording District, Third
Judicial District State of Alaska, more commonly known as 1301 Muldoon

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

Road, Anchorage, Alaska, 99504, and:

Lot THIRTY-EIGHT (38), Dowling Subdivision, according to the official plat thereof filed under plat number P-250-B, records of the Anchorage Recording District, Third Judicial District, State of Alaska

## II.

The United States through the United States Attorney's office in Anchorage has filed a *lis pendens* on said property as the government intends and alleges it will request the court to enter an order of judgement seizing and forfeiting such property under Civil Forfeiture Proceedings set forth in the United States Code.

## III.

The petitioner has a claim against said property, as the petitioner sold said property to Mr. Bryant and Mr. Cody in June of 2004 for the amount of $2,219,500 plus taxes and fees wherein they paid $936,293.02 down, the remainder in a Deed of Trust Note for the balance due and owing of $1,300,000.00 plus 7.5% interest (a copy of said Deed of Trust Note is attached hereto and marked **Exhibit A** and incorporated by reference as if fully set out herein), and such Note and the debt is secured by a Deed of Trust recorded in the Anchorage Recording District on November 23, 2004, at recorder's office reference number 2004-087640-0. (A copy of said Deed of Trust is attached hereto and marked **Exhibit B** and incorporated by reference as if fully set out herein.)

## IV.

Pursuant to the Deed of Trust and Deed of Trust Note, the buyers made

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

quarterly interest only payments up to and through February 2006 and have not made the last quarterly payment due in May of 2006. There remains due and owing under the Deed of Trust and the Deed of Trust Note the amount of $1,300,000.00 plus 7.5% interest from February 2006 and this petitioner has by virtue of the Deed of Trust a claim against the said property in which the United States is attempting to seize and forfeit said property and the *lis pendens* has created a cloud upon the title which is the security set forth in the recorded Deed of Trust, all of which is filed in this court and is now pending.

**V.**

The petitioner has a claim based on the Deed of Trust and the Deed of Trust Note and the buyers are in Default under the provisions of the Deed of Trust and therefore by the terms of said Deed of Trust petitioner declares that all sums due under the Deed of Trust and the Deed of Trust Note are now due and payable and that this petitioner as beneficiary under the Deed of Trust is entitled to foreclose its interest in said property to satisfy the debt owed to the petitioner.

**VI.**

The Deed of Trust is in Default, and the petitioner declares the entire balance due immediately due and payable and under the terms of the contract. In addition to the principal and interest at 7.5% petitioner is entitled to costs and attorney fees reasonably expended to protect and collect such debt.

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3:06-CV-118-RRB
Page 3 of 5

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

## VII.

At the time of the sale and closing of this mortgage on said property the petitioner relied in good faith on the buyers as being lawful, honest citizens of the United States and this community, and found no cause to believe or suspect that Mr. Bryant or Mr. Cody had been, or then were, or probably would be, engaged in violating the laws, State or Federal, relating to any money laundering or the sale, or possession of any controlled substance, or in any other matter in violation of title 18 of the United States Code § 1956 or for that matter any other statute of the United States or the State of Alaska.

## VIII.

Petitioner is informed and believes that when it sold its real property and received a Deed of Trust Note and a Deed of Trust to secure the debt owed to the petitioner, the buyers had no reputation as violators of any laws that the petitioner knew of, and the Petitioner further states that it had no knowledge or notice that the property was being or would be used in violation of the laws of the State of Alaska or the United States, or that any funds used in the purchase were obtained through any violation of the criminal laws of the United States or the State of Alaska, and had no reason to suspect any such criminal conduct, and further was informed and therefore believed that the money used for the down payment was borrowed from the 1st National Bank of Alaska. (Attached hereto are Affidavits of Ron Pollock, Carl M. Benson, Wayne Leiser, Carole F. Benson, Paul Sandhofer, and Lloyd Strutz, and a written statement of Richard E.

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

Noble marked **Exhibits** C, D, E, F, G, H, and I respectively and incorporated by reference as if fully set out herein.)

### IX.

Said sale of the above referenced property was an arms length deal.

**WHEREFORE**, petitioner moves this court for an Order permitting it to intervene, and assert its claim to said security or to a remission of forfeiture, and tenders its intervention petition.

DATED this _12_ day of _June_, 2006.

**DeVEAUX AND ASSOCIATES, APC**


BY: _____
LeRoy E. DeVeaux, Esq.
Alaska Bar No.7310040
Attorney for Alaska Greenhouses, Inc.

**CERTIFICATE OF SERVICE:**
I hereby certify that on the _14_ day of June, 2006,
a true and correct copy of the foregoing was
hand delivered by messenger to the following:

Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567


Katherine A. DeVeaux

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3: 06-CV-118-RRB
Page 5 of 5

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906   Facsimile (907) 565-2933