## DEED OF TRUST NOTE

$1,300,000.00

November 22, 2004
Anchorage, Alaska

FOR VALUE RECEIVED, the undersigned Borrowers (Trustor), JOE BRYANT, a single person, and THOMAS MICHAEL CODY, IV, a single person, jointly and severally, promise to pay ALASKA GREENHOUSES, INC., an Alaska corporation, Lender (Beneficiary) or order, the principal sum of One Million Three Hundred Thousand Dollars and No Cents ($1,300,000.00), together with interest as hereinafter set forth:

Quarterly payments in the amount of Twenty-five Thousand Dollars and No Cents ($25,000.00), including interest at the rate of Seven and One-half percent (7.5%) per annum, are due beginning the 23 day of February 2005, and like payments on the 23 day of May 2005 day of August 2005 day of November and 23 day of February of each and every succeeding year thereafter. All sums remaining due of principal and interest shall be paid in full on or before the 23 day of November 2006. Interest shall accrue on said indebtedness beginning the 23 day of November 2004. NOTE: There shall be no prepayment penalty.

The holder of this Note may cause additional parties to be added hereto or release any party hereto, either with or without notice to the undersigned, either as co-maker, endorsers or guarantors, or may extend the time for making any installment provided for herein, or may accept said installment in advance, all without affecting the liability of the undersigned.

Should suit be commenced to collect this Note or any part hereof, the undersigned agree to pay, in addition to the costs and disbursements provided for by statute, a reasonable sum as attorneys' fees in such suit, plus any actual expenditures incurred to secure the payment of or to collect this Note.

The undersigned hereby waive demand, protest and notice of demand, protest and nonpayment. The undersigned hereby consent to the acceptance of further security, including other types of security, all without in any way affecting the liability of such parties and expressly agree that this Note or any part hereunder may be extended from time to time.

If default be made in the payment of any installment due under this Note secured by a Deed of Trust of even date herewith, which default is not cured within thirty (30) days after due date, then the entire principal sum and accrued interest due under this Note shall become at once due and payable at the option of the holder of this Note. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default.

This Note is secured by a Deed of Trust of even date herewith on certain real property in the Anchorage Recording District, Third Judicial District, State of Alaska, which property is described as:

Tract B, MULDOON ESTATES, according to the official plat thereof, filed under Plat Number 71-113, Records of the Anchorage Recording District, Third Judicial District, State of Alaska; and

Lot 38, DOWLING SUBDIVISION, according to the official plat thereof, filed under Plat Number P-250-B, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

The Borrowers (Trustor) are personally obligated and fully liable for the amount due under the Note. The Lender (Beneficiary) has the right to sue on the Note and obtain a personal judgment against the Borrowers for satisfaction of the amount due under the Note either before or after a judicial foreclosure of the Deed of Trust under A.S. 09.45.170 - 09.45.220.

_____
JOE BRYANT

_____
THOMAS MICHAEL CODY, IV, by
JOE BRYANT, his attorney-in-fact

EXHIBIT A
PAGE 1 OF 2

PRICE & PRICE
COUNSELORS & ATTORNEYS AT LAW
1400 W. BENSON BLVD. SUITE 525
ANCHORAGE, ALASKA 99503
PH. (907) 277-6666 • FAX (907) 277-6613

**REQUEST FOR PARTIAL RECONVEYANCE**

Date: _____                                    Anchorage, Alaska

TO: FIDELITY TITLE AGENCY OF ALASKA, LLC

      You are hereby requested to execute and deliver to the party or parties entitled thereto a reconveyance under that Deed of Trust dated the 22 day of November 2004, and recorded the 23 day of November 2004, Serial Number 2004-087640-0, in the records of the Anchorage Recording District, Third Judicial District, State of Alaska, executed by JOE BRYANT, a single person, and THOMAS MICHAEL CODY, IV, a single person, as Trustor, to FIDELITY TITLE AGENCY OF ALASKA, LLC, as Trustee, for the benefit of ALASKA GREENHOUSES, INC., an Alaska corporation, as Beneficiary, that certain property described as:

      The undersigned hereby advises that the note secured hereby together with interest earned and any advances shown to us to be made of buyer on behalf of Beneficiary has been PARTIALLY paid so as to allow this release.

BENEFICIARY:

ALASKA GREENHOUSES, INC.,
an Alaska corporation

_____
BY: WAYNE LEISER
ITS:

_____
BY: CAROLE F. BENSON
ITS: ~~VICE PRESIDENT~~ Treasurer CB

_____
BY: CARL M. BENSON
ITS: SECRETARY

PRICE & PRICE
COUNSELORS & ATTORNEYS AT LAW
1400 W. BENSON BLVD. SUITE 525
ANCHORAGE, ALASKA 99503
PH. (907) 277-6566 • FAX (907) 277-6613

EXHIBIT A
PAGE 2 OF 2