IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Three Pieces of Real Property | ) |
| located at 1301 Muldoon Road et al. | ) |
| Defendants, | ) |
| _____ | ) |

Case No.: 3:06-CV-118-RRB

**AFFIDAVIT OF RON POLLOCK**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

I, **Ron Pollock** being first duly sworn, depose and say:

1. I was the listing agent for the property commonly referred to as 1301 Muldoon Road, Anchorage, Alaska and I have personally knowledge of the facts stated herein.

2. I listed the property in late 2002 or early 2003. It had been previously listed with another real estate licensee without success.

3. After struggling through a series of Purchasers who did not close on the property for a variety of reasons, we actually did close a transaction with Joe Bryant and Tom Cody as Purchasers.

4. Mr. Bryant and Mr. Cody were represented in the transaction by a real estate agent named Dick Noble, of United Realty, LLC. At no time during the transaction did I as the listing agent, interact with the Buyers in any significant way. All the communications were directed from and to Mr. Noble, their agent in this transaction. At

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

no time during the transaction did the Sellers have any contact with the Purchaser. All communications were directed from and to Mr. Noble.

5. The activity history which follows may help to show how this transaction eventually got to the closing table.

6. In April 2003 we received an offer from Venture Development Group, LLC and Muldoon Community Improvement, LLC for $2,750,000.00. Negotiations were not completed and the property stayed on the market. Venture Development Group was represented by Jeff Thon of Prudential Jack White real Estate.

7. In May 2003, we received a offer from Aaron Scott. Mr. Scott was represented by Art Clark of Dynamic Properties. The sale price was $2,700,000.00 with $140,000.00 credit to the Purchaser when he closed. Negotiations were concluded in the first part of June 2003. The closing did not occur due to the Purchasers inability to raise the required capital.

8. In July 2003, we received an offer from Joe Bryant and Tom Cody. The negotiations were not successful and we did not enter into a binding purchasing agreement. Bryant and Cody were represented by Dick Noble of United Realy, LLC.

9. In October 2003, we received an offer from Terry Parks for $1,400,000.00. Mr. Parks was represented by Lee Henry, an agent from Prudential Jack White Real Estate. The offer was so low, we didn't even bother to respond.

10. In October 2003, we received another offer from Venture Development Group, LLC & Muldoon Community Improvement, LLC for $2,250,000.00. They were

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 2 of 4

EXHIBIT C
PAGE 2 OF 4

represented by Jeff Thon of Prudential Jack White Real Estate. We entered into escrow, however, this transaction did not close.

11. In December 2003, we received an offer from Arrakis Properties, LLC represented by Stuart Bond of Bond Stephens & Johnson. We accepted their offer of $2,200,000.00. After their due diligence investigation of the property, Arrakis Properties, declined to move forward and did not close on the transaction.

12. In April 2004, while under contract to Arrakis Properties, LLC we received another offer from Joe Bryant and Tom Cody, again represented by Dick Noble of United Realty, LLC. We successfully negotiated a "back-up" offer with these buyers for $2,300,000.00.

13. We notified Mr. Noble on June 2, 2004 that his Purchasers were now in first position since the previous Purchaser (Arrakis Properties) did not close. The "back-up" purchase agreement was now in place and the parties proceeded toward closing per that agreement. The transaction finally closed in late November 2004.

14. I did not and do not know either Mr. Cody or Mr. Bryant. In fact, I have never laid eyes on them and I'm unaware of any of their business dealings legal or illegal save and except those things which were disclosed as security for the debt for this property namely they had some property which would stand as additional security which was a warehouse. Alaska Greenhouses, Inc., became a second Deed of Trust holder behind First National Bank of Alaska on that warehouse.

15. I only became aware of any alleged criminal conduct on the part of either Mr.

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 3 of 4

EXHIBIT C
PAGE 3 OF 4

Bryant or Mr. Cody when the information came out on the Anchorage news.

Further your Affiant sayeth naught.

DATED this 8th day of June, 2006.

Ron Pollock

SWORN TO AND SUBSCRIBED TO before me on this ___ day of June, 2006, at Anchorage, Alaska.

Notary Public in and for the State of Alaska
My Commission Expires: _____

**CERTIFICATE OF SERVICE:**
I hereby certify that on the 14 day of June, 2006, a true and correct copy of the foregoing was hand delivered by messenger to the following:

Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

Katherine A. DeVeaux

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 4 of 4

EXHIBIT C
PAGE 4 OF 4