IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA )
        Plaintiff, )
v. )
  )
Three Pieces of Real Property )
located at 1301 Muldoon Road et al. )
        Defendants, )
_____ )

Case No.: 3:06-CV-118-RRB

**AFFIDAVIT OF CARL M. BENSON**

STATE OF ALASKA )
        ) ss.
THIRD JUDICIAL DISTRICT )

    I, **Carl M. Benson,** being first duly sworn, depose and say:

1. I am President of Alaska Greenhouses, Inc., and have personal knowledge of the facts stated herein.

2. Alaska Greenhouses is an Alaskan Corporation with 36 shareholders. Attached hereto is a list of all the corporation shareholders.

3. At the time of the sale of the property located at 1301 Muldoon Road, I was one of principal officers of the corporation involved in the sale of this property.

4. I had no knowledge or acquaintance with either Mr. Bryant or Mr. Cody prior to or during the sale of this property to them. To my best recollection I had never personally met either of them until some considerable time after the sale closed. I only met any of the buyers during the time when they were making periodic payments on the mortgage, and was only Joe Bryant I had any contact with at all. That was considerably after the

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906 Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 1 of 3

EXHIBIT D
PAGE 1 OF 4

sale was completed.

5. On behalf of Alaska Greenhouses, Inc., I put the property up for sale.

6. It was on the market for a considerable length of time prior to it being sold to Mr. Bryant and Mr. Cody; in fact they weren't even the first prospective buyers on the list. They only became buyers after several closings did not occur with other prospective buyers. They went from third prospective buyer to first as other buyers either defaulted or failed to close.

7. We sold the property through a real estate broker by the name of Ron Pollack. He was the agent for Alaska Greenhouses for the sale of this property. Mr. Pollack and Dick Noble, who is the real estate agent for the buyers, negotiated this sale and I never even met Mr. Noble until the day of the closing and I only met Mr. Noble as I was leaving after I had closed for the corporation.

8. I did not know, nor to my knowledge did the corporation have, any information possessed by the corporation about the conduct of Mr. Bryant and Mr. Cody regarding any activity, let alone any criminal activity. I did not know these gentlemen nor know much if anything about them.

9. I did not learn of any suspected conduct which would give rise to Federal Criminal charges or a forfeiture until the *lis pendens* information came to my attention in a copy of the Verified Complaint on or about May 24, 2006.

10. The property in question, i.e. three pieces of real property located at 1301 Muldoon Road, Anchorage, AK 99504, is the property Alaska Greenhouses sold and is subject to

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 2 of 3

a deed of trust dated November 23, 2004, and recorded in the Anchorage Recording District, Third Judicial District State of Alaska document code number 2004-087640-0 and the amount due and owing on said property 1.3 million dollars plus 7.5% interest. Further your Affiant sayeth naught.

DATED this 5+h day of June, 2006

Carl M. Benson
President of Alaska Greenhouses, Inc.

SWORN TO AND SUBSCRIBED TO before me on this 5 day of June, 2006, at Anchorage, Alaska.

Notary Public in and for the State of Alaska
My Commission Expires: 1/N/24/2009

**CERTIFICATE OF SERVICE:**
I hereby certify that on the 14 day of June, 2006, a true and correct copy of the foregoing was hand delivered by messenger to the following:

Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

Katherine A. DeVeaux

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 3 of 3

EXHIBIT D
PAGE 3 OF 4

## Alaska Greenhouses, Inc. Stockholder List

April 3, 2006

| Stockholder | Address | City/State | Zip | Stock | Percentage |
|---|---|---|---|---|---|
| Benson, Brian C. | 534 E. 15th Terrace, #2 | Anchorage, AK | 99501 | 26.20 | 0.004 |
| Benson, Bruce D. | 1821 Bunker Street | Anchorage, AK | 99503 | 26.20 | 0.004 |
| Benson, Carl/Carole | 1821 Bunker Street | Anchorage, AK | 99503 | 1281.30 | 0.215 |
| Benson, Jan E. | 324 Goethals Dr. | Richland, WA | 99352 | 26.20 | 0.004 |
| Benson, Michael | PO Box 60617 | Fairbanks, AK | 99706 | 26.20 | 0.004 |
| Casler, Benjamin | | | | 52.40 | 0.009 |
| Casler, Mary | PO Box 40700 | Eugene, OR | 97404 | 661.60 | 0.111 |
| Colliver, Harry/Mary Ann | PO Box 102 | Aniak, AK | 99557 | 26.00 | 0.004 |
| Fay, Alma O'Brien | 1059 South Breezy Way | Post Falls, ID | 83845 | 50.00 | 0.008 |
| Goodrich, Joe/Cordelia | PO Box 26030 | Yuma, AZ | 85367 | 100.00 | 0.017 |
| Hicklin, Thomas | 6024 North Vine Street | Winton, CA | 95388 | 215.00 | 0.036 |
| Honchin, Paula Lee | 843 Sprague | Edmonds, WA | 98020 | 12.00 | 0.002 |
| Huttenen, Matt/Ellen | 304 Davis | Anchorage, AK | 99508 | 100.00 | 0.017 |
| Hutton, Estate of Viola | c/o Ed Hutten, 4701 Kenai Ave. | Anchorage, AK | 99507 | 10.00 | 0.002 |
| Johnson, Lane M. | 1101 W. Samalayuca Dr. | Tucson, AZ | 85704 | 34.00 | 0.006 |
| Koutsky, Carl/Virginia | 607 Loma Linda Dr. | Klamath Falls, OR | 97601 | 65.00 | 0.011 |
| Law, Sandra | 540 Frank St. | Council Bluffs, IA | 51503 | 52.40 | 0.009 |
| Leiser, Dr. Andrew T. | 939 Pecan Place | Davis, CA | 95616 | 15.00 | 0.003 |
| Leiser, Anne Marie | 7429 East 17th Avenue | Anchorage, AK | 99504 | 34.90 | 0.006 |
| Leiser, Bryan | 7429 East 17th Avenue | Anchorage, AK | 99504 | 34.90 | 0.006 |
| Leiser, Darryl | 1050 W. Dimond Blvd. | Anchorage, AK | 99515 | 52.40 | 0.009 |
| Leiser, Douglas/Therese | 7429 East 17th Avenue | Anchorage, AK | 99504 | 1323.30 | 0.222 |
| Leiser, Nathan | PO Box 210254 | Anchorage, AK | 99521-0254 | 52.40 | 0.009 |
| Leiser, Nicholas | 7429 East 17th Avenue | Anchorage, AK | 99504 | 34.90 | 0.006 |
| Leiser, Wayne/Sheryl | 7021 Burlwood | Anchorage, AK | 99507 | 617.00 | 0.103 |
| Leiser, Wayne/Darryl | 7021 Burlwood | Anchorage, AK | 99507 | 1.00 | 0.000 |
| Leiser, Zachary | PO Box 210254 | Anchorage, AK | 99521-0254 | 52.40 | 0.009 |
| Livesay, J. William II 2000 Trust | 3944 Spenard Rd. #200 | Anchorage, AK | 99517 | 375.00 | 0.063 |
| Mears, John/Terry | | | | 27.00 | 0.005 |
| Miller, Jean | SR Box 8755 HC 52 | Indian, AK | 99540 | 3.00 | 0.001 |
| Moseley, Curtis/Margaret | Steeplechase #19, 1899 Sadddleback Blvd. | Norman, OK | 73072-2894 | 6.00 | 0.001 |
| Patten, Karen | c/o Leiser, 7021 Burlwood | Anchorage, AK | 99507 | 52.60 | 0.009 |
| Sandhofer, Paul | PO Box 91333 | Anchorage, AK | 99509-1333 | 156.00 | 0.026 |
| Smith (Edith A. & Oliver Stevens) | 3504 Pear Street S.E. | Tumwater, WA | 98501 | 100.00 | 0.017 |
| Strutz, Lloyd | 60170 Bench Circle | Homer, AK | 99603 | 250.00 | 0.042 |
| Vantress, Pamela | #122, 862 Sir Francis Drake Blvd. | San Anselmo, CA | 94960-1914 | 13.00 | 0.002 |
| | | Total Shares | | 5965.30 | 1.000 |



EXHIBIT D
PAGE 4 OF 4