IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA )
        Plaintiff, )
v. )
  )
Three Pieces of Real Property )
located at 1301 Muldoon Road et al. )
        Defendants, )
_____ )

Case No.: 3:06-CV-118-RRB

**AFFIDAVIT OF WAYNE LEISER**

STATE OF ALASKA )
  ) ss.
THIRD JUDICIAL DISTRICT )

I, **Wayne Leiser,** being first duly sworn, depose and say:

1. I am a board member for Alaska Greenhouses, Inc., and have personal knowledge of the facts stated herein.

2. At the time of the sale of the property located at 1301 Muldoon Road, I was one of principal officers and part of the executive committee involved in the sale of this property for Alaska Greenhouses, Inc.

3. I had and have no knowledge or acquaintance with either Mr. Bryant or Mr. Cody prior to, during, or after the sale of this property to them.

4. As a member of the executive committee and a shareholder in Alaska Greenhouses, Inc., I was involved in putting the property up for sale in fact I did not become a board member of the corporation until the Greenhouse operation was shut down as I am the owner of Dimond Greenhouses and it would have been a violation of corporate law.

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 1 of 3

EXHIBIT __E__
PAGE __1__ OF __3__

5. The property was on the market for several months before it was sold to the eventual buyers and in fact several sales agreements were entered into but those buyers failed to close and the property was eventual sold to Mr. Bryant and Mr. Cody.

6. I attended the closing of the sale in November 22, 2004 and on the way out I saw a man that was identified to me as Mr. Noble the real estate agent for the buyers. That is the only time I ever saw him. I never spoke to him and he's the only person from the buyers side that I ever actually saw.

7. I did not know, nor to my knowledge did the corporation have, any information about the conduct of Mr. Bryant and Mr. Cody business activities other than what is reflected in the closing documents regarding other property that was put up for a security. I categorical state that I had no knowledge of any criminal activity on the part of these gentlemen and I did not know the gentlemen or know about them at all.

8. I did not learn of any suspected conduct which would give rise to Federal Criminal charges or a forfeiture until the *lis pendens* information came to my attention in a copy of the Verified Complaint on or about May 24, 2006.

9. The property in question, i.e. three pieces of real property located at 1301 Muldoon Road, Anchorage, AK 99504, is the property Alaska Greenhouses, Inc., sold and is subject to a deed of trust dated November 23, 2004, and recorded in the Anchorage Recording District, Third Judicial District State of Alaska document code number 2004-087640-0 and the amount due and owing on said property 1.3 million dollars plus 7.5% interest and cost and attorney fees incurred in protecting Alaska Greenhouses,

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 2 of 3



EXHIBIT E
PAGE 2 OF 3

Inc.'s security interest.

Further your Affiant sayeth naught.

DATED this 5th day of June, 2006

_____
Wayne Leiser

SWORN TO AND SUBSCRIBED TO before me on this 5th day of June, 2006, at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 11/24/2008

**CERTIFICATE OF SERVICE:**
I hereby certify that on the 14 day of June, 2006, a true and correct copy of the foregoing was hand delivered by messenger to the following:

Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

_____
Katherine A. DeVeaux

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 3 of 3

EXHIBIT E
PAGE 3 OF 3