IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA )
        Plaintiff, )
v. )
  )
Three Pieces of Real Property )
located at 1301 Muldoon Road et al. )
        Defendants, )
_____ )

Case No.: 3:06-CV-118-RRB

### AFFIDAVIT OF CAROLE F. BENSON

STATE OF ALASKA )
      ) ss.
THIRD JUDICIAL DISTRICT )

I, **Carole F. Benson,** being first duly sworn, depose and say:

1. I am the Treasurer and a board member for Alaska Greenhouses, Inc., and have personal knowledge of the facts stated herein.

2. At the time of the sale of the property located at 1301 Muldoon Road, I was one of principal officers and the Treasurer of the corporation and part of the executive committee involved in the sale of this property for Alaska Greenhouses, Inc.

3. I had no knowledge or acquaintance with either Mr. Bryant or Mr. Cody prior to or during the sale of this property to them. To my best recollection I had never met Mr. Cody, and to the best of knowledge I don't ever remember dealing with Mr. Bryant. Although I may have met him sometime after the sale when I was checking on the property and what was being done there.

4. I was part of the executive committee made of my husband Carl M. Benson and my

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 1 of 3



EXHIBIT F
PAGE 1 OF 3

brother Mr. Wayne Leiser that was designated by the corporation to carry out the sale of the property in the interest of the shareholders as the greenhouse had been closed and we were winding up the business.

5. We put the property up for sale through a real estate broker by the name of Ron Pollack. He handled all the sale and we never actually met the buyers and only met the buyers agent at the closing of the sale of this property.

6. I attended the closing along with my brother Mr. Wayne Leiser and my husband Carl M. Benson both members of the executive committee and after we signed the required documents at the closing on behalf of Alaska Greenhouses, Inc.; on the way out we met Mr. Dick Noble who we were informed was the agent for the buyers.

7. We had other buyers prior to Mr. Bryant and Mr. Cody and my best recollect is there were at least two other buyers, but those buyers never closed therefor the property was sold to Mr. Bryant and Mr. Cody.

8. I did not know, nor to my knowledge did the corporation have, any information about the conduct of Mr. Bryant and Mr. Cody business activities other than what is reflected in the closing documents regarding other property that was put up for a security. I categorical state that I had no knowledge of any criminal activity on the part of these gentlemen and I did not know the gentlemen or know much about them at all.

9. I did not learn of any suspected conduct which would give rise to Federal Criminal charges or a forfeiture until the *lis pendens* information came to my attention in a copy of the Verified Complaint on or about May 24, 2006.

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 2 of 3



EXHIBIT ___F___
PAGE _2_ OF _3_

10. The property in question, i.e. three pieces of real property located at 1301 Muldoon Road, Anchorage, AK 99504, is the property Alaska Greenhouses, Inc., sold and is subject to a deed of trust dated November 23, 2004, and recorded in the Anchorage Recording District, Third Judicial District State of Alaska document code number 2004-087640-0 and the amount due and owing on said property 1.3 million dollars plus 7.5% interest and cost and attorney fees incurred in protecting Alaska Greenhouses, Inc.'s security interest.

Further your Affiant sayeth naught.

DATED this 5th day of June, 2006

_____
Carole F. Benson
Treasurer of Alaska Greenhouses, Inc.

SWORN TO AND SUBSCRIBED TO before me on this 5th day of June, 2006, at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 11/24/2009

**CERTIFICATE OF SERVICE:**
I hereby certify that on the 14 day of June, 2006, a true and correct copy of the foregoing was hand delivered by messenger to the following:

Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

_____
Katherine A. DeVeaux

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 3 of 3

EXHIBIT F
PAGE 3 OF 3

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907) 565-2906   Facsimile (907) 565-2933