IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA  )
        Plaintiff,  )
v.  )
  )
Three Pieces of Real Property  )
located at 1301 Muldoon Road et al.  )
        Defendants,  )
_____  )

Case No.: 3:06-CV-118-RRB

### AFFIDAVIT OF PAUL SANDHOFER

STATE OF ALASKA  )
  ) ss.
THIRD JUDICIAL DISTRICT  )

I, **Paul Sandhofer,** being first duly sworn, depose and say:

1. I am a member of the board of directors of Alaska Greenhouses, Inc., and have personal knowledge of the facts stated herein.

2. At the time of the sale of the property located at 1301 Muldoon Road, I was one of the board of directors but was not part of the executive committee, assigned by the board of directors to handle the sale of the corporate property.

3. I have and had no knowledge or acquaintance with either Mr. Bryant or Mr. Cody prior to, during, or after the sale of the corporate property to them.

4. I have never met or to my knowledge talked to either of the gentlemen or buyers of this property and have no knowledge of their activities legal or illegal at any time, to the best of my knowledge.

5. I did not learn of any suspected conduct which would give rise to a federal criminal

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 1 of 3

EXHIBIT G
PAGE 1 OF 3

charges for forfeiture until the *lis pendens* information came to my attention in a phone call from Mr. LeRoy E. DeVeaux Esq., the corporations attorney on the afternoon of June 5th, 2006.

6. I did not have any contact with Mr. Noble the real estate agent of the buyers before, during, or after the sale of the property owned by Alaska Greenhouses, Inc., which is a piece of property located at 1301 Muldoon Road, Anchorage, Alaska 99504 and was the property upon which Alaska Greenhouses had operated its business for many, many years.

7. As a board member I am aware that there is still due and owing under a Deed of Trust securing this property on 1.3 million dollars plus 7.5% interest from the buyers successors in interest.

Further your Affiant sayeth naught.

DATED this 6TH day of June, 2006

_____
Paul Sandhofer

SWORN TO AND SUBSCRIBED TO before me on this 6 day of June, 2006, at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My Commission Expires: Nov 29 2005

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906 Facsimile (907) 565-2933

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 2 of 3

EXHIBIT G
PAGE 2 OF 3

**CERTIFICATE OF SERVICE:**
I hereby certify that on the _14_ day of June, 2006,
a true and correct copy of the foregoing was
hand delivered by messenger to the following:

Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

_Katherine A. DeVeaux_
Katherine A. DeVeaux

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 3 of 3

EXHIBIT __G__
PAGE __3__ OF __3__