IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA )
       Plaintiff, )
v. )
       )
Three Pieces of Real Property )
located at 1301 Muldoon Road et al. )
       Defendants, )
_____ )

Case No.: 3:06-CV-118- RRB

## AFFIDAVIT OF LLOYD STRUTZ

STATE OF ALASKA )
       ) ss.
THIRD JUDICIAL DISTRICT )

I, **Lloyd Strutz** being first duly sworn, depose and say:

1. I am a member of the board of directors of Alaska Greenhouses, Inc., and have personal knowledge of the facts stated herein.

2. I am a resident of Homer, Alaska and have been since long before the sale of the Greenhouses property.

3. At the time of the sale of the property located at 1301 Muldoon Road, I was one of the board of directors but was not part of the executive committee, assigned by the board of directors to handle the sale of the corporate property.

4. I do not know Mr. Bryant or Mr. Cody nor anything about them.

5. I have never met or to my knowledge talked to either of the gentlemen or buyers of this property and have no knowledge of their activities legal or illegal at any time, in fact, I did not know their names until June 6, 2006.

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 1 of 2

EXHIBIT __H__
PAGE _1_ OF _2_

6. I did not learn of any suspected conduct which would give rise to a federal criminal charges for forfeiture until Mr. Mike Benson President of Alaska Greenhouses, Inc., told me on June 6, 2006.

7. I did not have any contact with and do not know Mr. Noble the real estate agent of the buyers.

8. As a board member I am aware that there is still due and owing under a Deed of Trust securing this property 1.3 million dollars plus 7.5%.

Further your Affiant sayeth naught.

DATED this 9th day of June, 2006

_____
Lloyd Strutz

SWORN TO AND SUBSCRIBED TO before me on this 9th day of June, 2006, at Homer, Alaska.

_____
Notary Public in and for the State of Alaska
My Commission Expires: April 02, 2009



**CERTIFICATE OF SERVICE:**
I hereby certify that on the 14 day of June, 2006, a true and correct copy of the foregoing was hand delivered by messenger to the following:

Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

_____
Katherine A. DeVeaux

United States of America Plaintiff v. Three Pieces of Real Property
Case No.
Page 2 of 2

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

EXHIBIT H
PAGE 2 OF 2