Anchorage, Alaska
1 June 2006

To whom it may concern:

I was the selling Broker on the Muldoon greenhouse sale in November of 2004. Without detailing the considerable efforts, and starts and stops, let me say that it was a long and difficult process, involving extensions and renegotiations to keep it alive and headed towards closing. At the very end of the last time extension, Joe Bryant asked if they, the buyers, could use my commission ($80,500) to complete the purchase. My choice boiled down to losing the sale and not getting any commission, or deferring the commission so that the sale could close, and getting paid by the buyers at some later time.

Having been long in this business, it was an obvious choice. The decision was made even easier by virtue of my business experience with Joe. He hated debt & he always paid his bills.

In actual fact, I deferred my commission; the sale price and down payment were each lowered accordingly, the sale closed, and I have received the bulk of my commission. Even more, I was entrusted to help with development and resale of the property.

At present, we have an approved replat, dividing the property into 3 smaller lots, with one lot ready to close, another under contract, pending financing, and current negotiations on the third lot. All sales are at market value, for cash.

Very truly yours,

Richard E. Noble, Broker

United Realty LLC
275 S. Hoyt St
Anchorage, AK 99508
272-1565
529- 9803 cell

EXHIBIT I
PAGE 1 OF 6

# Brokerage Fee Disbursement Form 

Date: September 7, 2004

Attn: D.J. Webb                                    Attn:
Closing Agency: Fidelity Title Agency of AK        Lender:
Phone: 907-~~786-9520~~  Fax: 907-~~561-1948~~    Phone:              Fax:
       277-6605                  777-6613

Seller:                          Alaska Greenhouses Inc
Buyer:                           Joe Bryant & Tom Cody
Property Address:      1301 Muldoon Rd        Legal:   Muldoon Est Tr B

In reference to the above closing, there are charges due on sale as follows:

| Calculation Area | | Total Brokerage Fee: | $161,000.00 |
|---|---|---|---|
| Sales Price | $2,300,000 | Referral Fee: | |
| Listing Side % or Fixed Fee | 3.50% | Referral Fee: | |
| Selling Side % or Fixed Fee | 3.50% | | |
| Total % Amount | 7.000% | Earnest Money held in Trust with ○ Listing Broker  ● Selling Broker | $0.00 |
| Total $ Amount | $161,000.00 | TOTAL: | $161,000.00 |

Please distribute as follows:

Listing Broker: **Prudential Jack White RE Anch**                   $80,500.00
    Address: 3201 C St Ste 200        Anchorage AK 99503
Mailing Address: 3201 C St Ste 200    Anchorage  99503  3962

Selling Broker: **United Realty, LLC**                              $80,500.00
    Address: 275 S. Hoyt              Anchorage AK 99508
Mailing Address: 275 S. Hoyt          Anchorage  99508  5577
Comments/Expenses:

Please release Buyer's and Seller's settlement statements to the above listed brokerage company(ies). If you should have any further questions on the above transaction, please do not hesitate to call.

Dick Noble

907-272-1565        EXHIBIT I        907-272-1565      © 2002 Multiple Listing Service, Inc. Form 7065
                    PAGE 2 OF 6

# Brokerage Fee Disbursement Form 

Date: November 15, 2004

Attn: D.J. Webb                                Attn:
Closing Agency: Fidelity Title Agency of AK    Lender:
Phone: 907-786-9520  Fax: 907-561-1948         Phone:           Fax:

Seller: Alaska Greenhouses Inc
Buyer: Joe Bryant & Tom Cody
Property Address: 1301 Muldoon Rd    Legal: Muldoon Est Tr B

In reference to the above closing, there are charges due on sale as follows:

| Calculation Area | | | |
|---|---|---|---|
| Sales Price | $2,300,000 | Total Brokerage Fee: | $80,500.00 |
| Listing Side % or Fixed Fee | 3.50% | Referral Fee: | |
| Selling Side % or Fixed Fee | | Referral Fee: | |
| Total % Amount | 3.500% | Earnest Money held in Trust with ○ Listing Broker ● Selling Broker | $0.00 |
| Total $ Amount | $80,500.00 | TOTAL: | $80,500.00 |

Please distribute as follows:

Listing Broker: **Prudential Jack White RE Anch**                               $80,500.00
  Address: 3201 C St Ste 200        Anchorage AK 99503
  Mailing Address: 3201 C St Ste 200    Anchorage  99503  3962

Selling Broker: **United Realty, LLC**                                          $0.00
  Address: 275 S. Hoyt              Anchorage AK 99508
  Mailing Address: 275 S. Hoyt      Anchorage  99508  5577
Comments/Expenses:

Please release Buyer's and Seller's settlement statements to the above listed brokerage company(ies). If you should have any further questions on the above transaction, please do not hesitate to call.

   *(signed)* Richard E. Noble
   Dick Noble
907-272-1565                907-272-1565       © 2002 Multiple Listing Service, Inc. Form 7065

EXHIBIT I
PAGE 3 OF 6

# ADDENDUM TO AGREEMENT TO PURCHASE

In reference to Earnest Money Receipt and Agreement to Purchase between
_____Joe Bryant & Tom Cody_____, the Buyer, and
_____Alaska Greenhouses Inc_____, the Seller, dated
_Wednesday, March 31, 2004_, covering the real property commonly known as
_____1301 Muldoon Rd_____ AKA: _____Muldoon Est Tr B_____
the undersigned Buyer and Seller hereby agree to the following:

Reduce selling price and down payment by $80,500, in order to offset an equal reduction in the real estate commission due United Realty LLC. Purchasers agree to pay United Realty outside of escrow.

The herein agreement, upon its execution by both parties, is herewith made an integral part of the aforementioned Agreement to Purchase.

DATED: November 17, 2004   TIME _____           DATED: 11/19/04   TIME _____

Buyer _[signature]_                              Seller _[signature]_
      Joe Bryant                                        Alaska Greenhouses Inc
Buyer _[signature]_                              Seller _[signature] Chuck Benson_
      Tom Cody
Buyer _____                                      Seller _Wayne ____

Selling Agent _____                              Listing Agent _____
              Dick Noble                                        Tom Pollock
Office _United Realty, LLC_                      Office _Prudential Jack White RE Anch_

Copyright © 2001-2002 Multiple Listing Service, Inc. Revised 5/96

EXHIBIT I
PAGE 4 OF 6

## HOLD HARMLESS AND RELEASE

The undersigned does hereby agree to waive and hold Alaska Greenhouses, Inc. harmless for any claim for commission or compensation related to the sale of Tract B Muldoon Estates to Joe Bryant and Thomas Michael Cody, IV.

Dated this 22nd day of November, 2004

United Realty, LLC

*/s/ Richard E. Noble*

Dick Noble
Broker/Member

EXHIBIT I
PAGE 5 OF 6



# FIDELITY TITLE AGENCY
## of Alaska

November 23, 2004

United Realty, Inc.
Attn: Dick Noble
275 S. Hoyt Street
Anchorage, AK 99508

RE: Escrow #F3520
Alaska Greenhouses, Inc. to Bryant/Cody
1301 Muldoon Road, Anchorage, AK 99504

Dear Dick Noble:

In regards to the above referenced property transaction we enclose a copy of the settlement statement and your signed addendum to agreement to purchase and the hold harmless and release.

Fidelity Title Agency of Alaska appreciates your business and welcomes each opportunity to serve your real estate needs.

Sincerely,

Cindi Beverlin, Escrow Disburser
D.J. Webb, Escrow Officer

EXHIBIT I
PAGE 6 OF 6