

LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Three Pieces of Real Property | ) |
| located at 1301 Muldoon Road et al. | ) |
| Defendants, | ) |
| _____ | ) |

Case No.: 3:06-CV-118-RRB

## ORDER PERMITTING INTERVENTION

This day this cause came on for hearing in open court upon the Motion of Alaska Greenhouses, Inc., for leave to intervene for the purpose of filing a petition for the remission of forfeiture as an innocent owner. The court has considered the Motion, and it appears that the proceedings for the seizure and forfeiture of Three Pieces of Real Property located at 1301 Muldoon Road, Anchorage, Alaska 99504 and Lot THIRTY-EIGHT (38), Dowling Subdivision, according to the official plat thereof filed under plat number P-250-B, records of the Anchorage Recording District, Third Judicial District, State of Alaska are pending in this court, upon information from the United States Attorney, and that the petition to be allowed to intervene, and the petition and intervention filed with it are in the proper form, and preparer of the Motion to be

allowed to intervene should be granted.

**NOW, THEREFORE, IT IS: ORDERED, ADJUDGED AND DECREED** that the Motion of Alaska Greenhouses, Inc., an Alaskan corporation, should be allowed to intervene for the purposes of filing a petition for the remission of forfeiture is hereby allowed, and the corporation is permitted to intervene in this cause accordingly, and its Motion in intervention previously filed is approved as properly filed in this cause.

**IT IS ORDERED, ADJUDGED AND DECREED,** this _____ day of _____,2006.

BY:_____
United States District Judge for the
District of Alaska

<u>CERTIFICATE OF SERVICE:</u>
I hereby certify that on the _14_ day of June, 2006, a true and correct copy of the foregoing was hand delivered by messenger to the following:

Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

*Katherine A. DeVeaux* (signature)
Katherine A. DeVeaux

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3:06-CV-118-RRB
Page 2 of 2