LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

RECEIVED
JUN 1 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) |
| Three Pieces of Real Property | ) |
| located at 1301 Muldoon Road et al. | ) |
| Defendants, | ) |
| _____ | ) |

Case No.: 3:06-CV-118-RRB

## CERTIFICATE OF SERVICE
### [PURSUANT TO RULE 5 F.R.C.P]

I certify that copies of the following documents; Motion to Intervene and Claim Property, with attached Exhibits, Order Permitting Intervention, and Intervention Petition Claiming Property that the United State of America is Attempting to Forfeit; were served by mailed first class postage paid on:

1. Kelly Bryant Personal Representative
of the Estate of Joe W. Bryant
c/o Kenneth Kirk and Associates
425 G. Street
Anchorage, Alaska 99501

2. Charles G. Evans
Law Offices of Charles G. Evans
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
Attorney for Don L. Smith

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906   Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3:06-CV-118-RRB
Page 1 of 2

3. Clerk of the Municipality of Anchorage
P.O. Box 196650
Anchorage, Alaska 99519-6650

4. Thomas Cody
c/o Nada Mortenson
3731 214th Lane NW
Oak Grove, MN   55303

5. Gary D. DePue
1625 E 64th Ave. #16
Anchorage, Alaska 99507

6. Richard E. Noble
275 S. Hoyt Street
Anchorage, Alaska 99508

7. 1st National Bank Alaska
201 West 36th
Anchorage, Alaska 99503

8. Allen N. Dayan
745 W. 4th Avenue, Suite 230
Anchorage, Alaska 99501

9. David H. Bundy, PC
3201 C St.., Suite 301
Anchorage, AK  99503

DATED this _____ day of June, 2006.

                              DeVEAUX AND ASSOCIATES, APC


                              BY: _____
                              LeRoy E. DeVeaux, Esq.
                              Alaska Bar No.7310040
                              Attorney for Alaska Greenhouses, Inc.

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3:06-CV-118-RRB
Page 2 of 2