David H. Bundy
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage, AK 99503
(907) 248-8431

Attorney for Kelly Bryant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
                      Plaintiff, )
)
v. )
)
THREE PIECES OF REAL PROPERTY )
LOCATED AT 1301 MULDOON ROAD, )
ANCHORAGE, ALASKA 99504, )
1625 E. 64TH AVENUE, ANCHORAGE, )
ALASKA 99507, AND NHN HILLCREST )
S/D 8 LOTS, ANCHORAGE, ALASKA 99515, )
)
                      Defendants. )
)

Case No. 3:06-cv-118-RRB

**KELLY BRYANT'S VERIFIED STATEMENT OF INTEREST**

Kelly Bryant, as Personal Representative of the Estate of Joe William Bryant, deceased, claims an interest in the property at issue in these proceedings, as follows:

1.    Joe William Bryant was the owner of an undivided 50% interest in all of the properties referenced in Paragraph I (1-3) of the United States' Verified Complaint for Forfeiture.

2.    Joe William Bryant died on March 9, 2006 at the age of 65. On May 31, 2006, Kelly Bryant was appointed personal representative of his estate and letters testamentary were

Verified Statement of Inerest – Page 1
C:\DAVID\Bryant Statement of Interest.doc

issued to her by the Superior Court for the State of Alaska, Third Judicial District, in Case No. 3AN-06-65 PR.

3. As Personal Representative, Kelly Bryant is authorized to bring the claims of Joe William Bryant's estate to an undivided 50% interest in the property at issued in this case.

Therefore, Kelly Bryant claims her interest in these proceedings and will timely file an Answer to the United States' Verified Complaint for Forfeiture.

Dated this 19th day of June, 2006.

DAVID H. BUNDY, P.C.

/s/ David H. Bundy
David H. Bundy
Alaska Bar 7210043

**VERIFICATION**

I have read the foregoing Verified Statement of Interest and the statements contained therein are true to the best of my knowledge and belief.

I further state that David H. Bundy has my permission to enter an appearance in this matter as attorney for myself as personal representative of the Estate of Joe William Bryant, deceased.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of June, 2006.

Kelly Bryant, Personal Representative

SUBSCRIBED AND SWORN TO before me this 19th day of June, 2006.

Notary Public in and for Alaska
My commission expires 12/7/09

Verified Statement of Inerest – Page 2
C:\DAVID\Bryant Statement of Interest.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of June 2006, a true and accurate copy of the foregoing served by ECF on:

- U S. Attorney's Office
- Will Sherman, Esq.
- Leroy E. DeVeaux, Esq.


By___/s/ David H. Bundy___
    David H. Bundy