Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Nada Mae Mortenson and the Thomas M. Cody IV Conservatorship

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>　　　　Defendants. | Case No. A06-CV-00118 RRB<br><br>**NADA MORTENSON'S ANSWER** |

Nada Mortenson as Conservator for the Thomas M. Cody IV Conservatorship, hereby answers the United States' Verified Complaint for Forfeiture (in like-numbered paragraphs) as follows:

NADA MORTENSON'S ANSWER　　- 1 -

**I**.

Mrs. Mortenson admits that the property descriptions referenced in subsections 1-3 of Paragraph I appear correct.  The remainder of this Paragraph is denied.

**II**.

Admitted.

**III.**

Mrs. Mortenson admits that Thomas M. Cody, IV is a co-owner of the property referenced in this Paragraph.

**IV.**

Mrs. Mortenson admits that Thomas M. Cody, IV is a co-owner of the property referenced in this Paragraph.

**V.**

Mrs. Mortenson admits that Thomas M. Cody, IV is a co-owner of the property referenced in this Paragraph.

**VI.**

Mr. Mortenson admits the Defendant properties ("Property") is located within the Alaska District.  The remainder of this Paragraph does not require a response.

**VII.**

Mrs. Mortenson has not yet obtained access to the sealed Affidavit of IRS Special Agent Lawrence Calderone. To the extent of Mrs. Mortenson's knowledge, the contents of this Paragraph are denied.

**VII (Second)**

Denied.

**AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to allege a substantial connection between the Property and any alleged offenses meriting forfeiture.

2. Mr. Cody, Mrs. Mortenson and/or the Thomas M. Cody IV Conservatorship are innocent owners of the Property.

3. The forfeiture sought represents fines and/or punishments that are grossly excessive to any of the alleged offenses and are unconstitutional.

4. The Plaintiff has failed to allege offenses warranting forfeiture with any particularity.

5. Plaintiff's claims are based upon evidence illegally obtained.

6. Plaintiff's claims are barred by the statute of limitations.

7. Plaintiff's claims are barred by laches, estoppel, or unclean hands.

8. Plaintiff's claims are barred by failure to name an indispensable party.

9. Plaintiff has failed to state a claim on which relief can be granted.

## **REMEDIES SOUGHT**

Therefore, Nada Mortenson, requests the Court

a. Find against Plaintiff on all its claims;

b. order that any liens, lis pendens or encumbrances Plaintiff has placed on the Property be expunged;

c. award Mrs. Mortenson the costs and legal fees spent expended in this action;

d. make any other award to Mrs. Mortenson that the Court deems just.

DATED, June 23, 2006, at Anchorage, Alaska

/s WILL SHERMAN
645 G St., Suite 100 #856
Anchorage, AK 99501
Tel:    (907) 277-1966
Fax    (866) 398-3561
e-mail: wfs@lexalaska.com
ABA #0205014

**CERTIFICATE OF SERVICE**

I certify that on June 23, 2006, a copy of the foregoing document was served <u>electronically</u> by ECF upon:

Frank V. Russo
Assistant U.S. Attorney
Federal Building and US Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Frank.Russo@usdoj.gov

Kristine.O' Neill@usdoj.gov

usaak.ecf@usdoj.gov

David H. Bundy
3201 C. St., Suite 301
Anchorage, AK 99503
dhb@alaska.net

And by <u>U.S. Mail</u>, upon:

Gary D. DePue
1625 E. 64th Avenue, #16
Anchorage, AK 99507

LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
701 W. 41st Ave., Suite 201
Anchorage, AK 99503

s/ Will Sherman
Certification Signature

NADA MORTENSON'S ANSWER        - 4 -