David H. Bundy
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage AK 99503
(907) 248-8431

Attorney for Kelly Bryant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>            Defendants. | Case No. A06-CV-00118 RRB<br><br>**ANSWER OF KELLY BRYANT, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOE WILLIAM BRYANT, DECEASED** |

Kelly Bryant, Personal Representative of the Estate of Joe William Bryant,

deceased, ("Bryant") answers the United States' Verified Complaint for Forfeiture

as follows:

1. In answer to Paragraph I of the complaint, Bryant admits that the legal descriptions of the property are correct; the remainder of this paragraph is denied.

2. In answer to Paragraph II of the complaint, Bryant admits that this Court has jurisdiction of the matter.

3. In answer to Paragraph III of the complaint, Bryant admits that Joe Bryant was a record owner of an undivided 50% interest in the referenced property.

4. In answer to Paragraph IV of the complaint, Bryant admits that Joe Bryant was a record owner of an undivided 50% interest in the referenced property.

5. In answer to Paragraph V of the complaint, Bryant admits that Joe Bryant was a record owner of an undivided 50% interest in the referenced property.

6. In answer to Paragraph VI of the complaint, Bryant admits that the referenced properties are located in the Alaska District. The remainder of Paragraph VI does not require a response.

7. Bryant denies the allegations of the first Paragraph VII of the complaint.

8. Bryant denies the allegations of the second Paragraph VII of the complaint.

## AFFIRMATIVE DEFENSES

9. Plaintiff has not alleged a substantial connection between the subject property and the alleged offenses meriting forfeiture.

10. Kelly Bryant is an innocent owner of the subject property.

11. The forfeiture sought is excessive punishment for any of the alleged offenses and is therefore unconstitutional.

12. Plaintiff has not alleged with particularity any offenses warranting forfeiture.

13. Plaintiff's claims are based on evidence illegally obtained.

14. Plaintiff's claims are barred by the statute of limitations.

15. Plaintiff's claims are barred by failure to name an indispensable party.

WHEREFORE, Bryant requests the following relief:

That the Court declare that the subject property is not subject to forfeiture, and that the property, or the proceeds thereof, be released to Bryant and the other parties and claimants entitled thereto; and

For such other and further relief as may be proper.

DATED June 26, 2006.

DAVID H. BUNDY, P.C.
Attorney for Kelly Bryant

   /s/ David H. Bundy
David H. Bundy
ABA #7210043

**CERTIFICATE OF SERVICE**

I certify that on June 26, 2006, a copy of the foregoing document was served electronically upon the following:

US Attorney's Office
Will Sherman, Esq.

And by First Class Mail, upon the following:

LeRoy DeVeaux, Esq.

Gary D. DePue
1625 E. 64th Avenue, #16
Anchorage, AK 99507

/s/ David H. Bundy
David H. Bundy