Robert P. Owens
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
owensrp@muni.org

Attorney for Municipality of Anchorage

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-CV-00118-RRB |
| Plaintiff, ) | |
| vs. ) | |
| THREE PIECES OF REAL PROPERTY ) LOCATED AT 1301 MULDOON ROAD, ) ANCHORAGE, ALASKA 99504, 1625 E. 64TH ) AVENUE, ANCHORAGE, ALASKA 99507, ) AND NHN HILLCREST S/D 8 LOTS, ) ANCHORAGE, ALASKA 99515, ) | |
| Defendants. ) | |

## VERIFIED STATEMENT OF INTEREST BY MUNICIPALITY OF ANCHORAGE

The Municipality of Anchorage ("Anchorage") hereby gives notice that it claims an interest in property at issue in these proceedings, as described below.

**MUNICIPALITY OF ANCHORAGE**
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

United States of America Plaintiff v. Three Pieces of Real Property
Verified Statement Of Interest By Municipality of Anchorage
Case No. 3:06-CV-118-RRB
Page 1 of 4

1. Anchorage claims an interest in the following described real property for outstanding taxes and as equitable owner of the property pursuant to real estate contracts:

> Tract B, Muldoon Estates, according to the official plat thereof, filed under Plat Number 71-113, Records of the Anchorage Recording District, Third Judicial District, State of Alaska, commonly known as 1301 Muldoon Road, Anchorage, Alaska.

   A. Anchorage claims an interest in all of the property by virtue of Anchorage Municipal Code 12.15.070 which establishes a lien on the property for unpaid real property taxes, penalties and accrued interest.

   B. Anchorage claims an interest in the East 12 acres of said property by virtue of a Purchase and Sale Agreement executed in January 2006.

   C. Anchorage claims an interest in the West 6.9 acres of said property by virtue of a Letter of Intent to Purchase and related instruments executed in April 2006.

2. Anchorage claims an interest in the following described real property by virtue of Anchorage Municipal Code 12.15.070 which establishes a lien on the property for unpaid real property taxes, penalties and accrued interest:

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 1625 E. 64th Avenue, Anchorage, Alaska, 99507, more particularly described as Lot Thirty-Eight (38), Dowling Subdivision, according to the official plat thereof, filed under Plat No. P-250-B, in the Records of the Anchorage Recording District, Third Judicial District, State of Alaska; and

**MUNICIPALITY OF ANCHORAGE**
OFFICE OF THE MUNICIPAL ATTORNEY
P.O. Box 196650
Anchorage, Alaska 99519-6650
Telephone: 343-4545
Facsimile: 343-4550

All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments, and easements, commonly known as NHN Hillcrest S/D 8 Lots, Anchorage, Alaska 99515, more particularly described as:

Parcel Number 1:
Lots One (1) and Two (2), block One (1), of Hillcrest Subdivision, according to Plat 70-136, filed in the Anchorage Recording District, Third Judicial District, State of Alaska; and

Parcel Number 2:

Lots One (1), Two (2), Three (3), Four (4), Five (5) and Six (6), Block Five (5), of Hillcrest Subdivision, according to Plat 71-118, filed in the Anchorage Recording District, Third Judicial District, State of Alaska.

Respectfully submitted this 5th day of July, 2006.

> FREDERICK H. BONESS
> Municipal Attorney
>
> By:  s/ Robert P. Owens
> Municipal Attorney's Office
> P.O. Box 196650
> Anchorage, Alaska 99519-6650
> Phone: (907) 343-4545
> Fax: (907) 343-4550
> E-mail: uslit@muni.org
> Alaska Bar No. 8406043

## VERIFICATION

The undersigned, Robin Ward, Director of Real Estate Services for the Municipality of Anchorage, has read the contents of the foregoing Verified Statement of Interest and supporting documents and believes the statements contained therein are true to the best of my knowledge and belief. I further state that Robert Owens of the

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

United States of America Plaintiff v. Three Pieces of Real Property
Verified Statement Of Interest By Municipality of Anchorage
Case No. 3:06-CV-118-RRB
Page 3 of 4

Department of Law for the Municipality of Anchorage has authority to enter an appearance in this matter as attorney for the Municipality of Anchorage.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this ___5th___ day of July, 2006.

                           Municipality of Anchorage

                           *Robin Ward*
                           By: Robin Ward
                           Its: Director of Real Estate Services

STATE OF ALASKA          )
                                 )  ss
THIRD JUDICIAL DISTRICT  )

The above document was acknowledged before me this 5th day of July 2006 by ROBIN WARD, Director of Real Estate Services for the Municipality of Anchorage, an Alaska municipal corporation, on its behalf.

                           *Lynn Roderick Van Horn*
                           Notary Public in and for Alaska
                           My commission expires 12/01/2009



The undersigned hereby certifies that on 07/5/06 a true and correct copy of the *Verified Statement Of Interest by Municipality of Anchorage* was served on:
- James Barkeley
- LeRoy E. DeVeaux
- Will Sherman
- David Bundy

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/Elaine Loew
Elaine Loew, Legal Secretary
Municipal Attorney's Office

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550