UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


   USA    v.   THREE PIECES OF REAL PROPERTY
                    LOCATED AT 1301 MULDOON ROAD, et al.

DATE:   July 5, 2006   CASE NO.   3:06-cv-0118-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                 **GRANTING MOTION TO INTERVENE**

---

      The unopposed Motion to Intervene at Docket 12, filed by Petitioner Alaska Greenhouses, Inc., is hereby **GRANTED**. Petitioner Alaska Greenhouses may now file and serve its intervention petition.

M.O. GRANTING MOTION TO INTERVENE