RECEIVED
JUN 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA     )
          Plaintiff,     )
v.                           )
                             )
Three Pieces of Real Property )
located at 1301 Muldoon Road et al. )
          Defendants,    )
_____ )

Case No.: 3:06-CV-118-RRB

## INTERVENTION PETITION CLAIMING PROPERTY THAT THE UNITED STATES OF AMERICA IS ATTEMPTING TO FORFEIT.

The petitioner Alaska Greenhouses, Inc., an Alaskan corporation with its principal offices and place of business in the Municipality of Anchorage, Third Judicial District, State of Alaska, intervenor, in answer to this cause makes and files this, its claim to the above liable property, specifically Three Pieces of Real Property located at 1301 Muldoon Road, specifically:

> Tract B MULDOON ESTATES, according to the official plat thereof, filed under plat number 71-113, records of the Anchorage Recording District, Third Judicial District, State of Alaska, more commonly known as 1301 Muldoon Road, Anchorage, Alaska, 99504, and:

> Lot THIRTY-EIGHT (38), Dowling Subdivision, according to the official plat thereof filed under plat number P-250-B, records of the Anchorage Recording District, Third Judicial District, State of Alaska

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906 Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3:06-CV-118-RRB
Page 1 of 8

And respectfully show the court as follows:

**I.**

That on or about November 22, 2004, Mr. Joe Bryant and Mr. Thomas Michael Cody IV, purchased the following real property from the petitioner, to wit:

> Tract B MULDOON ESTATES, according to the official plat thereof, filed under plat number 71-113, records of the Anchorage Recording District, Third Judicial District, State of Alaska, more commonly known as 1301 Muldoon Road, Anchorage, Alaska, 99504

For the amount of $2,219,500.00 plus $3,793.02 in pro rated taxes and a financing fee of $13,000.00, for a total of $2,236,293.02 of which $936,293.02 was paid in cash at closing and the remainder in a Deed of Trust Note and a Deed of Trust in the amount of $1,300,000.00 plus 7% interest, as evidenced by Exhibit A and B attached to the Motion to Intervene, which is now in default. Such documents constitute a mortgage on said property in the interest of the Petitioner and Intervenor Alaska Greenhouses, Inc., and there is now an outstanding balance on the Note now due and in Default in the amount of $1,300,000.00 plus 7% interest from February 2006, together with costs and attorney fees incurred in enforcing security interests as allowed under the Deed of Trust. On or about May 18, 2006, the liable Real Property upon which the intervenor and petitioner Alaska Greenhouses, Inc., had and still has its mortgage and reversionary ownership rights of which is and was claimed by Alaska Greenhouses, Inc., was seized by the United States and this action followed.

**II.**

It admits the allegations contained in paragraph 1 of the United States Complaint for

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

Forfeiture, except that it is informed and therefore believes that the property at 1301 Muldoon Road above more specifically set forth was not purchased or used in any manner for the commission of violation of any of the criminal statutes of the United States.

### III.

Admits the allegations contained in paragraph 2 of said complaint.

### IV.

Admits so much of paragraph 3 as Joe Bryant and Thomas Michael Cody IV are record owners as tenants in common but further states that their ownership is subject to foreclosure under a Deed of Trust for the benefit of the petitioner intervenor Alaska Greenhouses, Inc., who by the virtue of the definitions laid out in the U.S. Code is an Innocent Owner.

### V.

Admits so much of the allegations contained in paragraph 4 of said complaint as the record owners of the Defendant property located at 1625 East 64th Avenue are Joe W. Bryant and Tom Cody IV, notwithstanding such property is subject to a First a Deed of Trust to the First National Bank of Alaska and a second Deed of Trust to secure the payment of all monies due on the purchase of the property at 1301 Muldoon Road to the benefit of this intervenor and petitioner Alaska Greenhouses, Inc.

### VI.

Admits the allegations contained in paragraph 5 of said complaint.

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

### VII.

Alaska Greenhouses, Inc., admits so much of paragraph 6 of said complaint that the United States has filed a *lis pendens* but it is without information sufficient to form a belief as the truth of whether it has published notice on said property or whether it has executed a Writ of Entry on said property, but denies that any notice was served on this petitioner or intervenor by the government and further states that it denies that the government has not seized the property; for all intents and purposes the filing of a *lis pendens* on this property is equivalent to a seizure.

### VIII.

This petitioner and intervenor Alaska Greenhouses, Inc., specifically denies that the property at 1301 Muldoon Road, Anchorage Alaska, 99504, more specifically described as:

> Tract B MULDOON ESTATES, according to the official plat thereof, filed under plat number 71-113, records of the Anchorage Recording District, Third Judicial District, State of Alaska, more commonly known as 1301 Muldoon Road, Anchorage, Alaska, 99504

should be forfeited to the United States, but avers if it should be so forfeited by this court, then the petitioner is entitled to remission of forfeiture for the reason and to the extent set forth as follows.

### IX.

The petitioner Alaska Greenhouses, Inc., alleges it has a present interest in the property at 1301 Muldoon Road, that it is the owner and beneficiary under a Deed of Trust which is now in Default and has a right to foreclose said mortgage and sell such

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3:06-CV-118-RRB
Page 4 of 8

property at the court house in the Third Judicial District, State of Alaska, for the principal amount due plus costs, attorney fees, and interest as allowed by the Deed of Trust and the Deed of Trust Note marked as Exhibits A and B to the Alaska Greenhouses, Inc., petition to intervene. That the quarterly interest only payment is past due as of the 23rd day of May, 2006, and that the seizure of this property as set forth by the government and in its complaint *in rem* constitute a default by the buyers under the Deed of Trust Note and the Deed of Trust. By virtue of said default and seizure by the United States, Alaska Greenhouses, Inc., petitioner herein was entitled to, and did, under the terms of the contract, declare the entire unpaid balance immediately due and payable, and place the Deed of Trust and Deed of Trust Note in the hands of its attorney for collection, as provided by such Deed of Trust and Deed of Trust Note, and it became entitled to immediately terminate the escrow and begin foreclosure proceedings as set forth in Alaska Law.

X.

At the time of the closing for the purchase of this property by the Petitioner, Alaska Greenhouses, Inc., relied in good faith that the buyers were of good character and financial standing and that nothing produced by the buyers to or through their agent gave the Alaska Greenhouses, Inc., any cause to believe or suspect that Mr. Bryant or Mr. Cody had been, then were, was, or probably would be engaged in violating any of the laws of the State of Alaska or the United States as set forth in the complaint of the United States, or for that matter any other criminal laws, state or federal. Petitioner

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906 Facsimile (907) 565-2933*

Alaska Greenhouses, Inc., is informed and believes that neither Mr. Bryant or Mr. Cody had a record or reputation as violators of such laws at the time that Alaska Greenhouses, Inc., sold the property at 1301 Muldoon Road, and became the beneficiary under a Deed of Trust securing a Deed of Trust Note. Alaska Greenhouses, Inc., had no knowledge or notice or any cause to believe that Mr. Bryant or Mr. Cody or the property was involved in any illegal or criminal activity, or that said 1301 Muldoon Road was used in violation of any law of the United States or the State of Alaska, or that any money or funds used to purchase said property known as 1301 Muldoon Road or the property described as Lot Thirty-Eight (38), Dowling Subdivision, according to the official plat thereof filed under plat number P-250-B, records of the Anchorage Recording District, Third Judicial District, State of Alaska, which the petitioner has a second Deed of Trust upon, was from any criminal conduct of the buyers. (Exhibits C, D, E, F, G, H, and I attached to Greenhouses Motion to Intervene.)

**WHEREFORE** the petitioner Alaska Greenhouses, Inc., is entitled to possession of the property at 1301 Muldoon Road after it has been foreclosed in accordance with the laws of the State of Alaska; or if be held not subject to forfeiture then also entitled to foreclose said property in accordance with laws of the State of Alaska; or, to the remission of forfeiture to the extent of Alaska Greenhouses, Inc., interest in said real property at 1301 Muldoon Road as set forth in the Deed of Trust Note and Deed of Trust if said property is ordered forfeited.

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

DATED this 12th day of June, 2006.

                              DeVEAUX AND ASSOCIATES, APC

                              BY: _____
                              LeRoy E. DeVeaux, Esq.
                              Alaska Bar No.7310040
                              Attorney for Alaska Greenhouses, Inc.

## CORPORATE VERIFICATION
### AS 09.63.040(c)

STATE OF ALASKA          )
                             ) SS.
THIRD JUDICIAL DISTRICT )

I, CARL M. BENSON say on oath or affirm that I am PRESIDENT of Alaska Greenhouses, Inc., and am authorized to act on behalf of said corporation; that I have read the foregoing document and believe all statements made in the document are true.

                              Carl M. Benson

SUBSCRIBED AND SWORN to before me this 12th day of June, 2006.

                              _____
                              Notary Public in and for the State of Alaska
                              My commission expires: 11/24/2008

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

**CERTIFICATE OF SERVICE:**
I hereby certify that on the __14__ day of June, 2006, a true and correct copy of the foregoing was hand delivered by messenger to the following:

Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

*Katherine A. DeVeaux* (signature)
Katherine A. DeVeaux

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906   Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3:06-CV-118-RRB
Page 8 of 8