John R. Beard
425 G Street, Suite 630
Anchorage, Alaska 99501
(907) 277-4531
      277-9883(FAX)

Attorney for First National Bank Alaska

## In the United States District Court

## for the District of Alaska

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-CV-118-RRB |
| v. ) | |
| ) | |
| Three Pieces of Real Property Located at ) | |
| 1301 Muldoon Road, Anchorage, Alaska ) | |
| 99504, 1625 E. 64th Avenue, Anchorage, ) | |
| Alaska 99507, and NHN Hillcrest S/D ) | |
| 8 Lots, Anchorage, Alaska 99515, ) | |
| ) | |
| Defendants. ) | **Claims of First National Bank Alaska** |
| ) | |

First National Bank Alaska (hereafter "First National") owns security interests in the following defendants:

> Lot 38, Dowling Subdivision, Plat P-250-B, Anchorage Recording District, Alaska.

> Eight lots in Hillcrest Subdivisions, Plats 70-136 and 71-118, Anchorage Recording District, Alaska.

1.  First National's interest in Lot 38, Dowling Subdivision secures payment of a debt that amounted, on July 5, 2006, to $977,365.83, consisting of

| | |
|---|---|
| $935,718.56 | principal |
| 3,768.51 | accrued interest (from June 16 at 7.0% per annum) |
| 450.00 | late charge |

The debt is owed by, and it arises from a loan First National made to, Joe W. Bryant (hereafter "Bryant") and Thomas M. Cody IV (hereafter "Cody"). It is payable in accordance with the terms of a promissory note that Bryant and Cody made and delivered to First National on November 19, 2004. The security interest was granted by a deed of trust the same persons executed and delivered to First National on the same date. The deed of trust was recorded in the records of the Anchorage Recording District on November 22, 2004. True copies of the note and of the deed of trust, as recorded, are attached as Exhibit A.

2.  First National's interest in the Hillcrest Subdivision defendants secures payment of a debt that amounted, on July 5, 2006, to $181,580.36, consisting of:

| | |
|---|---|
| $180,733.64 | principal |
| 846.72 | interest (from June 20 at 9.5% per annum) |

The debt is owed by, and it arises from a loan First National made to, David G. Faulk. It is payable in accordance with the terms of a promissory note Mr. Faulk made and delivered to First National on October 8, 2002. The security interest was granted by a

deed of trust Mr. Faulk executed and delivered to First National on the same day. The deed of trust was recorded in the records of the Anchorage Recording District on October 10, 2002. True copies of the note and the deed of trust, as recorded, are attached as Exhibit B.

3. First National Bank made the above loans and acquired security interests in the defendants without knowledge or notice that any borrower was engaged or would engage in the violation of any federal law, or that the property or any part of it was or would be used to commit or facilitate in the commission of any such violation.

Dated: _____July 11_____, 2006

John R. Beard
Attorney for First National Bank Alaska
ABA #6802001

## Verification

State of Alaska           )
                          )ss:
Third Judicial District   )

David A. Stringer, on oath, says that he is employed by First National Bank Alaska, that he has reviewed the records of First National respecting its above described interests in defendant's real properties, and that the statements in the above claim are true.

Dated: July 7, 2006

_____
David A. Stringer

Subscribed and sworn to before me this 7 day of July, 2006.

_____
Notary Public in and for AK
My Commission Expires: 02/22/09

The undersigned hereby certifies that on this 11th day of July, 2006, a true and correct copy of the foregoing *Claims of First National Bank Alaska* was served on:

- Frank V. Russo, attorney for plaintiff
- LeRoy E. DeVeaux
- William F. Sherman
- David H. Bundy
- Robert P. Owens

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By:    /s/    Dianne Wamhoff
       of John R. Beard's office

Claims of First National Bank Alaska
*U.S. v. Three Pieces of Real Property, et al.*
Case No. 3:06-CV-118-RRB
Page 4 of 4