John R. Beard
425 G Street, Suite 630
Anchorage, Alaska 99501
(907)277-4531
    277-9883(FAX)

Attorney for First National Bank Alaska

# In the United States District Court

## for the District of Alaska

| | |
|---|---|
| United States of America,         ) | |
|                                   ) | |
|         Plaintiff,    ) | |
|                                   ) | Case No. 3:06-CV-118-RRB |
| v.                                    ) | |
| Three Pieces of Real Property Located at    ) | |
| 1301 Muldoon Road, Anchorage, Alaska    ) | |
| 99504, 1625 E. 64th Avenue, Anchorage,    ) | |
| Alaska 99507, and NHN Hillcrest S/D    ) | |
| 8 Lots, Anchorage, Alaska 99515,    ) | |
|                                     ) | |
|         Defendants.    ) | **Certificate of Mailing** |
| _____    ) | |

    I hereby certify that I mailed a true and correct copy of the Claims of First National Bank Alaska to LeRoy E. DeVeaux, DeVeaux & Associates, 701 W. 41st Avenue, Suite 201, Anchorage, Alaska 99503-6604, by regular mail, U.S. postage paid, on July 11, 2006.

    Dated: July 11, 2006

                                                                       By: /s/ Dianne Wamhoff
                                                                         of John R. Beard's office