Robert P. Owens
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64TH AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515, | ) Case No. 3:06-cv-00118-RRB |
| | ) |
| Defendants. | ) |

**MOTION TO INTERVENE AND CLAIM PROPERTY**
**[F.R.C.P. RULES 24 AND 81]**

The petitioner, Anchorage, a municipal corporation, ("Anchorage") is a home rule municipality and political subdivision of the State of Alaska. Anchorage is organized pursuant to the laws of Alaska and is authorized to bring this lawsuit, and respectfully states and represents as follows:

United States of America Plaintiff v. Three Pieces of Real Property
Motion to Intervene and Claim Property
Case No. 3:06-CV-l 18-RRB
Page 1 of 5

I.

The United States by a verified complaint has filed a Complaint for Forfeiture seeking the forfeiture of the following described real property:

> Tract B MULDOON ESTATES, according to the official plat thereof, filed under plat number 71-113, records of the Anchorage Recording District, Third Judicial District State of Alaska, more commonly known as 1301 Muldoon Road, Anchorage, Alaska, 99504, and:
>
> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 1625 E. 64th Avenue, Anchorage, Alaska, 99507, more particularly described as Lot Thirty-Eight (38), Dowling Subdivision, according to the official plat thereof, filed under Plat No. P-250-B, in the Records of the Anchorage Recording District, Third Judicial District, State of Alaska; and
>
> All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments, and easements, commonly known as NHN Hillcrest S/D 8 Lots, Anchorage, Alaska 99515, more particularly described as:
>
> Parcel Number 1:
> Lots One (1) and Two (2), Block One (1), of Hillcrest Subdivision, according to Plat 70-136, filed in the Anchorage Recording District, Third Judicial District, State of Alaska; and
>
> Parcel Number 2:
>
> Lots One (1), Two (2), Three (3), Four (4), Five (5) and Six (6), Block Five (5), of Hillcrest Subdivision, according to Plat 71-118, filed in the Anchorage Recording District, Third Judicial District, State of Alaska.

II.

Upon information and belief, the United States through the United States Attorney's office in Anchorage has filed a *lis pendens* on said property as the

United States of America Plaintiff v. Three Pieces of Real Property
Motion to Intervene and Claim Property
Case No. 3:06-CV-118-RRB
Page 2 of 5

government intends and alleges it will request the court to enter an order of judgment seizing and forfeiting such property under Civil Forfeiture Proceedings set forth in the United States Code.

### III.

The petitioner has a claim against the East 12 Acres of Tract B, Muldoon Estates, by virtue of a Purchase and Sale Agreement with Mr. Bryant and Mr. Cody dated January 9, 2006. (A copy of said Purchase and Sale Agreement is attached hereto and marked Exhibit A and incorporated by reference as if fully set out herein).  The Purchase and Sale Agreement is fully executed by the parties, consideration has been tendered and under the contract Anchorage is entitled to demand conveyance of legal title to that portion of the premises.

### IV.

This petitioner has a claim against the Western portion of Tract B, Muldoon Estates, consisting of approximately 6.9 acres, pursuant to a Letter of Intent to Purchase dated February 18, 2006 and a Purchase and Sale Agreement executed by Mr. Bryant and Mr. Cody. (A copy of said Letter of Intent to Purchase is attached hereto and marked Exhibit B and a copy of the Purchase and Sale Agreement is attached as Exhibit C.  Both documents are incorporated by reference as if fully set out herein).  Under these contracts Anchorage is entitled to demand conveyance of legal title to that portion of the premises.

United States of America Plaintiff v. Three Pieces of Real Property
Motion to Intervene and Claim Property
Case No. 3:06-CV-l 18-RRB
Page 3 of 5

### V.

This petitioner has a claim against all of the real property at issue in these proceedings for unpaid property taxes. Pursuant to Anchorage Municipal Code 12.15.070 taxes levied on real property are a prior and paramount lien on the property upon which the taxes are levied. The lien includes any penalty or interest which may accrue from the delinquency date.

### VI.

At all times this petitioner relied in good faith on Mr. Bryant and Mr. Cody ("Sellers") being lawful, honest citizens of the United States and this community, and found no cause to believe or suspect that Sellers had been, or then were, or probably would be, engaged in violating the laws, State or Federal, relating to any money laundering or the sale, or possession of any controlled substance, or in any other matter in violation of Title 18 of the United States Code § 1956 or for that matter any other statute of the United States or the State of Alaska.

### VII.

Petitioner is informed and believes that when it negotiated to purchase the property the Sellers had no reputation as violators of any laws that the petitioner knew of, and the Petitioner further states that it had no knowledge or notice that the property was being or would be used in violation of the laws of the State of Alaska or the United States, or that any funds used in the purchase were obtained through any violation of the criminal laws of the United States or the State of

United States of America Plaintiff v. Three Pieces of Real Property
Motion to Intervene and Claim Property
Case No. 3:06-CV-l 18-RRB
Page 4 of 5

Alaska, and had no reason to suspect any such criminal conduct.

## VIII.

Said purchase of the above referenced property was an arms length deal.

WHEREFORE, petitioner moves this Court for an Order permitting it to intervene, and assert its claims to said property or to a remission of forfeiture, and tenders its intervention petition.

Respectfully submitted this 11th day of July, 2006.

>
> FREDERICK H. BONESS
> Municipal Attorney
>
> By:   *s/ Robert P. Owens*
> Municipal Attorney's Office
> P.O. Box 196650
> Anchorage, Alaska 99519-6650
> Phone: (907) 343-4545
> Fax: (907) 343-4550
> E-mail: uslit@muni.org
> Alaska Bar No. 8406043

The undersigned hereby certifies that on 07/11/06 a
true and correct copy of the Motion to Intervene and Claim Property
was served on:

- David Bundy
- James Barkeley
- LeRoy DeVeaux
- Will Sherman
- John Beard

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.
 s/Retah Hicks
Legal Secretary
Municipal Attorney's Office

United States of America Plaintiff v. Three Pieces of Real Property
Motion to Intervene and Claim Property
Case No. 3:06-CV-l 18-RRB
Page 5 of 5