

# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4333 • http://www.muni.org
Tax Foreclosures Fax: 249-7414 • Real Estate Services Fax: 249-7444

*Mayor Mark Begich*

**Real Estate Services**

## LETTER OF INTENT
## TO PURCHASE

February 16, 2006

Mr. Joe Bryant
Estate of Thomas Michael Cody
3705 Arctic Boulevard #1816
Anchorage, AK  99503

Dear Sirs:

The purpose of this letter is to set forth the Municipality of Anchorage's (Buyer) interest in purchasing a portion of the Mann Lieser Muldoon Estates property located at DeBarr and Muldoon. The Buyer is interested in the approximate 6.9 acre western portion of the property.

**PRICE:** The price of the property shall be the fair market value, established by an appraisal, to be secured and paid by the Buyer.

**EARNEST MONEY:** $5,000.00 shall be deposited by the Buyer into a trust account at Fidelity Title of Alaska within 5 days of the signing of the Letter of Intent.  On April 5, 2006 an additional $95,000.00 will be deposited with the title company and shall become non-refundable with the signing of a full purchase and sale agreement.  At closing the earnest money deposit shall be credited against the Purchase Price.

**CONTINGENCIES:** The purchase of the above described business shall be contingent upon the following:

> (1) Buyer shall have a -90- days from the Sellers' acceptance for Buyer completion and approval of their due diligence study on the property.

*Community, Security, Prosperity*

        (2) Purchase is subject to the approval by the Anchorage Municipal Assembly, and compliance with all Charter and Anchorage Municipal Code requirements.

        (3) Purchase is subject to subdivision of the property by Sellers, at Sellers' expense, and recording a plat creating the proposed Lot 1, Muldoon Estates Subdivision, encompassing approximately 6.9 acres.

**EXCLUSIVE TIME:** The Sellers or their agents shall not negotiate for, or deal in the sale or lease of this property during the 90 day contingency period. Sellers also agree to cooperate with Buyer in providing access, any knowledge, and information as may be necessary to complete investigations on the property. Seller shall reserve the right to accept back-up offers.

**CLOSING:** Closing shall occur on or before -30- days from Buyer's waiver or satisfaction of all conditions set forth in the contract. Buyer and Sellers shall each have the right to extend this Closing Date for an additional 30 days by providing the other with written notice of its election to do so on or before the Closing Date, but no sooner than February 1, 2008.

**ENVIRONMENTAL:** Environmental issues, representations and warranties shall be prepared to the mutual benefit of Buyer and Sellers and agreed upon by all parties.

**CLOSING COSTS:** Sellers shall provide a Warranty Deed with clear title to the property and shall provide, at Sellers' expense, a Standard Owner's Title Insurance policy issued by Fidelity Title of Alaska in the full amount of the purchase price, containing no exceptions or conditions other than the Permitted Exceptions acceptable to Buyer. Real estate taxes relating to the Property shall not be pro-rated and remaining normal closing costs shall be divided equally between Buyer and Sellers.

**PURCHASE AND SALE AGREEMENT:** Within -14- business days of the date of mutual acceptance of Letter of Intent, Buyer shall present a Purchase & Sale Agreement to the Sellers containing the full agreement and

|  |  |
|---|---|
|  | incorporating all of the terms contained herein and other appropriate provisions. |
| **BROKERS:** | Buyer represents and warrants it has not dealt with any real estate brokers or agents acting on its behalf in connection with this transaction. Buyer and Sellers agree to hold each other harmless and indemnify each other from and against any claims from any real estate brokers or agents claiming any form of compensation or commission in regards to this transaction. |
| **FACSIMILES:** | Buyer and Sellers agree a facsimile transmission of any original document shall have the same effect as an original. Signatures required on an original shall be completed when a facsimile copy has been signed and delivered. The parties agree a signed facsimile copy of documents shall be appended to the original thereof, integrated therewith and given full effect as if an original. |
| **NOTICES:** | All notices and other communication required or permitted to be given or delivered hereunder shall be in writing and shall be sent by U.S. Certified Mail, postage prepaid and return receipt requested or shall be delivered personally to the party intended. |
| **ACCEPTENCE:** | Time is of the essence for performance by the parties under this Letter of Intent to Purchase. |

Sincerely,

*[signature: Robin Ward]*

Robin E. Ward
Executive Director
Heritage Land Bank and
Real Estate Services

Accepted by:

| Seller | Date | Seller | Date |
|---|---|---|---|
| *[signature]* | 2-18-06 | _____ | _____ |