Robert P. Owens
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for the Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THREE PIECES OF REAL PROPERTY | ) |
| LOCATED AT 1301 MULDOON ROAD, | ) Case No. 3:06-cv-00118-RRB |
| ANCHORAGE, ALASKA 99504, 1625 E. 64TH | ) |
| AVENUE, ANCHORAGE, ALASKA 99507, | ) |
| AND NHN HILLCREST S/D 8 LOTS, | ) |
| ANCHORAGE, ALASKA 99515, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PROPOSED
## ORDER PERMITTING INTERVENTION

The unopposed Motion To Intervene, filed by Municipality of Anchorage is

hereby GRANTED.  Petitioner Municipality of Anchorage may now file and serve

its intervention petition.

By:_____
United States District Judge
for the District of Alaska

United States of America v. Three Pieces of Real Property et al.
ORDER PERMITTING INTERVENTION
Case No. 3:06-cv-l 18-RRB
Page 1 of 2

Certificate of Service
The undersigned hereby certifies that on 07/11/06 a
true and correct copy of the *Order Permitting Intervention*
was served on:
- David Bundy
- James Barkeley
- LeRoy DeVeaux
- Will Sherman
- John Beard

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.
 s/Retah Hicks
Legal Secretary
Municipal Attorney's Office

United States of America v. Three Pieces of Real Property et al.
ORDER PERMITTING INTERVENTION
Case No. 3:06-cv-l 18-RRB
Page 2 of 2