Robert H. Schmidt
Alaska Bar No. 9909048
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK 99503
Phone: 907-562-6474
Fax: 907-562-6044
E-mail: schmidtr@groheggers.com

Counsel for Claimant David G. Faulk,
d/b/a Pacific Alaska Leasing Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THREE PIECES OF REAL PROPERTY ) | |
| LOCATED AT 1301 MULDOON ROAD, ) | |
| ANCHORAGE, ALASKA 99504, 1625 E. 64th ) | |
| AVENUE, ANCHORAGE, ALASKA 99507, ) | |
| AND NHN HILLCREST S/D 8 LOTS, ) | Case No. 3:06-cv-118 (RRB) |
| ANCHORAGE, ALASKA 99515 ) | |
| ) | |

ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

Claimant David G. Faulk, doing business as PACIFIC ALASKA LEASING

COMPANY ("Pacific Alaska"), by and through counsel, GROH EGGERS, LLC, hereby

answers the "Verified Complaint for Forfeiture" brought by Plaintiff United States of

America by admitting, denying, and alleging as follows:

*US v. 3 Pieces of Property*, 3:06-cv-00118-RRB
**Answer of Claimant Pacific Alaska**
**Page 1 of 5**

I.

Pacific Alaska is without knowledge as to the alleged criminal acts that form the basis of this forfeiture proceeding. Pacific Alaska is the beneficiary of a deed of trust granted by Joe W. Bryant and Tom Cody, recorded in the Anchorage Recording District, Third Judicial District, State of Alaska an encumbering the following-described real property:

PARCEL NO. 1:

LOTS ONE (1) and TWO (2), BLOCK ONE (1), of HILLCREST SUBDIVISION, according to Plat 70-136, filed in the Anchorage Recording District, Third Judicial District, State of Alaska.

PARCEL NO. 2:

LOTS ONE (1), TWO (2), THREE (3), FOUR (4), FIVE (5), and SIX (6), BLOCK 5 (5) of HILLCREST SUBDIVISION, according to Plat 71-118, filed in the Anchorage, Recording District, Third Judicial District, State of Alaska.

(The "Encumbered Property"). Said deed of trust was recorded as Instrument No. 2004-035336-0 on May 17, 2004 (the "Pacific Alaska Deed of Trust"). A true at and correct copy of the Pacific Alaska Deed of Trust is attached hereto as Exhibit A. The current principal balance of the debt secured by the Encumbered Property is $219,121.48 (two hundred nineteen thousand one hundred twenty one dollars and 48/100). The Encumbered Property appears to be the property referenced in Paragraph 1, Subparagraph 3 of Plaintiff's Complaint at pages 2-3.

To the extent any further response is required to Paragraph 1 of Plaintiff's complaint, the remainder of said paragraph is denied except as expressly set forth herein.

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

II.

Admitted.

III.

Pacific Alaska is without knowledge as to the allegations contained in Paragraph 3 of the Complaint, and therefore denies the same.

IV.

Pacific Alaska is without knowledge as to the allegations contained in Paragraph 4 of the Complaint, and therefore denies the same.

V.

Although the record ownership of a piece of property is a legal conclusion to which no response is required, Pacific Alaska understands that Joe W. Bryant and Tom Cody are the record owners of the Encumbered Property.

VI.

No response is required to Paragraph 6 of Plaintiff's Complaint. To the extent any response is required, Pacific Alaska denies the allegations contained in Paragraph 6 of Plaintiff's Complaint.

VII.

Pacific Alaska is without knowledge as to the allegations contained in Paragraph 7 of the Complaint, and therefore denies the same.

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

WHEREFORE, having answered Plaintiff's Complaint, Claimant David Faulk, d/b/a Pacific Alaska Leasing Company, requests the following relief:

(1) That it be deemed an "Innocent Owner" as provided 18 U.S.C. § 983(d);

(2) That the proceeds of any sale of the Encumbered Property be used to satisfy the debt owing Pacific Alaska;

(3) That the court grant such other and further relief as it deems just and equitable.

DATED at Anchorage, Alaska this 10th day of July, 2006.

                                        GROH EGGERS, LLC

                                        Attorneys for Claimant David Faulk,
                                        d/b/a Pacific Alaska Leasing Company

                                        By: /s/ Robert H. Schmidt
                                             Robert H. Schmidt
                                             Alaska Bar No. 9909048

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

I hereby certify that on July 11, 2006
a copy of the foregoing was served electronically on:

John R. Beard
jrbeard@alaska.net

David H. Bundy
dhb@alaska.net

Robert P. Owens
uslit@muni.org

Frank V. Russo
Frank.Russo@usdoj.gov Kristine.O'Neill@usdoj.gov;usaak.ecf@usdoj.gov

William F. Sherman
wfs@lexalaska.com wfs99501@yahoo.com

and by U.S. Mail, first class postage prepaid, on:

*US v. 3 Pieces of Property*, **3:06-cv-00118-RRB**
**Answer of Claimant Pacific Alaska**
**Page 4 of 5**

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 99503-6604

/s/ Robert H. Schmidt
Robert H. Schmidt

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

*US v. 3 Pieces of Property*, **3:06-cv-00118-RRB**
**Answer of Claimant Pacific Alaska**
**Page 5 of 5**