Robert H. Schmidt
Alaska Bar No. 9909048
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK 99503
Phone: 907-562-6474
Fax: 907-562-6044
E-mail: schmidtr@groheggers.com

Counsel for David G. Faulk,
d/b/a Pacific Alaska Leasing Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THREE PIECES OF REAL PROPERTY ) <br> LOCATED AT 1301 MULDOON ROAD, ) <br> ANCHORAGE, ALASKA 99504, 1625 E. 64th ) <br> AVENUE, ANCHORAGE, ALASKA 99507, ) <br> AND NHN HILLCREST S/D 8 LOTS, ) <br> ANCHORAGE, ALASKA 99515 ) <br> ) | Case No. A06-118 CV (RRB) |

## VERIFIED STATEMENT OF INTEREST

STATE OF ALASKA       )
                      ) ss.
THIRD JUDICIAL DISTRICT )

DAVID FAULK, being first duly sworn upon his oath, states as follows:

1. I am a principal of Pacific Alaska Leasing Company ("Pacific Alaska"). I make this "Verified Statement of Interest" based on my personal knowledge.

*US v. 3 Pieces of Property*, 3:06-cv-00118-RRB
David Faulk's "Verified Statement of Interest"
Page 1 of 3

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

2. On or about February 13, 2004, Pacific Alaska made a loan to Joe W. Bryant and Tom Cody. As security for this loan, Messrs. Bryant and Cody granted a deed of trust naming Pacific Alaska as the beneficiary and encumbering the following-described real property:

PARCEL NO. 1:

LOTS ONE (1) and TWO (2), BLOCK ONE (1), of HILLCREST SUBDIVISION, according to Plat 70-136, filed in the Anchorage Recording District, Third Judicial District, State of Alaska.

PARCEL NO. 2:

LOTS ONE (1), TWO (2), THREE (3), FOUR (4), FIVE (5), and SIX (6), BLOCK 5 (5) of HILLCREST SUBDIVISION, according to Plat 71-118, filed in the Anchorage, Recording District, Third Judicial District, State of Alaska.

(The "Encumbered Property"). Said deed of trust was recorded as Instrument No. 2004-035336-0 on May 17, 2004 (the "Pacific Alaska Deed of Trust"). A true at and correct copy of the Pacific Alaska Deed of Trust is attached hereto as Exhibit A. The current principal balance of the debt secured by the Encumbered Property is $219,121.48 (two hundred nineteen thousand one hundred twenty one dollars and 48/100). The Encumbered Property appears to be a defendant in the instant lawsuit.

3. Neither I nor anyone else at Pacific Alaska had knowledge of the conduct giving rise to the forfeiture proceeding. To this date I am unaware of the basis of the forfeiture proceedings as the affidavit supporting the forfeiture complaint was filed under seal.

*US v. 3 Pieces of Property*, 3:06-cv-00118-RRB
David Faulk's "Verified Statement of Interest"
Page 2 of 3

4. As an innocent owner, Pacific Alaska is entitled to have the proceeds of any forfeiture proceeding used to pay off the debt secured by the Pacific Alaska Deed of Trust.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska this 11 day of July, 2006.

David Faulk

SUBSCRIBED AND SWORN TO before me this 11 day of July, 2006.

Notary Public in and for Alaska
My commission expires: 11/07/06

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

US v. 3 Pieces of Property, 3:06-cv-00118-RRB
David Faulk's "Verified Statement of Interest"
Page 3 of 3