John R. Beard
425 G Street, Suite 630
Anchorage, Alaska 99501
(907)277-4531
     277-9883(FAX)

Attorney for First National Bank Alaska

## In the United States District Court

## for the District of Alaska

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-CV-118-RRB |
| v. ) | |
| ) | |
| Three Pieces of Real Property Located at ) | |
| 1301 Muldoon Road, Anchorage, Alaska ) | |
| 99504, 1625 E. 64th Avenue, Anchorage, ) | |
| Alaska 99507, and NHN Hillcrest S/D ) | |
| 8 Lots, Anchorage, Alaska 99515, ) | |
| ) | |
| Defendants. ) | **Motion to Intervene** |
| _____ ) | |

  First National Bank Alaska moves pursuant to Civil Rule 24(a) for permission to intervene as a defendant and to file the answer it lodges herewith.

  On June 26 First National received a copy of the complaint and a notice that, if it claimed an interest in the defendant real properties, it must file a claim and an answer to the complaint. First National filed its claims on July 11. But because it is not a party to the action, it must intervene in order to file an answer.

As First National claims interests in the defendant properties and is so situated that disposition of the action in its absence will impair or impede its ability to protect those interests, First National is entitled by Rule 24(a) to intervene as a matter of right. It requests an order (attached herewith) permitting its intervention and accepting, as filed, the answer it lodges herewith.

Dated: July 12, 2006

      /s/    John R. Beard
John R. Beard
Attorney for First National Bank Alaska
ABA #6802001

The undersigned hereby certifies that on this 12th day of July, 2006, true and correct copies of the foregoing *Motion to Intervene* were served on:

- Frank V. Russo, attorney for plaintiff
- William F. Sherman
- David H. Bundy
- Robert P. Owens
- Robert H. Schmidt

and mailed to:

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 99503-6604

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By:    /s/    Dianne Wamhoff
     of John R. Beard's office

Motion to Intervene
*U.S. v. Three Pieces of Real Property, et al.*
Case No. 3:06-CV-118-RRB
Page 2 of 2