John R. Beard
425 G Street, Suite 630
Anchorage, Alaska 99501
(907)277-4531
   277-9883(FAX)

Attorney for First National Bank Alaska

**In the United States District Court**

**for the District of Alaska**

| | |
|---|---|
| United States of America,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Three Pieces of Real Property Located at  )<br>1301 Muldoon Road, Anchorage, Alaska  )<br>99504, 1625 E. 64th Avenue, Anchorage,  )<br>Alaska  99507, and NHN Hillcrest S/D  )<br>8 Lots, Anchorage, Alaska  99515,  )<br>  )<br>       Defendants.  )<br>_____ ) | Case No. 3:06-CV-118-RRB<br><br><br><br><br><br>**Proposed**<br>**Order for Intervention of**<br>**First National Bank Alaska** |

    First National Bank Alaska's motion to intervene is granted.  First National is joined as a defendant.  The answer First National lodged with its motion is filed.

    Dated: _____, 2006

                                                               _____
                                                                Ralph R. Beistline
                                                                 U.S. District Court Judge