John R. Beard
425 G Street, Suite 630
Anchorage, Alaska 99501
(907)277-4531
    277-9883(FAX)

Attorney for First National Bank Alaska

# In the United States District Court

# for the District of Alaska

| | |
|---|---|
| United States of America, )<br> )<br>    Plaintiff, )<br> )<br> )<br>v. )<br> )<br>Three Pieces of Real Property Located at )<br>1301 Muldoon Road, Anchorage, Alaska )<br>99504, 1625 E. 64th Avenue, Anchorage, )<br>Alaska 99507, and NHN Hillcrest S/D )<br>8 Lots, Anchorage, Alaska 99515, )<br> )<br>    Defendants. )<br>_____ ) | Case No. 3:06-CV-118-RRB<br><br><br><br><br><br><br><br><br><br><br>**Answer of First National Bank Alaska** |

<u>First defense</u>

The complaint does not state a claim for which relief can be granted.

<u>Second defense</u>

1.    First National Bank Alaska owns security interests in defendants Lot 38,

Dowling Subdivision, Plat P-250-B, and 8 lots in Hillcrest Subdivisions, Plats 70-136 and

71-118.

2.  First National did not and does not know of, and it has never consented to, any use of the said properties, or any part of them, to commit or facilitate the commission of any violation of federal or state law.

### Third defense

3.  First National admits the allegations contained in paragraph IV and V of the complaint and denies every allegation contained in the complaint.

Wherefore First National Bank Alaska demands judgment that plaintiff recover nothing from defendants to the extent of First National Bank's interests, and that First National recover its costs and disbursements, including attorney fees, from plaintiff.

Dated:  July 12, 2006

    /s/    John R. Beard
John R. Beard
Attorney for First National Bank Alaska
ABA #6802001

The undersigned hereby certifies that on this 12th day of July, 2006, true and correct copies of the foregoing *Answer of First National Bank Alaska* were served on:

- Frank V. Russo, attorney for plaintiff
- William F. Sherman
- David H. Bundy
- Robert P. Owens
- Robert H. Schmidt

and mailed to:

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK  99503-6604

by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice of Electronic Filing.


By:   /s/   Dianne Wamhoff
      of John R. Beard's office