Robert H. Schmidt
Alaska Bar No. 9909048
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, AK 99503
Phone: 907-562-6474
Fax: 907-562-6044
E-mail: schmidtr@groheggers.com

Counsel for Claimant David G. Faulk,
d/b/a Pacific Alaska Leasing Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br> v. )<br>)<br>THREE PIECES OF REAL PROPERTY )<br>LOCATED AT 1301 MULDOON ROAD, )<br>ANCHORAGE, ALASKA 99504, 1625 E. 64th )<br>AVENUE, ANCHORAGE, ALASKA 99507, )<br>AND NHN HILLCREST S/D 8 LOTS, )<br>ANCHORAGE, ALASKA 99515 )<br>_____ ) | Case No. 3:06-cv-118 (RRB) |

CERTIFICATE OF SERVICE: VERIFIED STATEMENT OF INTEREST

Claimant David G. Faulk, doing business as PACIFIC ALASKA LEASING

COMPANY ("Pacific Alaska"), by and through counsel, GROH EGGERS, LLC, hereby

certifies that the Verified Statement of Interest filed with the Court on July 11, 2006 was

served electronically on:

John R. Beard
jrbeard@alaska.net

*US v. 3 Pieces of Property*, **3:06-cv-00118-RRB**
**Answer of Claimant Pacific Alaska**
**Page 1 of 3**

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

David H. Bundy
dhb@alaska.net

Robert P. Owens
uslit@muni.org

Frank V. Russo
Frank.Russo@usdoj.gov Kristine.O'Neill@usdoj.gov;usaak.ecf@usdoj.gov

William F. Sherman
wfs@lexalaska.com wfs99501@yahoo.com

and by U.S. Mail, first class postage prepaid, on:

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 99503-6604

Said service was accomplished on July 11, 2006

      DATED at Anchorage, Alaska this 12th day of July, 2006.

                                    GROH EGGERS, LLC

                                    Attorneys for Claimant David Faulk,
                                    d/b/a Pacific Alaska Leasing Company


                              By: /s/ Robert H. Schmidt
                                   Robert H. Schmidt
                                   Alaska Bar No. 9909048

I hereby certify that on July 12, 2006
a copy of the foregoing was served electronically on:

John R. Beard
jrbeard@alaska.net

David H. Bundy
dhb@alaska.net

Robert P. Owens
uslit@muni.org

*US v. 3 Pieces of Property*, **3:06-cv-00118-RRB**
**Answer of Claimant Pacific Alaska**
**Page 2 of 3**

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044

Frank V. Russo
Frank.Russo@usdoj.gov Kristine.O'Neill@usdoj.gov;usaak.ecf@usdoj.gov

William F. Sherman
wfs@lexalaska.com wfs99501@yahoo.com

and by U.S. Mail, first class postage prepaid, on:

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 99503-6604

/s/ Robert H. Schmidt
Robert H. Schmidt

Law Offices of
GROH EGGERS, LLC
3201 C Street, Suite 400
Anchorage, Alaska 99503
Phone (907) 562-6474
Fax (907) 562-6044