
John R. Beard
425 G Street, Suite 630
Anchorage, Alaska 99501
(907)277-4531
    277-9883(FAX)

Attorney for First National Bank Alaska

## In the United States District Court

## for the District of Alaska

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-CV-118-RRB |
| v. ) | |
| ) | |
| Three Pieces of Real Property Located at ) | |
| 1301 Muldoon Road, Anchorage, Alaska ) | |
| 99504, 1625 E. 64th Avenue, Anchorage, ) | |
| Alaska 99507, and NHN Hillcrest S/D ) | |
| 8 Lots, Anchorage, Alaska 99515, ) | |
| ) | |
| Defendants. ) | **Erratum – Claims of First National Bank** |
| _____ ) | |

    The Claims of First National Bank Alaska filed on July 11 (Docket #20) incorrectly states, at paragraph 1, that the debt secured by defendant Lot 38, Dowling Subdivision, on July 5 amounted to $997,365.83. The amount of the debt on July 5 was in fact **$939,937.07** – i.e., the sum of the components that are correctly stated in the claim.

    Dated:   July 18, 2006

                                        /s/    John R. Beard
                                    John R. Beard
                                    Attorney for First National Bank Alaska
                                    425 G Street, Suite 630

Anchorage, AK  99501
phone: (907) 277-4531
fax:    (907) 277-9883
email:  jrbeard@alaska.net
ABA #6802001

The undersigned hereby certifies that on this 18th day of July, 2006, true and correct copies of the foregoing *Erratum – Claims of First National Bank* were served on:

- Frank V. Russo, attorney for plaintiff
- William F. Sherman
- David H. Bundy
- Robert P. Owens
- Robert H. Schmidt

and mailed to:

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK  99503-6604

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.


By:     /s/     Dianne Wamhoff
        of John R. Beard's office