UNITED STATES OF AMERICAN V.1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504
1625 E 64TH Avenue, Anchorage, Alaska 99507, & NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99516
CASE NOL 3:06-CV-00118-RRB

July 10, 2006

Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Ak. 99513-7567

**RECEIVED**

JUL 1 2 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Attn: Frank Russo
     Kathie Volk

We have received a complaint for Forfeiture for 8 lots on NHN Hillcrest S/D, Anchorage, Alaska.

Please be advised that this is a notice or claim we are making on this property that it stated we should file. It does not tell us where we are to submit this claim, so I am mailing to you.

We sold 8 lots on Hillcrest and we are being paid off on an escrow account of $1200 a month at 7.00%. On June 23, 2006 was the last payment for $1200. This was for the July payment as they are due on the 1st of each month.

There is still $6,039.41 still owed on this transaction. We have a lien on Property Lot No.1 on the Hillcrest acreage. We are supposed to be No. 1 on this lien. This is automatically paid to us through First National Bank Account
Copies to:

Office of the Clerk, United States District Court
222 W. 7th Avenue, Box 4, Room 229, Anchorage, Ak. 99513-7564

Attorney James Barkeley 222 W. 7sth Avenue, #9, Room 253, Anchorage, Ak 99513-7467

_John W. Sutherland_   7/10/06     _Luella M. Sutherland_   7/10/06
John W. Sutherland   7/10/06        Luella M. Sutherland   7/10/06

_Rebecca A. Turner_
Notarized by
Commission Expires - April 02, 2009

_July 10, 2006_
Date

(Notary Public Seal: REBECCA A. TURNER, NOTARY PUBLIC, STATE OF ALASKA)