Charles G. Evans
12350 Industry Way, Suite 203
Anchorage, AK 99515
907-278-4691(phone)
907-562-0654 (fax)
locge@gci.net

Attorney for Don L. Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           Plaintiff,<br><br>  v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64TH AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515<br><br>           Defendants. | Case No. 3:06-CV-00118-RRB |

## **ENTRY OF APPEARANCE**

Please take notice that the Law Offices of Charles G. Evans hereby enters its appearance in the above captioned action on behalf of Don L. Smith and requests that all future pleadings and documents be served on it at 12350 Industry Way, Suite 203, Anchorage, Alaska 99515.

Entry of Appearance
United States of America v. Three Pieces of Real Property
Case No. 3:06-CV-00118-RRB
Page 1 of 2

DATED this 27th day of July 2006.

        LAW OFFICES OF CHARLES G. EVANS
        Attorneys for Don L. Smith


By:  s/ Charles G. Evans
      Charles G. Evans
      ABA No. 7705019

Certificate of Service
I hereby certify that on July 27, 2006, a copy of foregoing *Entry of Appearance* was served electronically on:

-Frank V. Russo
-Robert P. Owens
-David H. Bundy
-William F. Sherman
-John R. Beard
-Robert H. Schmidt

and by regular U.S. mail on:

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK  99503


  s/ Charles G. Evans