Charles G. Evans
12350 Industry Way, Suite 203
Anchorage, AK 99515
907-278-4691(phone)
907-562-0654 (fax)
locge@gci.net

Attorney for Don L. Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64TH AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515<br><br>    Defendants. | Case No. 3:06-CV-00118-RRB |

### VERIFIED STATEMENT OF INTEREST BY DON L. SMITH

Don L. Smith hereby gives notice that he claims a lienhold and/or equitable interest in two properties at issue in these proceedings, as described below.

1.      Don L. Smith claims an interest in the following described real property pursuant to his agreement with Joe Bryant and Michael Cody to work on development of the property and pursuant to his claim of lien dated June 9, 2006, recorded document number 2006-037946-0, a copy of which is attached.

Verified Statement of Interest by Don L. Smith
United States of America v. Three Pieces of Real Property
Case No. 3:06-CV-00118-RRB
Page 1 of 3

      Tract B. Muldoon Estates, according to the official plat thereof, filed under Plat Number 71-113, in the Records of the Anchorage Recording District, Third Judicial District, State of Alaska, Commonly known as 1301 Muldoon Road, Anchorage, Alaska.

2.    Don L. Smith claims an interest in the following described real property pursuant to his agreement with Joe Bryant and Michael Cody to make improvements on and to work on the development of the property and pursuant to his claim of lien dated July 27, 2006, recorded document number 2006-037946-0, a copy of which is attached.

      Lot Thirty-Eight (38), Dowling Subdivision, according to the official plat thereof, filed under Plat Number P-250-B, in the Records of the Anchorage Recording District, Third Judicial District, State of Alaska, Commonly known as 1625 E. 64th Avenue, Anchorage, Alaska.

DATED this 28th day of July 2006.

                                                    LAW OFFICES OF CHARLES G. EVANS
                                                    Attorneys for Don L. Smith

                                                    By:  s/ Charles G. Evans
                                                           ABA No. 7705019

## VERIFICATION

The undersigned, Don L. Smith, has read the contents of the foregoing Verified Statement of Interest and supporting documents and believes the statements contained therein are true to the best of my knowledge and belief. I further state that Charles G. Evans has authority to enter an appearance in this matter as my attorney.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of July, 2006.

                                                                         /s/ Donald L. Smith
                                                                         Don L. Smith

Verified Statement of Interest by Don L. Smith
United States of America v. Three Pieces of Real Property
Case No. 3:06-CV-00118-RRB
Page 2 of 3

STATE OF ALASKA       )
                      )
THIRD JUDICIAL DISTRICT )

    THIS IS TO CERTIFY that on this 28th day of July, 2006, personally appeared before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, Don L. Smith, to me known and known to me to be the individual named in and who executed the foregoing instrument, and he acknowledged to me that he signed the same freely and voluntarily for the uses and purposes therein stated.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year first hereinabove written.

                                          *Pamela K. Pifer*
                                          Notary Public in and for Alaska
                                          My Commission Expires: 1/31/08

Certificate of Service
I hereby certify that on July 28, 2006, a copy of foregoing *Verified Statement of Interest by Don L. Smith* was served electronically on:

-Frank V. Russo
-Robert P. Owens
-David H. Bundy
-William F. Sherman
-John R. Beard
-Robert H. Schmidt

and by regular U.S. mail on:

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK  99503


  s/ Charles G. Evans


Verified Statement of Interest by Don L. Smith
United States of America v. Three Pieces of Real Property
Case No. 3:06-CV-00118-RRB
Page 3 of 3



ALASKA
2006-037946-0
Recording Dist: 301 - Anchorage
6/9/2006 1:20 PM Pages: 1 of 2



| Don L. Smith,<br>Claimant, |
|---|
| vs. |
| Joe Bryant and Thomas Michael Cody, IV,<br>Owners or Reputed Owners. |

## CLAIM OF LIEN

NOTICE IS HEREBY GIVEN that Claimant, whose address is 7031 Foothill Drive, Anchorage, Alaska 99504, claims a lien upon that certain real property situated in the Anchorage Recording District, and more particularly described as Follows:

> Tract B, Muldoon Estates, according to the official plat thereof, filed under Plat No. 71-113, records of the Anchorage Recording District, Third Judicial District, State of Alaska.

This lien is claimed against the above described real property for services and labor furnished to this property or parts thereof by Don L. Smith at the request of Joe Bryant and Thomas Michael Cody, IV, whose address is 3705 Arctic Blvd., #1816, Anchorage, Alaska 99503 for the reasonable price of $576,050.00. The services and labor were furnished from October 1, 2004 up through and including June 8, 2006. The owners or reputed owners are Joe Bryant and Thomas Michael Cody, IV.

The amount now due and remaining unpaid to Claimant, after all just credits and offsets, is the sum of $595,050.00, for which demand has been made. A lien is now claimed for that amount, plus interest thereon at the maximum rates permitted by law, and all reasonable expenses, costs and attorney fees incurred by Claimant in its efforts to

collect the above amounts, which amounts are justly due and owing.

DATED this 9th day of June, 2006.

_____
Don L. Smith, Claimant

## VERIFICATION

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

Don L. Smith, being first duly sworn upon oath, deposes, verifies, and states as follows:

1. That I am the Claimant.

2. That I have caused the foregoing documents to be prepared based upon personal knowledge of the matters therein stated; and,

3. That I have read the contents of the foregoing Claim of Lien and hereby verify that the same are true and correct.

_____
Don L. Smith, Claimant

SUBSCRIBED AND SWORN to me this 9th day of June, 2006.

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
PAMELA K. PIFER
My Commission Expires: Jan. 31, 2008

_____
Notary Public in and for Alaska
My Commission Expires: 1/31/08

AFTER RECORDING IN THE ANCHORAGE
RECORDING DISTRICT RETURN TO:
Law Offices of Charles G. Evans
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515

1M-0627-0100.03.wpd

2 of 2
2006-037946-0

| |
|---|
| Don L. Smith,<br>Claimant,<br><br>vs.<br><br>Joe Bryant and Thomas Michael Cody, IV,<br>Owners or Reputed Owners. |

### CLAIM OF LIEN

NOTICE IS HEREBY GIVEN that Claimant, whose address is 7031 Foothill Drive, Anchorage, Alaska 99504, claims a lien upon that certain real property situated in the Anchorage Recording District, and more particularly described as Follows:

> Lot Thirty-Eight (38), Dowling Subdivision, according to the official plat thereof, filed under Plat Number P-250-B, in the Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

This lien is claimed against the above described real property for services and labor furnished to this property or parts thereof by Don L. Smith at the request of Joe Bryant and Thomas Michael Cody, IV, whose address is 3705 Arctic Blvd., #1816, Anchorage, Alaska 99503 for the reasonable price of $100,000.00. The services and labor were furnished from October 1, 2005 up through and including June 8, 2006. The owners or reputed owners are Joe Bryant and Thomas Michael Cody, IV.

The amount now due and remaining unpaid to Claimant, after all just credits and offsets, is the sum of $100,000.00, for which demand has been made. A lien is now claimed for that amount, plus interest thereon at the maximum rates permitted by law, and all reasonable expenses, costs and attorney fees incurred by Claimant in its efforts to

collect the above amounts, which amounts are justly due and owing.

DATED this 27th day of June, 2006.

*Donald L. Smith*
Don L. Smith, Claimant

## VERIFICATION

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

Don L. Smith, being first duly sworn upon oath, deposes, verifies, and states as follows:

1. That I am the Claimant.

2. That I have caused the foregoing documents to be prepared based upon personal knowledge of the matters therein stated; and,

3. That I have read the contents of the foregoing Claim of Lien and hereby verify that the same are true and correct.

*Donald L. Smith*
Don L. Smith, Claimant

SUBSCRIBED AND SWORN to me this 27th day of June, 2006.

*Pamela K. Pifer*
Notary Public in and for Alaska
My Commission Expires: 1/31/08

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
PAMELA K. PIFER
My Commission Expires: Jan. 31, 2008

AFTER RECORDING IN THE ANCHORAGE
RECORDING DISTRICT RETURN TO:
Law Offices of Charles G. Evans
12350 Industry Way, Suite 203
Anchorage, Alaska 99515

1M-0627-0100.04.wpd