Tuesday, July 25, 2006

Office of the Clerk

Here is our copy as requested of the Notice.

Luella and John Sutherland
POBox 671850
Chugiak, Alaska 99567

RECEIVED
JUL 27 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

3:06-cv-00118-RRB