

Richard Noble
275 S. Hoyt St
Anchorage, AK 99508
Tel: (907) 272 1565
Fax: (907) 272 1566
dicknoble@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>Defendants. | Case No. A06-CV-00118 RRB<br><br>**RICHARD NOBLE'S STAREMENT OF INTEREST** |

Richard Noble as Broker for United Realty LLC, hereby claims an interest in the property at issue in these proceedings as follows:

1.      Richard Noble is the listing broker for the two undeveloped properties known as 1301 Muldoon road and NHN Hillcrest S/D 8 lots Anchorage, Alaska.

2.      Said Noble and United Realty LLC currently have buyers under contract for lots 2 and 3, as well as ongoing negotiations for lot 1, all in the

RICHARD NOBLE'S STATEMENT OF INTEREST       - 1 -

approved replat of Tract B Muldoon Estates. In addition, negotiations are in progress on the Hillcrest property.

3. DATED, July 13, 2006, at Anchorage, Alaska

Richard Noble
Broker of United Realty LLC

SWORN TO AND SUBSCRIBED TO before me on this 1st day August, 2006, at Anchorage, Alaska.

Notary Public in and for the State of Alaska
My Commission expires: 05/16/09

CERTIFICATE OF SERVICE
I certify that on July 13, 2006, a copy of the foregoing document was served upon the following by Richard Noble:

Frank V. Russo
Assistant U.S. Attorney
Federal Building and US Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Estate of Joe Bryant
C/O David Bundy, Atty
3211 C St
Anchorage, AK 99503

Gary D. DePue
1625 E. 64th Avenue, #16
Anchorage, AK 99507

Estate of Thomas Cody IV
C/O Will Sherman, Atty
645 G St., Suite 100
Anchorage, AK 99501

Certification Signature

RICHARD NOBLE'S STATEMENT OF INTEREST    - 2 -