Robert P. Owens
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
owensrp@muni.org

Attorney for Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )| Case No. 3:06-CV-00118-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THREE PIECES OF REAL PROPERTY ) | |
| LOCATED AT 1301 MULDOON ROAD, ) | |
| ANCHORAGE, ALASKA 99504, 1625 E. 64TH ) | |
| AVENUE, ANCHORAGE, ALASKA 99507, ) | |
| AND NHN HILLCREST S/D 8 LOTS, ) | |
| ANCHORAGE, ALASKA 99515, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ANSWER OF MUNICIPALITY OF ANCHORAGE

The Municipality of Anchorage ("MOA") through counsel, hereby answers the

Complaint brought by the United States of America, as follows:

## I.

MOA admits the allegations contained in paragraph 1 of the United States Complaint for forfeiture, except that it is informed and therefore believes that the property at 1301 Muldoon Road was not purchased or used in any manner to commit, or to facilitate the commission of any of the criminal statutes of the United States.

## II.

MOA admits the allegations contained in paragraph 2 of said complaint.

## III.

MOA admits the allegations contained in paragraph 3 of said complaint.

## IV.

MOA is without sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 4 of said complaint and therefore denies the same.

## V.

MOA is without sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 5 of said complaint and therefore denies the same.

## VI.

The allegations of paragraph 6 of plaintiff's complaint do not require a response by MOA. To the extent any response is required, MOA denies the allegations in paragraph 6 of plaintiff's complaint.

**VII.**

MOA has not had an opportunity to see the evidence relied upon by plaintiff described in paragraph 7 of the complaint and therefore denies the same.

## AFFIRMATIVE AND OTHER DEFENSES

1. Plaintiff's complaint fails to state a claim on which relief may be granted.

2. MOA has an ownership interest in the property commonly known as 1301 Muldoon Road. In acquiring this interest MOA did not and does not know of, and it never consented to, any use of said property to commit or facilitate the commission of any violation of federal or state law.

## REQUEST FOR RELIEF

WHEREFORE MOA prays for the following relief:

1. That plaintiff's action for forfeiture be dismissed as against the property commonly known as 1301 Muldoon Road, with prejudice, plaintiff taking nothing thereby;

2. That MOA be declared an "innocent owner" pursuant to 18 USC §983(d);

3. That MOA be allowed to conclude its acquisition of the property commonly described as 1301 Muldoon Road, with the proceeds being paid as directed by this honorable court; and

4. For such other and further relief as this Court deems just and equitable.

Respectfully submitted this 3rd day of August, 2006.

                FREDERICK H. BONESS
                Municipal Attorney

             By: *s/ Robert P. Owens*
                Municipal Attorney's Office
                P.O. Box 196650
                Anchorage, Alaska 99519-6650
                Phone: (907) 343-4545
                Fax: (907) 343-4550
                E-mail: uslit@muni.org
                Alaska Bar No. 8406043

The undersigned hereby certifies that on 8/3/06 a true and correct copy of the *Answer of Municipality of Anchorage* was served on:

- David H. Bundy
- Frank V. Russo
- James Barkeley
- LeRoy E. DeVeaux
- Will F. Sherman
- Robert H. Schmidt
- John R. Beard
- Charles G. Evans
- Richard Noble

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/Elaine Loew
Elaine Loew, Legal Secretary
Municipal Attorney's Office