John R. Beard
425 G Street, Suite 630
Anchorage, Alaska 99501
(907)277-4531
     277-9883(FAX)

Attorney for First National Bank Alaska

## In the United States District Court

## for the District of Alaska

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:06-CV-118-RRB |
| v. | ) |
| | ) |
| Three Pieces of Real Property Located at | ) |
| 1301 Muldoon Road, Anchorage, Alaska | ) |
| 99504, 1625 E. 64th Avenue, Anchorage, | ) |
| Alaska 99507, and NHN Hillcrest S/D | ) |
| 8 Lots, Anchorage, Alaska 99515, | ) ~~Proposed~~ |
| | ) Order for Intervention of |
| Defendants. | ) First National Bank Alaska |
| | ) |

First National Bank Alaska's motion to intervene is granted. First National is joined as a defendant. The answer First National lodged with its motion is filed.

Dated: 8/6/06 , 2006

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge