Robert P. Owens
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for the Municipality of Anchorage

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THREE PIECES OF REAL PROPERTY ) <br> LOCATED AT 1301 MULDOON ROAD, ) <br> ANCHORAGE, ALASKA 99504, 1625 E. 64TH ) <br> AVENUE, ANCHORAGE, ALASKA 99507, ) <br> AND NHN HILLCREST S/D 8 LOTS, ) <br> ANCHORAGE, ALASKA 99515, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:06-cv-00118-RRB |

## ~~PROPOSED~~ ORDER PERMITTING INTERVENTION

The unopposed Motion To Intervene, filed by Municipality of Anchorage is hereby GRANTED. Petitioner Municipality of Anchorage may now file and serve its intervention petition.

REDACTED SIGNATURE

United States District Judge
for the District of Alaska

8/7/06

United States of America v. Three Pieces of Real Property et al.
ORDER PERMITTING INTERVENTION
Case No. 3:06-cv-118-RRB
Page 1 of 2