Charles G. Evans
12350 Industry Way, Suite 203
Anchorage, AK 99515
907-278-4691(phone)
907-562-0654 (fax)
locge@gci.net

Attorney for Don L. Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>   v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64TH AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515<br><br>        Defendants. | Case No. 3:06-CV-00118-RRB |

## **ANSWER OF DON L. SMITH**

COMES NOW Don L. Smith, by and through counsel, Law Offices of Charles G.

Evans, and hereby answers the "Verified Complaint for Forfeiture" brought by Plaintiff,

United States of America, states and alleges as follows:

    1.    Don L. Smith is without knowledge as to the alleged criminal acts that form

the basis of this forfeiture proceeding.  Don L. Smith holds in an interest in the property pursuant to claims of lien recorded in the Anchorage Recording District, Third Judicial District, State of Alaska encumbering the following described property:

> Tract B. Muldoon Estates, according to the official plat thereof, filed under Plat Number 71-113, in the Records of the Anchorage Recording District, Third Judicial District, State of Alaska, Commonly known as 1301 Muldoon Road, Anchorage, Alaska.

and

> Lot Thirty-Eight (38), Dowling Subdivision, according to the official plat thereof, filed under Plat Number P-250-B, in the Records of the Anchorage Recording District, Third Judicial District, State of Alaska, Commonly known as 1625 E. 64th Avenue, Anchorage, Alaska.

(The "Encumbered Property".)  The Claim of Liens were recorded as document number 2006-037946-0 on June 9, 2006 and document number 2006-037946-0 on July 28, 2006. True and correct copies of the Claim of Liens are attached hereto as Exhibit A and Exhibit B.  The Encumbered Property appears to be the property referenced in Paragraph 1, Subparagraph 3 of Plaintiff's Complaint at pages 2-3.

      To the extent any further response is required to Paragraph 1 of Plaintiff's complaint, the remainder of the paragraph is denied for lack of knowledge, except as expressly set forth herein.

      2.    Don L. Smith admits the allegations in paragraph 2 of the complaint.

      3.    Don L. Smith admits the allegations in paragraph 3 of the complaint.

      4.    Don L. Smith admits the allegations in paragraph 4 of the complaint.

5. Don L. Smith admits the allegations in paragraph 5 of the complaint.

6. No response is required to paragraph 6 of Plaintiff's Complaint. To the extent any response is required, Don L. Smith denies the allegations contained in paragraph 6.

7. Don L. Smith is without knowledge as to the allegations contained in paragraph 7 of the complaint, and therefore denies the same.

## Affirmative Defenses

1. Plaintiff's complaint fails to state cause of action of forfeiture against the real property interests of Don L. Smith.

2. Don L. Smith is an innocent owner of a real property interest in the parcels identified in Exhibits A and B.

3. Any forfeiture, as to Don L. Smith, is grossly excessive and unconstitutional.

4. Don L. Smith is entitled to remission of any forfeiture of his interest in the properties.

5. Don L. Smith reserves the right to raise additional affirmative defenses revealed through investigation or discovery.

WHEREFORE, Don L. Smith prays for relief as follows:

1. For dismissal of the complaint of forfeiture as to the real property interest of Don L. Smith.

2. For such other and further relief as the Court deems just and equitable under the circumstances of this case.

DATED this 11th day of August 2006.

          LAW OFFICES OF CHARLES G. EVANS
          Attorneys for Don L. Smith


          By:  s/ Charles G. Evans
               ABA No. 7705019

<u>Certificate of Service</u>
I hereby certify that on August 11, 2006,
a copy of foregoing *Answer of Don L. Smith*
was served electronically on:

-Frank V. Russo
-Robert P. Owens
-David H. Bundy
-William F. Sherman
-John R. Beard
-Robert H. Schmidt

and by regular U.S. mail on:

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK  99503


  s/ Charles G. Evans