

ALASKA
Recording Dist: 301 - Anchorage
6/9/2006 1:20 PM Pages: 1 of 2

Don L. Smith,
Claimant,

vs.

Joe Bryant and Thomas Michael Cody, IV,
Owners or Reputed Owners.

## CLAIM OF LIEN

NOTICE IS HEREBY GIVEN that Claimant, whose address is 7031 Foothill Drive, Anchorage, Alaska 99504, claims a lien upon that certain real property situated in the Anchorage Recording District, and more particularly described as Follows:

> Tract B, Muldoon Estates, according to the official plat thereof, filed under Plat No. 71-113, records of the Anchorage Recording District, Third Judicial District, State of Alaska.

This lien is claimed against the above described real property for services and labor furnished to this property or parts thereof by Don L. Smith at the request of Joe Bryant and Thomas Michael Cody, IV, whose address is 3705 Arctic Blvd., #1816, Anchorage, Alaska 99503 for the reasonable price of $576,050.00. The services and labor were furnished from October 1, 2004 up through and including June 8, 2006. The owners or reputed owners are Joe Bryant and Thomas Michael Cody, IV.

The amount now due and remaining unpaid to Claimant, after all just credits and offsets, is the sum of $595,050.00, for which demand has been made. A lien is now claimed for that amount, plus interest thereon at the maximum rates permitted by law, and all reasonable expenses, costs and attorney fees incurred by Claimant in its efforts to



EXHIBIT ___A___
Page ___1___ of ___2___

collect the above amounts, which amounts are justly due and owing.

DATED this 9th day of June, 2006.

_____
Don L. Smith, Claimant

### VERIFICATION

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

Don L. Smith, being first duly sworn upon oath, deposes, verifies, and states as follows:

1. That I am the Claimant.

2. That I have caused the foregoing documents to be prepared based upon personal knowledge of the matters therein stated; and,

3. That I have read the contents of the foregoing Claim of Lien and hereby verify that the same are true and correct.

_____
Don L. Smith, Claimant

SUBSCRIBED AND SWORN to me this 9th day of June, 2006.

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
PAMELA K. PIFER
My Commission Expires: Jan. 31, 2008

_____
Notary Public in and for Alaska
My Commission Expires: 1/31/08

AFTER RECORDING IN THE ANCHORAGE
RECORDING DISTRICT RETURN TO:
Law Offices of Charles G. Evans
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515

EXHIBIT    A
Page   2   of   2

1M-0627-0100.03.wpd



2 of 2
2006-037946-0