LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

RECEIVED
SEP 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Three Pieces of Real Property | ) |
| located at 1301 Muldoon Road et al. | ) |
| Defendants, | ) |
| | ) |

Case No.: 3106-CV-118-RRB

## CLAIMANT AND INTERVENOR, ALASKA GREENHOUSES, INC. AN ALASKAN CORPORATION'S MOTION FOR SUMMARY JUDGMENT
### [Pursuant to Rule 56 of the F.R.C.P]

Claimant and intervenor Alaska Greenhouses, Inc., (hereafter Greenhouses) by

and through its attorney of record LeRoy E. DeVeaux of DeVeaux and Associates,

A.P.C., pursuant to Rule 56 of the F.R.C.P., moves the court for Summary Judgment

against the Plaintiff United States of America, with respect to one certain piece of

property on which the United States of America has filed a *lis pendens* specifically:

> Tract B MULDOON ESTATES, according to the official plat thereof, filed
> under plat number 71-113, records of the Anchorage Recording District, Third
> Judicial District State of Alaska, more commonly known as 1301 Muldoon

Wherein the United States of America has filed a *lis pendens* and is requesting this

court to permit the United States of America to seize and forfeit said property. That

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

Greenhouses requests and demand a Summary Judgment and the release of said property from such *lis pendens* as such constitutes a cloud on said property. Greenhouses is the beneficiary under a certain Deed of Trust, dated 22nd day of November 2004, and a Deed of Trust Note and recorded, on November 23rd, 2004; copy of which has been previously filed with this court and attached to claimants Motion to Intervene as Exhibits A and B.

That Greenhouses is innocent owner pursuant to provisions set forth in 18 USC § 983 (d) and as Greenhouses has a property interest in said property it is entitled to just compensation by the United States pursuant to the 5th Amendment to the U.S. Constitution and Article 1 § 18 of the Constitution of the State of Alaska or release of said property.

DATED this 12th day of Sept, 2006.

DeVEAUX AND ASSOCIATES, APC

BY: _____
LeRoy E. DeVeaux, Esq.
Alaska Bar No.7310040
Attorney for Alaska Greenhouses, Inc.

**CERTIFICATE OF SERVICE:**
I hereby certify that on the 14 day of September, 2006, a true and correct copy of the foregoing was hand delivered by messenger to the following:

Kelly Bryant Personal Representative
of the Estate of Joe W. Bryant
c/o Kenneth Kirk and Associates
425 G. Street, Suite 204
Anchorage, Alaska 99501

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906 Facsimile (907) 565-2933*

Charles G. Evans, Esq.
Law Offices of Charles G. Evans
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
Attorney for Don L. Smith

Pamela J. DePue and Gary D. DePue
4110 McLean Place
Anchorage, Alaska 99504

Richard E. Noble
275 S. Hoyt Street
Anchorage, Alaska 99508

John R. Beard, Esq.
Attorney for the First National Bank Alaska
1st National Bank Alaska
425 G Street, Suite 630
Anchorage, Alaska 99501

David H. Bundy, PC
3201 C St., Suite 301
Anchorage, AK 99503

Frank V. Russo, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

Assistant U.S. Attorney James Barkeley
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

Volunteers of America Alaska
1675 C Street
Anchorage, AK 99503

_/s/ Katherine A. DeVeaux_
Katherine A. DeVeaux

**CERTIFICATE OF SERVICE:**
I hereby certify that on the _14_ day of September, 2006,
a true and correct copy of the foregoing was
mailed by certified return receipt
requested U.S. mail to the following:

Thomas Michael Cody IV
c/o Nada Mortenson,
Conservator of Estate of
Thomas Michael Cody IV
3731 214th Lane NW
Oak Grove, MN 55303

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3106-CV-118-RRB
Page 3 of 4

Department of Revenue
State of Alaska
P.O. Box SR
Juneau, AK 99811

Department of Labor
State of Alaska
P.O. Box 1149
Juneau, AK 99811

Robert P. Owens, Esq.
Assistant Municipality Attorney
Municipality of Anchorage
Department of Law, Civil Div.
P.O. Box 196650
Anchorage, Alaska 99519-6650

District Director
ATTN: Chief, Special Procedures Staff
Internal Revenue Service
P.O. Box 1500
Anchorage, AK 99510

*Katherine A. DeVeaux*
Katherine A. DeVeaux

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3:06-CV-118-RRB
Page 4 of 4