LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

RECEIVED
SEP 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Three Pieces of Real Property ) | |
| located at 1301 Muldoon Road et al. ) | |
| Defendants, ) | |
| _____ ) | |

Case No.: 3106-CV-118-RRB

### JUDGMENT

On _____, the above-entitled and number cause came on pursuant to Motion for Summary Judgment by the claimant/intervener Alaska Greenhouses, Inc., on one of the pieces of property in this matter

**NOW, THEREFORE, IT IS: ORDERED, ADJUDGED AND DECREED** that the Motion of Alaska Greenhouses, Inc., an Alaskan corporation, regarding the Property located at 1301 Muldoon Road, Anchorage, Alaska 99504 in which cause the United States of America as Plaintiff filed a complaint for forfeiture and seizure against said property in which Alaska Greenhouses, Inc. is the purchase-money mortgagee. Claimant and intervener Alaska Greenhouses, Inc., filed its Motion for Summary Judgment supported by affidavit and the court having reviewed the pleadings,

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3106-CV-118-RRB
Page 1 of 5

affidavits, and evidence filed herein and having considered the matter finds as follows:

1. That Alaska Greenhouses, Inc., is a purchase-money mortgagee and vender of the property at 1301 Muldoon Road.

2. That Alaska Greenhouses is an innocent owner.

3. That the taking by forfeiture and seizure of the property at 1301 Muldoon Road without having paid the claimant intervener mortgagee the amount due and owing under a Deed of Trust and Deed of Trust Note for that property including the costs, attorney fees and interest as set forth in the Deed of Trust would be a violation of the taking clause of the of the 5th Amendment to the United States Constitution. Such seizure would be taking private property without just compensation.

4. That if the United States of America fails or refuses to pay the full amount due and owing under the Deed of Trust and the Deed of Trust Note covering the 1301 Muldoon Road property that claimant intervener Alaska Greenhouses, Inc., foreclosure of the property interest of the mortgagors Joe Bryant and Thomas M. Cody IV that the United States interest is hereby terminated and the interest transferred at the foreclosure sale shall be free and clear of the *lis pendens* or interest claimed by the United States of America.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that the Plaintiff United States of America shall take nothing by its suit regarding the property at 1301 Muldoon Road and that seizure and forfeiture to the United States of America of said property is hereby denied;

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

The court is further of the opinion and therefore finds that intervener and claimant Alaska Greenhouses, Inc., is the holder of a first and superior mortgage in the form of a purchase-money mortgage on 1301 Muldoon Road and that the mortgage is in Default and therefore, that Alaska Greenhouses, Inc., is entitled to have foreclosure on said property under the terms of its Deed of Trust and Deed of Trust Note;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that all costs in this action are to be taxed against the Plaintiff United States of America.

DATED this _____ day of _____,2006.

BY:_____
The Honorable Ralph R. Beistine United States District Judge for the District of Alaska

**CERTIFICATE OF SERVICE:**
I hereby certify that on the 14 day of September, 2006, a true and correct copy of the foregoing was hand delivered by messenger to the following:

Kelly Bryant Personal Representative
of the Estate of Joe W. Bryant
c/o Kenneth Kirk and Associates
425 G. Street, Suite 204
Anchorage, Alaska 99501

Charles G. Evans, Esq.
Law Offices of Charles G. Evans
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
Attorney for Don L. Smith

Pamela J. DePue and Gary D. DePue
4110 McLean Place
Anchorage, Alaska 99504

Richard E. Noble
275 S. Hoyt Street
Anchorage, Alaska 99508

John R. Beard, Esq.
Attorney for the First National Bank Alaska
1st National Bank Alaska
425 G Street, Suite 630
Anchorage, Alaska 99501

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3106-CV-118-RRB
Page 3 of 5

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

David H. Bundy, PC
3201 C St., Suite 301
Anchorage, AK 99503

Frank V. Russo, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

Assistant U.S. Attorney James Barkeley
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

Volunteers of America Alaska
1675 C Street
Anchorage, AK 99503

*Katherine A. DeVeaux* (signature)
Katherine A. DeVeaux

**CERTIFICATE OF SERVICE:**
I hereby certify that on the 14 day of September, 2006, a true and correct copy of the foregoing was mailed by certified return receipt requested U.S. mail to the following:

Thomas Michael Cody IV
c/o Nada Mortenson,
Conservator of Estate of
Thomas Michael Cody IV
3731 214th Lane NW
Oak Grove, MN 55303

Department of Revenue
State of Alaska
P.O. Box SR
Juneau, AK 99811

Department of Labor
State of Alaska
P.O. Box 1149
Juneau, AK 99811

Robert P. Owens, Esq.
Assistant Municipality Attorney
Municipality of Anchorage
Department of Law, Civil Div.
P.O. Box 196650
Anchorage, Alaska 99519-6650

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906   Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3106-CV-118-RRB
Page 4 of 5

District Director
ATTN: Chief, Special Procedures Staff
Internal Revenue Service
P.O. Box 1500
Anchorage, AK 99510

*Katherine A. DeVeaux*
Katherine A. DeVeaux

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3106-CV-118-RRB
Page 5 of 5