

ALASKA

**2006-050729-0**
Recording Dist: 301 - Anchorage
7/28/2006 12:10 PM  Pages: 1 of 3

F- 11323

CC



# Fidelity Title Agency of Alaska

THIS COVER SHEET HAS BEEN ADDED TO THIS
DOCUMENT BY:

FIDELITY TITLE AGENCY OF ALASKA,
TO PROVIDE SPACE FOR RECORDING DATA

THIS COVER SHEET APPEARS AS THE FIRST PAGE OF
THE DOCUMENT IN THE OFFICIAL PUBLIC RECORDS.

Exhibit 1
Page 1 of 3 pages

NOTICE OF DEFAULT AND SALE
DEED OF TRUST FORECLOSURE

F-1/323

FORECLOSURE SALE TO BE HELD: _October 26th_, 2006, at _10:30 A.m_.m.

FIDELITY TITLE AGENCY OF ALASKA, LLC., present Trustee under the Deed of Trust executed by Joe Bryant and Thomas Michael Cody, IV, Trustors, to Fidelity Title Agency of Alaska, LLC., Trustee, and for the benefit of Alaska Greenhouses, Inc., Beneficiary, recorded on November 23, 2004, recording number 2004-087640-0, in the records of the Anchorage Recording District, Third Judicial District, State of Alaska, encumbering the following-described real property:

> Tract B MULDOON ESTATES, according to the official plat thereof, filed under plat number 71-113, records of the Anchorage Recording District, Third Judicial District State of Alaska, more commonly known as 1301 Muldoon Road, Anchorage, Alaska, 99504

hereby gives notice that a breach of the Deed of Trust has occurred because Trustor failed to satisfy certain obligations secured by the Deed of Trust. The amount owing to Beneficiary as of May 25, 2006, is ONE MILLION THREE HUNDRED TWENTY- FIVE THOUSAND AND NO CENTS ($1,325,000.00) plus future interest, costs, and other charges incurred. Joe Bryant and Thomas Michael Cody, IV are the present owners of the property.

Upon demand of the Beneficiary, Trustee hereby elects to sell the real property for cash to apply against obligations owing to the Beneficiary, together with any additional interest, costs and expenses incurred. Beneficiary gives notice that it is preserving its rights against other collateral securing the obligations.

SAID SALE SHALL BE HELD on _October 26th_, 2006, in conjunction



Exhibit __1__
Page __2__ of __3__ pages

2 of 3
2006-050729-C

with such other sales as Trustee or its attorney may conduct, which sales shall begin at 10:30 A.M. .m. and continue until complete, at the main door of the Nesbitt Courthouse, 825 W. 4th Avenue, Anchorage, Alaska. Questions regarding the foreclosure should be directed to DeVeaux and Associates, APC., 701 W. 41st Street, Suite 201, Anchorage, Alaska 99503, telephone number (907) 565-2906.

**FIDELITY TITLE AGENCY OF ALASKA, LLC.**

Dated: 7-28-2006  By: _Cynthia R Beverly_ — Cynthia R. Beverlie
Its: Authorized Signatory

### STATUTORY FORM OF ACKNOWLEDGMENT; AS 09.63.100

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

The foregoing instrument as acknowledged before me this 28th day of July, 2006, by Cynthia R Beverli the Auth. Signer of **FIDELITY TITLE AGENCY OF ALASKA, LLC.**, an Alaskan corporation, on behalf of the corporation.

_Susan R Calhoun_
Notary Public for Alaska
My commission expires: 10/26/09

OFFICIAL SEAL
STATE OF ALASKA
SUSAN R. CALHOUN
NOTARY PUBLIC