Charles G. Evans
12350 Industry Way, Suite 203
Anchorage, AK 99515
907-278-4691(phone)
907-562-0654 (fax)
locge@gci.net

Attorney for Don L. Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64TH AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>Defendants. | Case No. 3:06-CV-00118-RRB |

## **NON-OPPOSITION**

COMES NOW Don L. Smith, by counsel, and files his non-opposition to the motion of Alaska Greenhouses, Inc. for summary judgment.

DATED this 29th day of September 2006.

                LAW OFFICES OF CHARLES G. EVANS
                Attorneys for Don L. Smith


                By:  s/ Charles G. Evans
                    ABA No. 7705019

<u>Certificate of Service</u>
I hereby certify that on September 29, 2006,
a copy of foregoing *Stipulation to Sale
Property and Deposit Proceeds*
was served electronically on:

-Frank V. Russo
-Robert P. Owens
-David H. Bundy
-William F. Sherman
-John R. Beard
-Robert H. Schmidt

and by regular U.S. mail on:

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK  99503


  s/ Charles G. Evans

Non-Opposition
United States of America v. Three Pieces of Real Property
Case No. 3:06-CV-00118-RRB
Page 2 of 2