NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                   Plaintiff,             )<br>                                                              )<br>         v.                                             )<br>                                                              )<br>THREE PIECES OF REAL              )<br>PROPERTY LOCATED AT            )<br>1301 MULDOON ROAD,                )<br>ANCHORAGE, ALASKA 99504,  )<br>1625 E. 64th AVENUE,                    )<br>ANCHORAGE, ALASKA 99507, AND )<br>NHN HILLCREST S/D 8 LOTS,      )<br>ANCHORAGE, ALASKA 99515,    )<br>                                                              )<br>                   Defendants.           )<br>_____ ) | Case No. 3:06-cv-118-RRB<br><br>**UNITED STATES' MOTION TO<br>ALLOW DISCOVERY UNDER<br>CIVIL RULE 56(f)** |

COMES NOW Plaintiff United States of America, by and through counsel, and pursuant to Federal Rule of Civil Procedure 56(f), hereby moves for an order allowing discovery to be had.[1]

---

[1] This motion was originally filed in conjunction with an opposition to the motion for summary judgment filed by Alaska Greenhouses, Inc. It has been re-filed separately

The Court has not set a time period for discovery under Rule 26. The parties have not met and conferred regarding discovery. No planning and scheduling conference has been held. Apart from the affidavits attached to its motion to intervene, neither Alaska Greenhouses nor any of the numerous claimants to this land have provided the government with any discovery–all of which might be used in opposing the current motion for summary judgment. No initial disclosures have been made. No timetable has been set for dispositive motions. The government respectfully requests that the Court issue a pretrial order specifying the time which will be allowed for discovery and dispositive motions, such as the one at docket number 38.

Another source of discovery which the United States could use (by affidavit or in other form) to oppose the Alaska Greenhouse summary judgment motion is the related criminal case, 3:06-cr-041-RRB. Unfortunately, only one defendant in that case has pled guilty thus far; more information about the Muldoon property will be developed over the next few months.

Currently unavailable factual information about the forfeitability of the Muldoon property will be developed by discovery in this case and in the related criminal case. The United States respectfully requests that discovery be allowed, for a period of 90 days or until further order of the Court so that the United States may file a supplemental opposition to the

---

at the direction of the Clerk.

motion for summary judgment now pending at docket number 38.

DATED this 3rd day of October, 2006 in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/James Barkeley
        JAMES BARKELEY
        Assistant U. S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Rm. C-253
        Anchorage, AK  99513-7567
        Phone: (907) 271-3699
        Fax: (907) 271-1500
        Email: jim.barkeley@usdoj.gov
        Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing
was served electronically, or via U.S. Mail if designated below,
this 3rd day of October, 2006, on:

Eugene DeVeaux  (Counsel for Alaska Greenhouses)
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 9903-6604

Robert P. Owens
MOA–Department of Law
P.O. Box 196650
Anchorage, AK 99519-6650

John R. Beard (Counsel for FNBA)
425 G Street, Suite 630
Anchorage, AK 99501

Robert H. Schmidt (Counsel for David Faulk)
Groh Eggers, LLC
3201 C Street, Suite 400
Anchorage, AK 99503-3967

Charles G. Evans (Counsel for Don Smith)
Law Offices of Charles G. Evans
1351 Huffman Road, Suite 201
Anchorage, AK 99515

William Sherman (Counsel for Nada Mortenson & Thomas Cody IV Conservatorship)
645 G Street, Suite 100
Anchorage, AK 99501

David Bundy (Counsel for Kelly Bryant)
Allen N. Dayan & Associates
701 W. 4th Avenue, Suite 230
Anchorage, AK 99501

Gary D. De Pue  (served via U.S. Mail)
1625 E. 64th Avenue, #16
Anchorage, AK 99507

John W. & Luella Sutherland  (served via U.S. Mail)
P.O. Box 671950
Chugiak, AK 99567

s/James Barkeley