IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-118-RRB |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| THREE PIECES OF REAL ) | |
| PROPERTY LOCATED AT ) | |
| 1301 MULDOON ROAD, ) | |
| ANCHORAGE, ALASKA 99504, ) | |
| 1625 E. 64th AVENUE, ) | |
| ANCHORAGE, ALASKA 99507, AND ) | |
| NHN HILLCREST S/D 8 LOTS, ) | |
| ANCHORAGE, ALASKA 99515, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court having reviewed the United States' Motion for Order Allowing Discovery and the related motion for summary judgment at docket 38, and any other pleadings filed in opposition or response thereto, and being otherwise fully advised in the premises,

THE COURT HEREBY FINDS that: (a) discovery is incomplete in this case and in related criminal case 3:06-cr-041-RRB; (b) discovery in those cases is likely to yield evidence which could be used by the United States or other parties to respond to the summary judgment motion at docket 38; and (c) it is in the interest of justice to continue and allow for additional opposition or other response to the summary judgment motion now pending at docket 38, pursuant to the provisions of Federal Rule of Civil Procedure 56(f).

THEREFORE, IT IS HEREBY ORDERED THAT the parties shall have 90 days from the date of this order in which to engage in discovery, for the purpose of further opposing or otherwise responding to the motion for summary judgment filed by Alaska Greenhouses, Inc. currently pending before the Court at docket 38.

DATED:_____

_____
HON. RALPH R. BEISTLINE
United States District Court

U.S. v. 1301 MULDOON ROAD, et al.
Case No. 3:06-cv-118-RRB

2