IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-118-RRB |
| | ) | |
| Plaintiff, | ) | **ORDER SHORTENING TIME** |
| | ) | **FOR OPPOSITION TO JOINT** |
| v. | ) | **APPLICATION TO STAY** |
| | ) | **FORECLOSURE** |
| THREE PIECES OF REAL | ) | |
| PROPERTY LOCATED AT | ) | |
| 1301 MULDOON ROAD, | ) | |
| ANCHORAGE, ALASKA 99504, | ) | |
| 1625 E. 64th AVENUE, | ) | |
| ANCHORAGE, ALASKA 99507, AND | ) | |
| NHN HILLCREST S/D 8 LOTS, | ) | |
| ANCHORAGE, ALASKA 99515, | ) | |
| | ) | |
| Defendants. | ) | |

This matter having come before the Court on the Joint Application for Order to Stay Foreclosure of Defendant Real Property, and good cause appearing;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that any party to this action not joining in the above-referenced Application shall have until the close of business on the __ day of October, 2006 in which to oppose or otherwise respond to said Application.

DATED:_____

_____
HON. RALPH R. BEISTLINE
United States District Court