NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-118-RRB |
| | ) | |
| Plaintiff, | ) | **JOINT APPLICATION ON** |
| | ) | **SHORTENED TIME FOR ORDER** |
| v. | ) | **STAYING FORECLOSURE ON** |
| | ) | **DEFENDANT REAL PROPERTY** |
| THREE PIECES OF REAL | ) | |
| PROPERTY LOCATED AT | ) | |
| 1301 MULDOON ROAD, | ) | |
| ANCHORAGE, ALASKA 99504, | ) | |
| 1625 E. 64th AVENUE, | ) | |
| ANCHORAGE, ALASKA 99507, AND | ) | |
| NHN HILLCREST S/D 8 LOTS, | ) | |
| ANCHORAGE, ALASKA 99515, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COME NOW plaintiff United States of America and Claimants Kelly Bryant,

Personal Representative of the Estate of Joe William Bryant, Deceased, and Nada Mortenson,

1

court-appointed Conservator for Thomas M. Cody, IV, and the Municipality of Anchorage, by and through counsel, and hereby submit this joint application for an order requiring Trustee Fidelity Title Agency of Alaska, LLC, intending to conduct a non-judicial foreclosure under Alaska law on behalf of Alaska Greenhouses, Inc. ("AGI"), a party to this action and Beneficiary for Joe Bryant and Thomas Cody, to stay a foreclosure action concerning the defendant real property located at 1301 Muldoon Road ("the Muldoon property"). That non-judicial foreclosure sale is currently scheduled for October 26, 2006 at 10:30 a.m. This application is submitted pursuant to 18 U.S.C. § 983(j)(1)(A), 18 U.S.C. § 985(f)(3), and United States v. Real Property at 2659 Roundhill Drive, Alamo, CA, 194 F.3d 1020 (9th Cir. 1999) ("Roundhill I").

    The grounds for this application are as follows: (1) a stay of the foreclosure sale under 18 U.S.C. §§ 983(j)(1)(A) and 985(f)(3) is necessary to preserve the availability of the Muldoon property for forfeiture; (2) AGI's threatened foreclosure action impinges upon this Court's prior and exclusive in rem jurisdiction over the Muldoon property; (3) a stay of the foreclosure sale is required to protect the United States from irreparable harm and will not cause substantial harm to AGI; and (4) due to a related ongoing criminal case and this civil forfeiture action, the United States's interest in the Muldoon property has not yet been adjudicated. **The United States, and the two Claimants representing the two delinquent property owners, Bryant (deceased) and Cody (missing), who were unindicted co-conspirators, request expedited disposition of this application because AGI plans to hold a foreclosure auction of the defendant real property on or about October 26, 2006.**

In other words, the three parties who will fight out the forfeitability of the property (the U.S.A., Cody's estate, and Bryant's estate), and the buyer waiting in the wings (City of Anchorage[1]) are jointly asking this Court to halt the scheduled foreclosure.

This application is made and is based upon the files and records of this case and upon the supporting Memorandum of Points and Authorities filed herewith.

Respectfully submitted this 16th day of October, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

---

[1] See Exhibit 1.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing
Application and supporting Memorandum were served electronically,
or via U.S. Mail/facsimile if designated below, this 16th day of October, 2006, on:

Leroy E. DeVeaux, Counsel for Alaska Greenhouses (via facsimile)
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 9903-6604

| | |
|---|---|
| Robert P. Owens | John R. Beard, Counsel for FNBA |
| MOA–Department of Law | 425 G Street, Suite 630 |
| P.O. Box 196650 | Anchorage, AK 99501 |
| Anchorage, AK 99519-6650 | |
| | |
| Robert H. Schmidt, Counsel for David Faulk | Charles G. Evans, Counsel for Don Smith |
| Groh Eggers, LLC | Law Offices of Charles G. Evans |
| 3201 C Street, Suite 400 | 1351 Huffman Road, Suite 201 |
| Anchorage, AK 99503-3967 | Anchorage, AK 99515 |

William Sherman, Counsel for Nada Mortenson & Thomas Cody IV Conservatorship
645 G Street, Suite 100
Anchorage, AK 99501

| | |
|---|---|
| David Bundy, Counsel for Kelly Bryant | Gary D. De Pue  (served via U.S. Mail) |
| Allen N. Dayan & Associates | 1625 E. 64th Avenue, #16 |
| 701 W. 4th Avenue, Suite 230 | Anchorage, AK 99507 |
| Anchorage, AK 99501 | |

John W. & Luella Sutherland  (served via U.S. Mail)
P.O. Box 671950
Chugiak, AK 99567

s/James Barkeley