

# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4545 • Fax: (907) 343-4550  http://www.muni.org

*Mayor Mark Begich*

### Office of the Municipal Attorney
### Civil Division

October 12, 2006

VIA E-MAIL and
US MAIL

James N. Barkeley
Office of the U.S. Attorney, Criminal Division
222 W. 7th Ave., No. 9
Anchorage, Alaska  99501

RE:   *Tract B Muldoon Estates*

Dear Mr. Barkeley:

This will confirm our conversation this morning concerning the Municipality's interest in purchasing the referenced property. In light of the difficulties we have experienced in securing a timely appraisal of the property, the Municipality is prepared to pay a fixed price of five million dollars for the property. This offer is contingent on approval by the Anchorage Assembly and in all other respects the terms stated in our Letter of Intent to Purchase dated September 24, 2006 remain unchanged.

Sincerely,

Robert P. Owens
Assistant Municipal Attorney


cc:    Robin Ward, Heritage Land Bank

Exhibit 1
Page 1 of 1 pages

***Community, Security, Prosperity***