ALASKA

2006-033143-0
Recording Dist: 301 - Anchorage
5/22/2006 10:49 AM Pages: 1 of 3

DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-00118-rrb-jdr |
| ) | |
| Plaintiff, ) | **LIS PENDENS** |
| ) | |
| v. ) | |
| ) | |
| THREE PIECES OF REAL ) | |
| PROPERTY LOCATED AT ) | |
| 1301 MULDOON ROAD, ) | |
| ANCHORAGE, ALASKA 99504, ) | |
| 1625 E. 64th AVENUE, ) | |
| ANCHORAGE, ALASKA 99507, AND ) | |
| NHN HILLCREST S/D 8 LOTS, ) | |
| ANCHORAGE, ALASKA 99515, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Notice is hereby given of the pendency of a Verified Complaint for Forfeiture filed by the United States Attorney's Office, alleging that the following real property is subject to civil forfeiture under federal law, pursuant to 21 U.S.C. § 881(a)(7) and 18 U.S.C. § 981(a)(1)(C), filed on May 18, 2006 with the Clerk of the United States District Court for the District of Alaska:

1. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 1301 MULDOON ROAD, Anchorage, Alaska 99504, more particularly described as Tract B, Muldoon

Exhibit 2
Page 1 of 3 pages

Estates, according to the official plat thereof, filed under Plat Number 71-113, Records of the Anchorage Recording District, Third Judicial District, State of Alaska;

2. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 1625 E. 64TH AVENUE, Anchorage, Alaska 99507, more particularly described as Lot Thirty-Eight (38), Dowling Subdivision, according to the official plat thereof, filed under Plat No. P-250-B, in the Records of the Anchorage Recording District, Third Judicial District, State of Alaska; and

3. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, commonly known as NHN HILLCREST S/D 8 LOTS, Anchorage, Alaska 99515, more particularly described as:

Parcel Number 1:
Lots One (1) and Two (2), Block One (1), of Hillcrest Subdivision, according to Plat 70-136, filed in the Anchorage Recording District, Third Judicial District, State of Alaska; and

Parcel Number 2:
Lots One (1), Two (2), Three (3), Four (4), Five (5) and Six (6), Block Five (5), of Hillcrest Subdivision, according to Plat 71-118, filed in the Anchorage Recording District, Third Judicial District, State of Alaska.

The record owners of the Defendant property located at 1301 MULDOON ROAD, Anchorage, Alaska 99504 are Joe Bryant and Thomas Michael Cody, IV, as tenants in common. The record owners of the Defendant property located at 1625 E. 64TH AVENUE, Anchorage, Alaska 99507 are Joe W. Bryant and Tom Cody, IV. The record owners of the Defendant property commonly known as NHN HILLCREST S/D 8 LOTS, Anchorage, Alaska 99515 are Joe W. Bryant and Tom Cody.

Take notice that pursuant to 21 U.S.C. § 853(j), including 21 U.S.C. § 881(h), all right and title and interest in the above-referenced property vests in the United States at the time of the commission of the unlawful act giving rise to forfeiture, to wit: property used, or intended to be used,




in any manner or part, to commit, or to facilitate the commission of, a violation of 21 U.S.C. §§ 841, et seq., and is therefore subject to civil forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(7), and property that constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1956(a)(1)(B)(i), which is a "specified unlawful activity" under 18 U.S.C. § 1956(c)(7), and is therefore subject to civil forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

For further information concerning this action, reference may be made to the Clerk of Court for the United States District Court for the District of Alaska, at Anchorage, Alaska.

SUBMITTED this 19th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney

Please Return Original To:
KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

U.S. v. THREE PIECES OF REAL PROPERTY

3 of 3
2006-033143-0

Exhibit 2
Page 3 of 3 pages