2006-050729-0

Recording Dist: 301 - Anchorage
7/28/2006 12:10 PM Pages: 1 of 3

A L A S K A

F- 11323



**Fidelity Title
Agency of Alaska**

THIS COVER SHEET HAS BEEN ADDED TO THIS
DOCUMENT BY:

FIDELITY TITLE AGENCY OF ALASKA,
TO PROVIDE SPACE FOR RECORDING DATA

THIS COVER SHEET APPEARS AS THE FIRST PAGE OF
THE DOCUMENT IN THE OFFICIAL PUBLIC RECORDS.

Exhibit **3**
Page **1** of **3** pages

NOTICE OF DEFAULT AND SALE
DEED OF TRUST FORECLOSURE

E-1/323

FORECLOSURE SALE TO BE HELD: _October 26_ th_, 2006, at _10:30 A.M_.m.

FIDELITY TITLE AGENCY OF ALASKA, LLC., present Trustee under the Deed of

Trust executed by Joe Bryant and Thomas Michael Cody, IV, Trustors, to Fidelity Title Agency

of Alaska, LLC., Trustee, and for the benefit of Alaska Greenhouses, Inc., Beneficiary, recorded

on November 23, 2004, recording number 2004-087640-0, in the records of the Anchorage

Recording District, Third Judicial District, State of Alaska, encumbering the following-described

real property:

> Tract B MULDOON ESTATES, according to the official plat
> thereof, filed under plat number 71-113, records of the Anchorage
> Recording District, Third Judicial District State of Alaska, more
> commonly known as 1301 Muldoon Road, Anchorage, Alaska,
> 99504

hereby gives notice that a breach of the Deed of Trust has occurred because Trustor failed to

satisfy certain obligations secured by the Deed of Trust. The amount owing to Beneficiary as of

May 25, 2006, is ONE MILLION THREE HUNDRED TWENTY- FIVE THOUSAND AND

NO CENTS ($1,325,000.00) plus future interest, costs, and other charges incurred.

Joe Bryant and Thomas Michael Cody, IV are the present owners of the property.

Upon demand of the Beneficiary, Trustee hereby elects to sell the real property for cash to

apply against obligations owing to the Beneficiary, together with any additional interest, costs

and expenses incurred. Beneficiary gives notice that it is preserving its rights against other

collateral securing the obligations.

SAID SALE SHALL BE HELD on _October 26_ th_, 2006, in conjunction



Exhibit **3**
Page **2** of **3** pages

2 of 3
2006-050729-C

with such other sales as Trustee or its attorney may conduct, which sales shall begin at _10:30 A.M._

.m. and continue until complete, at the main door of the Nesbitt Courthouse, 825 W. 4th Avenue,

Anchorage, Alaska.    Questions regarding the foreclosure should be directed to DeVeaux and

Associates, APC., 701 W. 41st Street, Suite 201, Anchorage, Alaska 99503, telephone number

(907) 565-2906.


### FIDELITY TITLE AGENCY OF ALASKA, LLC.

Dated: _7-28-2006_ By: _Cynthia R Beverlin_ — Cynthia R. Beverlin

Its: _Authorized Signatory_


### STATUTORY FORM OF ACKNOWLEDGMENT; AS 09.63.100


STATE OF ALASKA

                       ) ss.

THIRD JUDICIAL DISTRICT   )


The foregoing instrument as acknowledged before me this _28th_ day of _July_, 2006, by _Cynthia R Beverlin_ the _Auth. Sign._ of **FIDELITY TITLE AGENCY OF ALASKA, LLC.**, an Alaskan corporation, on behalf of the corporation.

_Susan R Calhoun_
Notary Public for Alaska
My commission expires: _10/26/09_

```
OFFICIAL SEAL
STATE OF ALASKA
SUSAN R. CALHOUN
NOTARY PUBLIC
```

Exhibit __3__
Page __3__ of __3__ pages