IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THREE PIECES OF REAL )<br>PROPERTY LOCATED AT )<br>1301 MULDOON ROAD, )<br>ANCHORAGE, ALASKA 99504, )<br>1625 E. 64th AVENUE, )<br>ANCHORAGE, ALASKA 99507, AND )<br>NHN HILLCREST S/D 8 LOTS, )<br>ANCHORAGE, ALASKA 99515, )<br>)<br>Defendants. )<br>) | No. 3:06-cv-118-RRB<br><br>**ORDER STAYING FORECLOSURE**<br>**ON DEFENDANT REAL PROPERTY** |

This matter having come before the Court on the Joint Application for Order to Stay Foreclosure of Defendant Real Property, and good cause appearing;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that any and all foreclosure proceedings initiated by Trustee Fidelity Title Agency of Alaska, LLC, on behalf of Alaska Greenhouses, Inc. ("AGI"), a party to this action and Beneficiary for Joe Bryant and Thomas Cody, against the defendant property located at 1301 Muldoon Road are stayed pending further order of this Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any other foreclosure proceedings against the Muldoon property initiated or pursued by Trustee Fidelity Title Agency of Alaska, LLC, on behalf of AGI, as Beneficiary for Joe Bryant and

Thomas Cody, are stayed pending the determination of the United States's interest in the Muldoon property and the disposition of the United States's civil judicial forfeiture action.

DATED:_____    _____
HON. RALPH R. BEISTLINE
United States District Court