Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Nada Mae Mortenson and the Thomas M. Cody IV Conservatorship

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. A06-CV-00118 RRB |
|---|---|
| Plaintiff, | |
| v. | |
| THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515, | **DECLARATION OF NADA MORTENSON** |
| Defendants. | |

I, Nada Mortenson, make the following declaration pursuant to 28 U.S.C. Section 1746:

1.   I am over eighteen years of age and have personal knowledge of the contents of this declaration.

2. On August 17, 2005, I was appointed Conservator for my son, Thomas M. Cody, IV, and have acted in that capacity ever since. Among my powers and duties as Conservator is to pay Mr. Cody's debts when they come due.

3. As of May 25, 2006, Mr. Cody had at least approximately $112,000 in cash in his various bank accounts. (See Am. Verified Compl. for Forfeiture, Case No. 3:06-cv-00153-RRB, Doc. 11) I was thus ready and able, on behalf of the Conservatorship, to make the $25,000 quarterly interest payment due to Alaska Greenhouses, Inc. ("AGI") for 1301 Muldoon, as well as any other payments necessary to preserve Mr. Cody's interest in this property.

4. This payment was not made, however, as I was informed by Richard Noble that AGI would suspend any need to make payments due from the Partners until the pending sale of the part of 1301 Muldoon to the Municipality of Anchorage closed.

5. By the time I learned that AGI had declared a default of the 1301 Muldoon Deed of Trust, the United States had seized the money from Mr. Cody's bank accounts, leaving the Conservatorship unable to redeem the property from foreclosure.

6. It is my belief that but for the foreclosure action against the property and seizure of Mr. Cody's bank accounts, the default on the Deed of Trust would have been avoided, either by the June 10 sale to MOA, or by using cash the Conservatorship held in its accounts prior to the seizure.

///

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  16  October, 2006.

*Nada Mortenson*
NADA MORTENSON

DECLARATION OF NADA MORTENSON
Page - 3 - of 3