David H. Bundy
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage AK 99503
(907) 248-8431
Attorney for Kelly Bryant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>　　　　Defendants. | Case No. A06-CV-00118 RRB<br><br><br>**JOINDER OF KELLY BRYANT, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOE WILLIAM BRYANT, DECEASED, IN APPLICATION FOR ORDER STAYING FORECLOSURE** |

Kelly Bryant, Personal Representative of the Estate of Joe William Bryant,

deceased, ("Bryant") joins in the application of the United States for an order

staying the pending non-judicial foreclosure on the Muldoon property identified in

the Government's application.

The Bryant Estate is the owner of an undivided 50% interest in this

property and therefore has at risk in this case approximately $1.8 million in equity,

based on the sales price less the Alaska Greenhouses deed of trust payoff and

likely closing costs and taxes.

The Bryant Estate is also the joint owner of the other properties mentioned

by Ms. Mortensen at pp 5-6 of her memorandum (Docket 47) and the Estate's

interest in those properties is also at risk if the AGI foreclosure takes place.

Accordingly, for the reasons set forth by the Government and by Ms.

Mortensen, Kelly Bryant requests the Court to stay the pending AGI foreclosure in

order to allow the sale to the Municipality to be completed.

DATED October 17, 2006.

DAVID H. BUNDY, P.C.
Attorney for Kelly Bryant

__/s/ David H. Bundy
David H. Bundy
ABA  #7210043

**CERTIFICATE OF SERVICE**

I certify that on October 17, 2006, a copy of the foregoing
document was served electronically upon the following:

US Attorney's Office
Will Sherman, Esq.
John R. Beard, Esq.
Charles G. Evans, Esq.
Robert P. Owens, Esq.
Robert H. Schmidt, Esq.

And by First Class Mail, upon the following:

LeRoy DeVeaux, Esq.

Gary D. DePue
1625 E. 64th Avenue, #16
Anchorage, AK 99507

John & Luella Sutherland
P O Box 671950
Chugiak AK 99567

/s/ David H. Bundy
David H. Bundy