Robert P. Owens
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for the Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-00118-RRB |
| Plaintiff, ) | |
| vs. ) | |
| THREE PIECES OF REAL PROPERTY ) LOCATED AT 1301 MULDOON ROAD, ) ANCHORAGE, ALASKA 99504, 1625 E. 64TH ) AVENUE, ANCHORAGE, ALASKA 99507, ) AND NHN HILLCREST S/D 8 LOTS, ) ANCHORAGE, ALASKA 99515, ) | |
| Defendants. ) | |

**JOINDER OF MUNICIPALITY OF ANCHORAGE,
IN APPLICATION FOR ORDER STAYING FORECLOSURE**

Municipality of Anchorage, through its undersigned counsel, joins in the application of the United States for an order staying the pending non-judicial foreclosure on the Muldoon property identified in the Government's application.

The Municipality of Anchorage seeks the real property in question for park land, stream preservation and community development purposes. It has offered $5 million dollars for the property, an amount believed to be equal to or in excess of fair market value.[1] The Anchorage Assembly has approved 1.3 million of the purchase price and extraordinary measures have been taken to expedite the public comment and Assembly approval process. Nonetheless, several steps must be completed before the Municipality can obtain insurable title. These include: 1) release of all existing liens and encumbrances; 2) approval of sale by this Court; and 3) approval of the sale by the State Court overseeing the probate and conservatorship proceedings and approval by the Anchorage Assembly.

Motions have been or soon will be in each of the Courts seeking approval; the Assembly has scheduled a public hearing and agreements are in place between the Municipality and all claimants against the property. However, certain circumstances are beyond the Municipality's control and there is insufficient time to pull all the loose ends together before October 26, 2006.

The Municipality stands to suffer the greatest irreparable harm if the property goes to auction as this land is unique and uniquely qualified to fit Municipal needs for development in the Muldoon Community.

---

[1] An appraisal and supplemental opinion of value is expected before the sale is concluded.

On the basis of the foregoing, the Municipality of Anchorage request this Court to stay the pending non-judicial foreclosure on the Muldoon property identified in the Government's application.

Respectfully submitted this 18th day of October 2006.

JAMES N. REEVES
Municipal Attorney

By:  s/ Robert P. Owens
     Municipal Attorney's Office
     P.O. Box 196650
     Anchorage, Alaska 99519-6650
     Phone: (907) 343-4545
     Fax: (907) 343-4550
     E-mail: uslit@muni.org
     Alaska Bar No. 8406043

The undersigned hereby certifies that on 10/18/06 a true and correct copy of *MOA's Joinder in Application for Order Staying Foreclosure* was served on:

- David H. Bundy
- Frank V. Russo
- James Barkeley
- LeRoy E. DeVeaux
- Will F. Sherman
- Robert H. Schmidt
- John R. Beard
- Charles G. Evans
- Richard Noble

By first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/Elaine Loew
Elaine Loew, Legal Secretary
Municipal Attorney's Office