NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>THREE PIECES OF REAL  )<br>PROPERTY LOCATED AT 1301  )<br>MULDOON ROAD, ANCHORAGE,  )<br>ALASKA 99504, 1625 E. 64th  )<br>AVENUE, ANCHORAGE, ALASKA  )<br>99507, AND NHN HILLCREST S/D 8  )<br>LOTS, ANCHORAGE, ALASKA  )<br>99515,  )<br>  )<br>Defendant.  ) | No. 3:06-cv-118-RRB<br><br>**JOINT APPLICATION FOR SHORTENED TIME TO OPPOSE OR RESPOND TO JOINT MOTION FOR INTERLOCUTORY SALE OF MULDOON PROPERTY** |

COME NOW plaintiff United States of America and Claimants Kelly Bryant, Personal Representative of the Estate of Joe William Bryant, Deceased, Nada Mortenson as Conservator for the Estate of Tom Cody and the Municipality of Anchorage, by and through counsel, and hereby submit this joint motion for an order shortening the time in which any party not joining in the accompanying Motion may oppose or otherwise respond thereto. Shortening time is necessary, and in the interest of justice in this matter, because the Motion seeks an order authorizing the immediate, interlocutory sale of the Muldoon property. The urgency of the situation is described with more particularity in the Joint Motion for Interlocutory Sale of Real Property and additional/supplemental filings by the parties joining therein.

Respectfully submitted this 20th day of October, 2006 in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/James Barkeley
>JAMES BARKELEY
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Rm. C-253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3699
>Fax: (907) 271-1500
>Email: jim.barkeley@usdoj.gov
>Alaska Bar No. 8306019

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically, or via U.S. Mail/facsimile if designated below, this 20th day of October, 2006, on:

Leroy E. DeVeaux,
Counsel for Alaska Greenhouses
(via facsimile)
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 9903-6604
Fax: 565-2933

John R. Beard,
Counsel for FNBA
425 G Street, Suite 630
Anchorage, AK 99501

Robert P. Owens
MOA–Department of Law
P.O. Box 196650
Anchorage, AK 99519-6650

Charles G. Evans, Counsel
for Don Smith
Law Offices of Charles G. Evans
1351 Huffman Road, Suite 201
Anchorage, AK 99515

Robert H. Schmidt, Counsel
for David Faulk
Groh Eggers, LLC
3201 C Street, Suite 400
Anchorage, AK 99503-3967

David Bundy, Counsel for Kelly Bryant
Allen N. Dayan & Associates
701 W. 4th Avenue, Suite 230
Anchorage, AK 99501

William Sherman,
Counsel for Nada Mortenson &
Thomas Cody IV Conservatorship
645 G Street, Suite 100
Anchorage, AK 99501

John W. & Luella Sutherland
(served via U.S. Mail)
P.O. Box 671950
Chugiak, AK 99567

Gary D. De Pue
(served via U.S. Mail)
1625 E. 64th Avenue, #16
Anchorage, AK 99507

s/James Barkeley