IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> THREE PIECES OF REAL ) <br> PROPERTY LOCATED AT 1301 ) <br> MULDOON ROAD, ANCHORAGE, ) <br> ALASKA 99504, 1625 E. 64th ) <br> AVENUE, ANCHORAGE, ALASKA ) <br> 99507, AND NHN HILLCREST S/D 8 ) <br> LOTS, ANCHORAGE, ALASKA ) <br> 99515, ) <br> ) <br> Defendant. ) | No. 3:06-cv-118-RRB <br><br> **ORDER SHORTENING TIME FOR OPPOSITION TO JOINT MOTION FOR INTERLOCUTORY SALE OF MULDOON PROPERTY** |

This matter having come before the Court on the Joint Motion for Order Authorizing Interlocutory Sale of Real Property, and good cause appearing;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that any party to this action not joining in the above-referenced Motion shall have until the close of business on the 24th day of October, 2006 in which to oppose or otherwise respond to said Application.

DATED:_____        _____
                                  HON. RALPH R. BEISTLINE
                                  United States District Court