LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    )
                Plaintiff,    )
                                    )
v.    )
                                    )
Three Pieces of Real Property    )
located at 1301 Muldoon Road et al. )
               Defendants,    )
_____ )

Case No.: 3106-CV-118-RRB

**FOR THE INFORMATION OF COURT AND COUNSEL**

This law office is in two (2) cases in the United States District Court for the

District of Alaska.  One case is Shepherd v. Jakeway et al., case number A01-333 Civil,

wherein this law office is co-counsel. That case is set for trial on the 27th day of

November, 2006.  The case at hand is the only other case in the United States District

Court for the District of Alaska and arose due to the *lis pendens* filed by the United

States against the property in question. My clients who have a purchase-money

mortgage on said property in which they had filed a Notice of Default and Foreclosure

as the mortgagees are $75,000.00 behind in interest.  This law firm is, in fact, one

lawyer with two employees.  This writer has practiced before the United States District

Courts since 1973 and practiced in and handled cases before the 9th Circuit Court of

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

Appeals and has argued a major case in the United States Supreme Court; notwithstanding, this law firm will handle no more cases before the United States Courts other than the ones now before this District Court. On investigating the costs that would be incurred in complying with the court's request for electronic filing to finish this one matter, it is clear the costs would be prohibitive. It would be ridiculous for this firm to either absorb the costs or to charge a client who is only before the United States District Court because it is a mortgagee for two debtors that seem to have run afoul of the criminal laws of the United States.

It is therefore respectfully submitted that neither the spirit, nor the letter of law, or the spirit of equity should require this law firm to expend considerable funds, time and effort to go online to finish this last matter, particularly as the clients were dragged into court only as a result of being a mortgage holder for property that they sold at arm's length to a third party. Further, for the court's information, this writer only received the United States Opposition to Claimant and Intervenor Alaska Greenhouses Motion for Summary Judgment and The United States Motion to Allow Discovery under Rule 56 f, dated the 29th day of September, 2006, by fax transmission on **October 16th, 2006**. It should be noted that the certificate of service on the documents clearly indicates that service on counsel for the Alaska Greenhouses was not done on the 3rd day October, 2006.

DATED this ___17th___ day of _October_ 2006.

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3106-CV-118-RRB
Page 2 of 5

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906 Facsimile (907) 565-2933

DeVEAUX AND ASSOCIATES, APC


BY: _LeRoy E. DeVeaux_
LeRoy E. DeVeaux, Esq.
Alaska Bar No.7310040
Attorney for Alaska Greenhouses, Inc.

**CERTIFICATE OF SERVICE:**
I hereby certify that on the __17__ day of October, 2006,
a true and correct copy of the foregoing was
hand delivered by messenger to the following:

Kelly Bryant Personal Representative
of the Estate of Joe W. Bryant
c/o Kenneth Kirk and Associates
425 G. Street, Suite 204
Anchorage, Alaska 99501

Charles G. Evans, Esq.
Law Offices of Charles G. Evans
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
Attorney for Don L. Smith

Pamela J. DePue and Gary D. DePue
4110 McLean Place
Anchorage, Alaska 99504

Richard E. Noble
275 S. Hoyt Street
Anchorage, Alaska 99508

John R. Beard, Esq.
Attorney for the First National Bank Alaska
1st National Bank Alaska
425 G Street, Suite 630
Anchorage, Alaska 99501

David H. Bundy, PC
3201 C St., Suite 301
Anchorage, AK 99503

Frank V. Russo, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3106-CV-118-RRB
Page 3 of 5

Assistant U.S. Attorney James Barkeley
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

Volunteers of America Alaska
1675 C Street
Anchorage, AK 99503

Robert H. Schmidt, Counsel for David Faulk
Groh Eggers, LLC
3201 C Street, Suite 400
Anchorage, AK 99503-3967

Robert P. Owens, Esq.
Assistant Municipality Attorney
Municipality of Anchorage
Department of Law, Civil Div.
632 W. 6th Ave., Suite 730
Anchorage, Alaska 99519-6650

District Director
ATTN: Chief, Special Procedures Staff
Internal Revenue Service
P.O. Box 1500
Anchorage, AK 99510

William Sherman
counsel for Nada Mortenson,
Conservator of Estate of
Thomas Michael Cody IV
645 O Street, Suite 400
Anchorage, AK 99501

*Katherine A. DeVeaux*

Katherine A. DeVeaux

**CERTIFICATE OF SERVICE:**
I hereby certify that on the 17 day of October, 2006,
a true and correct copy of the foregoing was
mailed by certified return receipt
requested U.S. mail to the following:

Department of Revenue
State of Alaska
P.O. Box SR
Juneau, AK 99811

Department of Labor
State of Alaska
P.O. Box 1149
Juneau, AK 99811

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

John W. & Luella Sutherland
P.O. Box 671950
Chugiak, AK 99567

*Katherine A. DeVeaux*

Katherine A. DeVeaux

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*