LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

**RECEIVED**

OCT 1 8 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Three Pieces of Real Property | ) |
| located at 1301 Muldoon Road et al. | ) |
| Defendants, | ) |
| | ) |

Case No.: 3106-CV-118-RRB

#### AMENDED CERTIFICATE OF SERVICE

I certify that a copy of For the Information of the Court and Counsel dated

October 17, 2006, was mailed first class postage paid to the following:

District Director
ATTN:  Chief, Special Procedures Staff
Internal Revenue Service
P.O. Box 1500
Anchorage, AK 99510

DATED this _____ day of _____, 2006.

**DeVEAUX AND ASSOCIATES, APC**

BY: _____
LeRoy E. DeVeaux, Esq.
Alaska Bar No.7310040
Attorney for Alaska Greenhouses, Inc.

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

**CERTIFICATE OF SERVICE:**

I hereby certify that on the ___/9__ day of October, 2006,
a true and correct copy of the foregoing was
hand delivered by messenger to the following:

Kelly Bryant Personal Representative
of the Estate of Joe W. Bryant
c/o Kenneth Kirk and Associates
425 G. Street, Suite 204
Anchorage, Alaska 99501

Charles G. Evans, Esq.
Law Offices of Charles G. Evans
1351 Huffman Road, Suite 201
Anchorage, Alaska 99515
Attorney for Don L. Smith

Pamela J. DePue and Gary D. DePue
4110 McLean Place
Anchorage, Alaska 99504

Richard E. Noble
275 S. Hoyt Street
Anchorage, Alaska 99508

John R. Beard, Esq.
Attorney for the First National Bank Alaska
1st National Bank Alaska
425 G Street, Suite 630
Anchorage, Alaska 99501

David H. Bundy, PC
3201 C St., Suite 301
Anchorage, AK 99503

Frank V. Russo, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

Assistant U.S. Attorney James Barkeley
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

Volunteers of America Alaska
1675 C Street
Anchorage, AK 99503

Robert H. Schmidt, Counsel for David Faulk
Groh Eggers, LLC
3201 C Street, Suite 400
Anchorage, AK 99503-3967

Amended Certificate of Service
Gonzales v. Ryan Case Number3AN-99-8789
Page 2 of 3

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

Robert P. Owens, Esq.
Assistant Municipality Attorney
Municipality of Anchorage
Department of Law, Civil Div.
632 W. 6th Ave., Suite 730
Anchorage, Alaska 99519-6650

William Sherman
counsel for Nada Mortenson,
Conservator of Estate of
Thomas Michael Cody IV
645 O Street, Suite 400
Anchorage, AK 99501

*Katherine A. DeVeaux*
Katherine A. DeVeaux

**CERTIFICATE OF SERVICE:**
I hereby certify that on the _18_ day of October, 2006,
a true and correct copy of the foregoing was
mailed by certified return receipt
requested U.S. mail to the following:

Department of Revenue
State of Alaska
P.O. Box SR
Juneau, AK 99811

Department of Labor
State of Alaska
P.O. Box 1149
Juneau, AK 99811

John W. & Luella Sutherland
P.O. Box 671950
Chugiak, AK 99567

*Katherine A. DeVeaux*
Katherine A. DeVeaux

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

Amended Certificate of Service
Gonzales v. Ryan Case Number3AN-99-8789
Page 3 of 3