NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-118-RRB |
|---|---|---|
| Plaintiff, | ) | **JOINT MOTION FOR ORDER AUTHORIZING INTERLOCUTORY SALE OF MULDOON PROPERTY** |
| v. | ) | |
| THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515, | ) | |
| Defendants. | ) | |

COME NOW plaintiff United States of America, by and through counsel, and

Claimants Kelly Bryant, Personal Representative of the Estate of Joe William Bryant,

1

Deceased, Nada Mortenson as Conservator for the Estate of Tom Cody and the Municipality of Anchorage, by and through counsel, and hereby move this Court to order the interlocutory sale of the defendant real property ("the Muldoon property") described as:

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 1301 MULDOON ROAD, Anchorage, Alaska 99504, more particularly described as Tract B, Muldoon Estates, according to the official plat thereof, filed under Plat Number 71-113, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

This motion is filed pursuant to the Supplemental Rules For Certain Admiralty And Maritime Claims, G(7)(a) and (b) and E(9)(b) and 18 U.S.C. 983(j). This motion is supported by the accompanying Memorandum and the Declaration of Robin E. Ward, Executive Director of the Heritage Land Bank and Real Estate Services Division of the Municipality of Anchorage.

Respectfully submitted this 20th day of October, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ James Barkeley
JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing
Motion and supporting Memorandum were served electronically,
or via U.S. Mail/facsimile if designated below, this 20th day of
October, 2006, on:

Leroy E. DeVeaux, Counsel for Alaska Greenhouses (via facsimile)
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 9903-6604

Robert P. Owens                           John R. Beard, Counsel for FNBA
MOA–Department of Law                     425 G Street, Suite 630
P.O. Box 196650                           Anchorage, AK 99501
Anchorage, AK 99519-6650

Robert H. Schmidt, Counsel for David Faulk    Charles G. Evans, Counsel for Don Smith
Groh Eggers, LLC                              Law Offices of Charles G. Evans
3201 C Street, Suite 400                      1351 Huffman Road, Suite 201
Anchorage, AK 99503-3967                      Anchorage, AK 99515

William Sherman, Counsel for Nada Mortenson & Thomas Cody IV Conservatorship
645 G Street, Suite 100
Anchorage, AK 99501

David Bundy, Counsel for Kelly Bryant     Gary D. De Pue  (served via U.S. Mail)
Allen N. Dayan & Associates               1625 E. 64th Avenue, #16
701 W. 4th Avenue, Suite 230              Anchorage, AK 99507
Anchorage, AK 99501

John W. & Luella Sutherland  (served via U.S. Mail)
P.O. Box 671950
Chugiak, AK 99567


s/James Barkeley