# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
       )
       Plaintiff,    )
       )
vs.    )
       )
THREE PIECES OF REAL PROPERTY    )
LOCATED AT 1301 MULDOON ROAD,    )
ANCHORAGE, ALASKA 99504, 1625 E. 64TH)
AVENUE, ANCHORAGE, ALASKA 99507,    )
AND NHN HILLCREST S/D 8 LOTS,    )
ANCHORAGE, ALASKA 99515,    )
    ) Case No. 3:06-cv-00118-RRB
       Defendants.    )
_____)

## ORDER ON MOTION FOR INTERLOCUTORY SALE
## AND SUBSTITUTION OF *RES*

Plaintiff moved for an order, pursuant to Supplemental Rule G, authorizing sale of Tract B, Muldoon Estates with certain of the proceeds of such sale becoming a substitute *res* for the real property in question. The Municipality of Anchorage and the estates that hold title to the property joined in the motion.

The Court has considered the motion, the memorandum and affidavits in support thereof, as well as any opposition thereto, and otherwise being fully advised in the premises, the Court finds:

1.    Tract B, Muldoon Estates ("the Property") is subject to a deed of trust in which the owners are in default; and

2.    The Property is subject to taxes which have not been paid and the owners are in default;

3.    A foreclosure sale is scheduled for October 26, 2006;

4.    The Municipality of Anchorage has offered to purchase the entire tract for the purchase price of five million dollars ($5,000,000.00), which is a fair and reasonable price; and

5.    The Municipality of Anchorage intends to use the property for park and recreational facilities, stream preservation and community development purchases, which may be thwarted if the property is sold at auction.

On the basis of the foregoing, the Court concludes that good cause exists for authorizing interlocutory sale of the property.

IT IS HEREBY ORDERED, that the proposed sale of the following described parcel from the current owners thereof to the Municipality of Anchorage may proceed immediately:

Tract B, Muldoon Estates, according to the official plat thereof, filed under Plat No. 71-113, in the records of the Anchorage Recording District, Third Judicial District, State of Alaska.

IT IS FURTHER ORDERED, that Stuart Title of Alaska is designated as the agency authorized to sell the property pursuant to the procedure specified below.

IT IS FURTHER ORDERED, that the following terms and conditions shall apply to the sale:

1.   The purchase price for the property shall be five million dollars ($5,000,000.00);

2.   Upon closing, the *lis pendens* recorded by plaintiff, together with all liens and claims asserted against the property shall be released and transferred to the sale proceeds which shall constitute a substitute *res* subject to forfeiture in place of the property that was sold.  Sale of the property shall be free and clear of all claims which are subordinate to the deed of trust in which Alaska Greenhouses, Inc. appears as Beneficiary.

3.   At closing, the following claims and expenses may be paid from the sale proceeds:

   a.   Amounts due to Alaska Greenhouses, Inc., pursuant to its Note and Deed of Trust;

   b.   Amounts due the Municipality of Anchorage for taxes;

   c.   Fees and expenses of the closing agent as follows:

   | i. | Escrow | $1,375.00 ea |
   |------|--------|--------------|
   | ii. | Title Insurance | 6,926.00 |
   | iii. | Wire Transfer | 80.00 |
   | iv. | Courier | 40.00 |
   | v. | Recording | 64.00 |
   | vi. | Document Preparation | |
   | | Lien Releases | 210.00 |
   | | Warranty Deeds (2) | 30.00 |

   d.   The sum of $1,710.00 payable to Lang & Associates provided they release the mechanic's lien recorded July 28, 2006 under serial number 2006-050729-0.

Order On Motion For Interlocutory Sale and Substitution Of *Res*
Case No. 3:06-cv-00118 RRB
Page 3 of 4

4.    The remaining proceeds of sale shall be deposited with the Clerk of the United States District Court for the District of Alaska to be held in conjunction with these proceedings pending further order of this Court.

DATED  this ___ day of _____, 2006.

_____
Ralph R. Beistline
United States District Court Judge