Robert P. Owens
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for the Municipality of Anchorage

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cv-00118-RRB |
| Plaintiff, | ) |
| vs. | ) |
| THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64TH AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515, | ) |
| Defendants. | ) |

## DECLARATION OF ROBIN WARD

1. I am the Executive Director of the Heritage Land Bank and Real Estate Services division of the Municipality of Anchorage, and make this declaration based on my personal knowledge.

2. The Municipality has offered to purchase all of Tract B, Muldoon Estates for a price of $5,000,000.00. A copy of the Letter of Intent to Purchase is attached as Exhibit "A." In order to conclude the purchase and sale of this parcel on time, the contingency relating to fair market value has been deleted and the offer is now a flat five million dollars. In all other respects the terms of the Letter of Intent to Purchase remain in effect.

3. In connection with condition number (2) of the Letter of Intent to Purchase, release of all liens, *lis pendens* and claims against the property, the Municipality has negotiated with each of the claimants and it is my belief there is general agreement that the holder of the first deed of trust, Alaska Greenhouses Inc., and Lang and Associates, claimant on the mechanic's lien for surveying services, should each be paid in full together with taxes due and customary closing costs. It is uncertain if the interested parties will agree on amounts to be paid to secure releases of other claims. If the other parties do reach an agreement, it is likely the net proceeds, after payment of all claims, will be in excess of three million dollars.

4. I have been working with Stewart Title of Alaska ("Stewart") on this transaction. Stewart has issued a preliminary commitment for title insurance, has been actively involved in advising the Municipality on the conditions necessary to obtain insurable title and has prepared closing documents. Consequently, there are several

individuals at Stewart, including title officers, underwriters and escrow officers, that are familiar with this property and the pending litigation.

5. The Anchorage Assembly held a special meeting on Friday, October 13, 2006, and scheduled a public hearing and vote on the resolution authorizing purchase of the Muldoon property for October 24, 2006.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF ALASKA THAT THE ABOVE IS TRUE AND CORRECT.

DATED this 19th day of October, 2006.

_/s/ Robin Ward_
Robin Ward, Executive Director
Heritage Land Bank

The undersigned hereby certifies that on 10/19/06 a
true and correct copy of the *Declaration of Robin Ward*
was served on:

- David H. Bundy
- Frank V. Russo
- James Barkeley
- LeRoy E. DeVeaux - mail
- Will F. Sherman
- Robert H. Schmidt
- John R. Beard
- Charles G. Evans
- Richard Noble

By first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

_s/Elaine Loew_
Elaine Loew, Legal Secretary
Municipal Attorney's Office



# Municipality of Anchorage

P.O. Box 196650 • Anchorage, Alaska 99519-6650 • Telephone: (907) 343-4431 • Fax: (907) 343-4499   http://www.muni.org

*Mayor Mark Begich*                    Office of the Mayor

## LETTER OF INTENT TO PURCHASE

September 24, 2006

Ms. Kelly Bryant, Personal Representative of
The Estate of Joe Bryant
c/o David H. Bundy, P.C.
3201 C Street, Suite 301
Anchorage, AK 99503

Ms. Nada Mortenson, Conservator of
The Estate of Tom Cody
c/o William F. Sherman
LexAlaska
645 G. Street, Suite 100 #856
Anchorage, AK 99501

Dear Ms. Bryant and Ms. Mortenson:

The purpose of this letter is to set forth the Municipality of Anchorage's (Buyer) interest in purchasing all of Tract B, Muldoon Estates, according to Plat Number 71-113 in the records of the Anchorage Recording District, Third Judicial District, State of Alaska, Commonly known as 1301 Muldoon Road, Anchorage, AK.

**PRICE:** The price of the property shall be FIVE MILLION DOLLARS ($5,000,000.00) or the fair market value, established by an appraisal, whichever is less, to be secured and paid by the Buyer.

**EARNEST MONEY:** $5,000.00 shall be deposited by the Buyer into a trust account at Stewart Title of Alaska. At closing the earnest money deposit shall be credited against the Purchase Price.

**CONTINGENCIES:** The purchase of the above described business shall be contingent upon the following:

> (1) Release of the property from proceedings pending before the United States District Court for the District of Alaska under case number 3:06-cv-00118, with authorization sell free and clear of liens.

*Community, Security, Prosperity*   Exhibit ___A___
Page ___1___ of ___3___

        (2) Release of all liens, *lis pendens* and claims against the property by the holders thereof;

        (3) Authorization for sale of the property from the Superior Court for the State of Alaska, Third Judicial District at Anchorage in Case No. 3AN-05-00846PR, captioned In the Matter of the Protective Proceeding of Thomas Michael Cody IV, Respondent and Nada Mae Mortenson, Petitioner.

        (4) Authorization for sale of the property from the Superior Court for the State of Alaska, Third Judicial District at Anchorage in Case No. 3AN-0**6-00618**PR, captioned In Matter of Joe William Bryant, Kelly Bryant Petitioner.

        (5) Buyer shall have -30- days from the Sellers' acceptance for Buyer completion and approval of their due diligence study on the property.

        (6) Purchase is subject to the approval by the Anchorage Municipal Assembly, and compliance with all Charter and Anchorage Municipal Code requirements.

**EXCLUSIVE TIME:** The Sellers or their agents shall not negotiate for, or deal in the sale or lease of this property during the 90 day contingency period. Sellers also agree to cooperate with Buyer in providing access, any knowledge, and information as may be necessary to complete investigations on the property.

**CLOSING:** Closing shall occur on or before -30- days from Buyer's waiver or satisfaction of all conditions set forth in the contract. Buyer shall each have the right to extend this Closing Date for an additional 30 days by providing the other with written notice of its election to do so on or before the Closing Date.

**ENVIRONMENTAL:** Environmental issues, representations and warranties shall be prepared to the mutual benefit of Buyer and Sellers and agreed upon by all parties.

**CLOSING COSTS:** Sellers shall provide a Warranty Deed with clear title to the property and shall provide, at Sellers' expense, a Standard Owner's Title Insurance policy issued by Stewart Title of Alaska in the full amount of the purchase price, containing no exceptions or conditions other than the Permitted Exceptions acceptable to Buyer. Real estate taxes relating to the Property shall not be pro-

|  | rated and remaining normal closing costs shall be divided equally between Buyer and Sellers. |
|---|---|
| **PURCHASE AND SALE AGREEMENT:** | Within -10- business days of the date of mutual acceptance of Letter of Intent, Buyer shall present a Purchase & Sale Agreement to the Sellers containing the full agreement and incorporating all of the terms contained herein and other appropriate provisions. |
| **BROKERS:** | Buyer represents and warrants it has only dealt with real estate brokers or agents of record acting on its behalf in connection with this transaction. Buyer and Sellers agree to hold each other harmless and indemnify each other from and against any claims from any other real estate brokers or agents claiming any form of compensation or commission in regards to this transaction. |
| **FACSIMILES:** | Buyer and Sellers agree a facsimile transmission of any original document shall have the same effect as an original. Signatures required on an original shall be completed when a facsimile copy has been signed and delivered. The parties agree a signed facsimile copy of documents shall be appended to the original thereof, integrated therewith and given full effect as if an original. |
| **NOTICES:** | All notices and other communication required or permitted to be given or delivered hereunder shall be in writing and shall be sent by U.S. Certified Mail, postage prepaid and return receipt requested or shall be delivered personally to the party intended. |
| **ACCEPTENCE:** | Time is of the essence for performance by the parties under this Letter of Intent to Purchase. |

Sincerely,

*[signature]*

Mark Begich
Mayor of the Municipality Of Anchorage


Upon the Recommendation of

*[signature: Robin E Ward]*

Robin E. Ward
Executive Director
Heritage Land Bank and
Real Estate Services