David H. Bundy
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage AK 99503
(907) 248-8431
Attorney for Kelly Bryant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>  Defendants. | Case No. A06-CV-00118 RRB<br><br>**JOINDER OF KELLY BRYANT, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOE WILLIAM BRYANT, DECEASED, IN JOINT MOTION FOR ORDER AUTHORIZING INTERLOCUTORY SALE OF MULDOON PROPERTY** |

Kelly Bryant, Personal Representative of the Estate of Joe William Bryant, deceased, ("Bryant") joins in the motion of the United States for an order authorizing the interlocutory sale of the Muldoon property identified in the Government's application.

The Bryant Estate is the owner of an undivided 50% interest in this property and the sale of the property will preserve the estate's equity of around $1.8 million, subject to the Government's forfeiture claim and any other liens not paid from closing.

DATED October 20, 2006.

                        DAVID H. BUNDY, P.C.
                        Attorney for Kelly Bryant

                        __/s/ David H. Bundy
                           David H. Bundy
                           ABA  #7210043

**CERTIFICATE OF SERVICE**

I certify that on October 20, 2006, a copy of the foregoing document was served electronically upon the following:

US Attorney's Office
Will Sherman, Esq.
John R. Beard, Esq.
Charles G. Evans, Esq.
Robert P. Owens, Esq.
Robert H. Schmidt, Esq.

And by First Class Mail, upon the following:

LeRoy DeVeaux, Esq.

| | |
|---|---|
| Gary D. DePue | John & Luella Sutherland |
| 1625 E. 64th Avenue, #16 | P O Box 671950 |
| Anchorage, AK 99507 | Chugiak AK 99567 |

/s/ David H. Bundy
David H. Bundy

Kelly Brant's Joinder in Motion for Interlocutory Sale – Page - 2 -
C:\DHB PC Files\1106 Kelly Bryant\Forfeiture Case\Joinder in Motion for Interlocutory Sale.doc