Charles G. Evans
12350 Industry Way, Suite 203
Anchorage, AK 99515
907-278-4691(phone)
907-562-0654 (fax)
locge@gci.net

Attorney for Don L. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64TH AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>　　　　Defendants. | Case No. 3:06-CV-00118-RRB |

## NON-OPPOSITION TO MOTION TO STAY FORECLOSURE
## OF 1301 MULDOON ROAD

COMES NOW Don L. Smith, by counsel, and files his non-opposition to the motion to stay foreclosure of defendant real property filed by United Stated of America October 16, 2006. Don L. Smith also notes that if this Court approves the interlocutory sale of 1301 Muldoon Road to the Municipality of Anchorage before October 26, 2006, the sale of 1301

Muldoon Road will close and the first deed of trust held by Alaska Greenhouses, Inc. will be paid, thereby avoiding any necessity for this Court to order a stay of the foreclosure sale. As far as the undersigned counsel knows, due to recent settlements, every interested party in this case is prepared to close the sale of 1301 Muldoon Road to the Municipality of Anchorage before October 26, 2006. The approval by the Assembly of the Municipality of Anchorage on October 24, 2006 will be pro forma. Closing, with this Court's imprimatur order for interlocutory sale, could, and should, occur October 25, 2006.

DATED this 23rd day of October 2006.

LAW OFFICES OF CHARLES G. EVANS
Attorneys for Don L. Smith

By: s/ Charles G. Evans
ABA No. 7705019

Certificate of Service
I hereby certify that on October 23, 2006,
a copy of foregoing *Non-opposition*
was served electronically on:

-Frank V. Russo
-Robert P. Owens
-David H. Bundy
-William F. Sherman
-John R. Beard
-Robert H. Schmidt

and by regular U.S. mail on:

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK  99503

s/ Charles G. Evans

Non-Opposition
United States of America v. Three Pieces of Real Property
Case No. 3:06-CV-00118-RRB
Page 2 of 2