Charles G. Evans
12350 Industry Way, Suite 203
Anchorage, AK 99515
907-278-4691(phone)
907-562-0654 (fax)
locge@gci.net

Attorney for Don L. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64TH AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>           Defendants. | Case No. 3:06-CV-00118-RRB |

**NON-OPPOSITION FOR SHORTENED TIME TO RESPOND
TO JOINT MOTION TO INTERLOCUTORY SALE OF
MULDOON PROPERTY AND ORDER AUTHORIZING
INTERLOCUTORY SAL OF MULDOON PROPERTY**

COMES NOW Don L. Smith, by counsel, and note that he does not oppose the joint

application for shortened time to oppose or respond to the joint motion for interlocutory sale of 1301

Muldoon Road filed by United Stated of America October 20, 2006. In addition, Don L. Smith does

not oppose and, in fact, supports the motion for an order authorizing the interlocutory sale of 1301

Muldoon Road filed by United Stated of America October 20, 2006.

Don L. Smith, Nada Mae Mortenson as Conservator for the Estate of Thomas Michael

Cody, IV, and Kelly Bryant the Personal Representative for the Estate of Joe William Bryant, and

the United States of America have agreed to stipulate to payment of the sum of $250,000.00 out

of the closing of 1301 Muldoon Road to Don L. Smith in exchange for a release of his claim of lien

and other claims and accordingly, paragraph three of the proposed order on motion for interlocutory

sale and substitution of raise should be amended to include sub paragraph e as follows:

      e.  The sum of $250,000.00 payable to Don L. Smith shall release

      the mechanics lien recorded on June 9, 2006 at serial number 2006-

      037946-0 and amended on October 19, 2006 at serial number 2006-

      070924-0.

    DATED this 23rd day of October 2006.

                      LAW OFFICES OF CHARLES G. EVANS
                      Attorneys for Don L. Smith

                      By:  s/ Charles G. Evans
                          ABA No. 7705019

Certificate of Service
I hereby certify that on October 23, 2006,
a copy of foregoing *Non-opposition*
was served electronically on:

-Frank V. Russo
-Robert P. Owens
-David H. Bundy
-William F. Sherman
-John R. Beard
-Robert H. Schmidt

and by regular U.S. mail on:

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK  99503

  s/ Charles G. Evans

Non-Opposition
United States of America v. Three Pieces of Real Property
Case No. 3:06-CV-00118-RRB
Page 2 of 2