IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>   Defendant. | No. 3:06-cv-118-RRB<br><br>**ORDER SHORTENING TIME FOR OPPOSITION TO JOINT MOTION FOR INTERLOCUTORY SALE OF MULDOON PROPERTY** |

This matter having come before the Court on the Joint Motion for Order Authorizing Interlocutory Sale of Real Property, and good cause appearing;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that any party to this action not joining in the above-referenced Motion shall have until 4:30pm ~~the close of business~~ on the 24th day of October, 2006 in which to oppose or otherwise respond to said Application.

DATED: 10/23/06          /s/ RRB
                         ─────────────────────────────
                         HON. RALPH R. BEISTLINE
                         United States District Court