LeRoy E. DeVeaux
DeVeaux & Associates, A.P.C.
Alaska Bar No. 7310040
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503
Telephone (907) 565-2906

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,   )
        Plaintiff,   )
v.   )
   )
Three Pieces of Real Property   )
located at 1301 Muldoon Road et al.   )
        Defendants.   )
_____ )

Case No.: 3 06-CV-118-RRB

**AFFIDAVIT OF CARL M. BENSON, PRESIDENT**
**OF ALASKA GREENHOUSES, INC.**

STATE OF ALASKA   )
   ) ss.
THIRD JUDICIAL DISTRICT   )

I, **Carl M. Benson,** being first duly sworn, depose and say:

1. I am President of Alaska Greenhouses, Inc., and a shareholder of said corporation, have personal knowledge of the facts stated herein.

2. Alaska Greenhouses, Inc., existing under the laws of the State of Alaska, was incorporated in 1969 by my father-in-law Mann Leiser and my mother-in-law Beverly Leiser and numerous non-family member investors, who are now either deceased or quite elderly.

3. Some of the present shareholders who are initial investors were Harry and Mary

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

Anne Colver; Alma O'Brien Faye who is 89; Joe and Cordelia Goodrich who are in their 70s; Viola Hutton, who is deceased and whose estate now owns the shares of the corporation; the beneficiary is her husband who is a World War II veteran; Carl and Virginia Koutsky who are at least in their 70s; Paul Sandhoffer who is in his 70's, Dr. Andrew T. Leiser Ph.D., Mann Leiser's brother who is 83 and lives in California; and Lloyd Strutz who is 79 years of age.

The court has a complete list of the other shareholders in Exhibit D, page 4 of 4, attached to Alaska Greenhouses, Inc., Motion to Intervene and Claim Property dated the 5th day June 2006.

4. Many other remaining shareholders are in their late 50s and 60s and there are at least two (2) trusts for former shareholders who have become deceased.

5. This corporation is not a closely held corporation and less than half are family members; the remaining members are original shareholders and investors or the heirs of those original investors. They were friends and business associates of my late father-in-law and mother-in-law.

6. We have been attempting to wind up this corporation and actively involved in the sale of this property, the only remaining asset of the corporation. This winding up began in 2000 or 2001 and finally culminated in the sale at hand in November of 2004. To completely close this corporation under State law and Federal tax rules we have to get the sale of this property completed and disburse the funds to the shareholders.

7. Many of the elderly shareholders, to receive any benefit while they requires that this

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3106-CV-118-RRB
Page 2 of 5

EXHIBIT K
PAGE 2 OF 5

sale be completed as soon practically possible in accordance with the Deed of Trust. The surviving elderly have every reason to expect that no later than the 23rd day of November, which is the final payment date under the Deed of Trust, that the pay off would occur. This would allow them to have their funds in 2006 and the corporation would be closed and dispensed so they could have some use of the property while they are alive.

8. If this sale is not completed and the money not dispensed in this year another taxable year will require additional funds and expenses to be incurred by the corporation to carry this into another year. The only income or funds come out of the sale of this property.

9. The corporation has received none of the interest payments from the sale of this property since February 23rd, 2006, and until this final payment on this property is made the corporation can make no disbursements to the shareholders.

Further your Affiant sayeth naught.

DATED this __19th__ day of __OCTOBER__, 2006

_____
Carl M. Benson
President of Alaska Greenhouses, Inc.

SWORN TO AND SUBSCRIBED TO before me on this __19__ day of October, 2006, at Anchorage, Alaska.

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3106-CV-118-RRB
Page 3 of 5

EXHIBIT __K__
PAGE __3__ OF __5__

_[signature]_
Notary Public in and for the State of Alaska
My Commission Expires _Oct 29, 2006_

**CERTIFICATE OF SERVICE:**
I hereby certify that on the _23_ day of October, 2006,
a true and correct copy of the foregoing was
hand delivered by messenger to the following:

Kelly Bryant Personal Representative
of the Estate of Joe W. Bryant
c/o Kenneth Kirk and Associates
425 G. Street, Suite 204
Anchorage, Alaska 99501

Charles G. Evans, Esq.
Law Offices of Charles G. Evans
12350 Industry Way, Suite 203
Anchorage, Alaska 99515
Attorney for Don L. Smith

Pamela J. DePue and Gary D. DePue
4110 McLean Place
Anchorage, Alaska 99504

Richard E. Noble
275 S. Hoyt Street
Anchorage, Alaska 99508

John R. Beard, Esq.
Attorney for the First National Bank Alaska
1st National Bank Alaska
425 G Street, Suite 630
Anchorage, Alaska 99501

David H. Bundy, PC
3201 C St., Suite 301
Anchorage, AK 99503

Frank V. Russo, Esq.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

Assistant U.S. Attorney James Barkeley
Federal Building & U.S. Courthouse
222 W. 7th Ave., #9, Room 253
Anchorage, AK 99513-7567

Volunteers of America Alaska
1675 C Street
Anchorage, AK 99503

_LeRoy E. DeVeaux, Esq._
_DeVeaux and Associates APC_
_701 West 41st Avenue, Suite 201_
_Anchorage, Alaska 99503-6604_
_Telephone (907)565-2906  Facsimile (907) 565-2933_

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3106-CV-118-RRB
Page 4 of 5

EXHIBIT _K_
PAGE _4_ OF _5_

Robert H. Schmidt, Counsel for David Faulk
Groh Eggers, LLC
3201 C Street, Suite 400
Anchorage, AK 99503-3967

Robert P. Owens, Esq.
Assistant Municipality Attorney
Municipality of Anchorage
Department of Law, Civil Div.
632 W. 6th Ave., Suite 730
Anchorage, Alaska 99519-6650

William Sherman
counsel for Nada Mortenson,
Conservator of Estate of
Thomas Michael Cody IV
645 G Street, Suite 100 # 856
Anchorage, AK 99501

*/s/ Katherine A. DeVeaux*
Katherine A. DeVeaux

**CERTIFICATE OF SERVICE:**
I hereby certify that on the 23 day of October, 2006, a true and correct copy of the foregoing was mailed by certified return receipt requested U.S. mail to the following:

Department of Revenue
State of Alaska
P.O. Box SR
Juneau, AK 99811

Department of Labor
State of Alaska
P.O. Box 1149
Juneau, AK 99811

John W. & Luella Sutherland
P.O. Box 671050
Chugiak, AK 99567

District Director
ATTN: Chief, Special Procedures Staff
Internal Revenue Service
P.O. Box 1500
Anchorage, AK 99510

*/s/ Katherine A. DeVeaux*
Katherine A. DeVeaux

United States of America Plaintiff v. Three Pieces of Real Property
Case No. 3106-CV-118-RRB
Page 5 of 5

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

EXHIBIT K
PAGE 5 OF 5