NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-118-RRB |
| | ) | |
| Plaintiff, | ) | **JOINT STATUS REPORT RE** |
| v. | ) | **PARTIES' AGREEMENT ON** |
| | ) | **SMITH & NOBLE CLAIMS** |
| THREE PIECES OF REAL | ) | **PERTAINING TO MULDOON** |
| PROPERTY LOCATED AT | ) | **PROPERTY** |
| 1301 MULDOON ROAD, | ) | |
| ANCHORAGE, ALASKA 99504, | ) | |
| 1625 E. 64th AVENUE, | ) | |
| ANCHORAGE, ALASKA 99507, AND | ) | |
| NHN HILLCREST S/D 8 LOTS, | ) | |
| ANCHORAGE, ALASKA 99515, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COME NOW plaintiff United States of America and Claimants Kelly Bryant, Personal Representative of the Estate of Joe William Bryant, Deceased, Nada Mortenson, court-appointed Conservator for Thomas M. Cody, IV, the Municipality of Anchorage, Don

L. Smith, and Richard Noble, by and through counsel, and hereby submit this joint status report.

The Court has pending before it a joint motion, seeking an order authorizing the interlocutory sale of the Muldoon Property to the Municipality of Anchorage for $5 million. (Dkt. 54). Along with the motion, the parties filed a Proposed Order, which essentially reflected the terms of the sale agreed to by the movants–but was necessarily silent as to the disputed claims of Claimants Smith (for services rendered for the benefit of the Muldoon Property) and Noble (brokerage). The purpose of this report is to notify the Court that the parties' unflagging efforts have resulted in settlement agreements concerning the Smith and Noble claims, the details of which are to be filed in this action shortly.

For purposes of the pending interlocutory sale motion, however, the parties thought it appropriate to immediately alert the Court to the fact that every single party pursuing a claim against the Muldoon Property in this action (except Alaska Greenhouses, Inc.) now advocates the interlocutory sale to the Municipality of Anchorage for $5 million, even Smith and Noble, whom the parties now agree should be paid $250,000 each in full satisfaction of their claims against the Muldoon Property, from the $5 million sale proceeds. An Amended Proposed "Order On Motion For Interlocutory Sale And Substitution Of Res " (original version of which was filed at docket 54 ) is being filed for that purpose, concurrently

U.S. v. 1301 MULDOON ROAD, et al.
Case No. 3:06-cv-118-RRB

2

herewith.

    Respectfully submitted this 23rd day of October, 2006 in Anchorage, Alaska.

                                NELSON P. COHEN
                                United States Attorney

                                s/James Barkeley
                                JAMES BARKELEY
                                Assistant U.S. Attorney
                                Federal Building & U.S. Courthouse
                                222 W. 7th Avenue, #9, Rm. C-253
                                Anchorage, AK 99513-7567
                                Phone: (907) 271-3699
                                Fax: (907) 271-1500
                                Email: jim.barkeley@usdoj.gov
                                Alaska Bar No. 8306019

Case 3:06-cv-00118-RRB   Document 64   Filed 10/23/2006   Page 4 of 4


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically, or via U.S. Mail/facsimile if designated below, this 23rd day of October, 2006, on:

Leroy E. DeVeaux, Counsel for Alaska Greenhouses (via facsimile)
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 9903-6604

Robert P. Owens
MOA–Department of Law
P.O. Box 196650
Anchorage, AK 99519-6650

John R. Beard, Counsel for FNBA
425 G Street, Suite 630
Anchorage, AK 99501

Robert H. Schmidt, Counsel for David Faulk
Groh Eggers, LLC
3201 C Street, Suite 400
Anchorage, AK 99503-3967

Charles G. Evans, Counsel for Don Smith
Law Offices of Charles G. Evans
1351 Huffman Road, Suite 201
Anchorage, AK 99515

William Sherman, Counsel for Nada Mortenson & Thomas Cody IV Conservatorship
645 G Street, Suite 100
Anchorage, AK 99501

David Bundy, Counsel for Kelly Bryant
Allen N. Dayan & Associates
701 W. 4th Avenue, Suite 230
Anchorage, AK 99501

Gary D. De Pue  (served via U.S. Mail)
1625 E. 64th Avenue, #16
Anchorage, AK 99507

John W. & Luella Sutherland  (served via U.S. Mail)
P.O. Box 671850
Chugiak, AK 99567

s/James Barkeley