Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Nada Mae Mortenson and the Thomas M. Cody IV Conservatorship

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:06-cv-118-RRB |
|---|---|
| Plaintiff, | |
| v. | |
| THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515, | **JOINDER IN JOINT MOTION FOR INTERLOCUTORY SALE OF MULDOON PROPERTY** |
| Defendants. | |

Nada Mortenson, Conservator for Thomas M. Cody IV, joins with the United States, Municipality of Anchorage and Estate of Joe Bryant in urging the Court to grant its expedited approval for the sale of 1301 Muldoon to the Municipality of Anchorage ("MOA").

**JOINDER IN JOINT MOTION FOR INTERLOCUTORY SALE OF MULDOON PROPERTY**     - 1 -

The sale of 1301 Muldoon to MOA would be particularly helpful towards resolving this proceeding as all concerned parties[1] have, as of October 23, 2006, reached agreement to also settle the claims of Donald L. Smith and Richard Noble provided this sale happens.  Thus the sale would eliminate four of the seven claimants to this property, leaving only Mrs. Mortenson and Ms. Bryant to litigate with the United States over the fate of the substitute *res*.

Although all concerned parties are in agreement that the proposed interlocutory sale is fair and should happen, <u>it is still imperative that this Court stay the AGI foreclosure</u>.  The Anchorage Municipal Assembly must still vote to approve funds for the purchase, while the foreclosure looms just 3 days away.  A simple paperwork glitch could thus cost Mrs. Mortenson or the United States millions of dollars, should the AGI foreclosure not be stayed.  The parties have worked extremely hard to resolve their differences on fair terms, and all this work should not be for naught simply because the sale cannot be accomplished in the next three days.  Moreover, Mrs. Mortenson has challenged the foreclosure sale as invalid, as it is disputed when, if ever, a breach of the Deed of Trust occurred, among other issues surrounding the foreclosure sale.

---

[1] Alaska Greenhouse, Inc., is also a claimant regarding 1301 Muldoon and has not yet expressed its opinion concerning the interlocutory sale, however the proposed sale to MOA would completely pay off AGI, thus AGI cannot technically block this sale.

## CONCLUSION

The Court should approve the interlocutory sale of 1301 Muldoon to MOA on the terms of the Amended Proposed Order filed today by the United States (Document #65).

DATED, October 23, 2006, at Anchorage, Alaska

/s WILL SHERMAN
645 G St., Suite 100 #856
Anchorage, AK 99501
Tel:    (907) 277-1966
Fax    (866) 398-3561
e-mail: wfs@lexalaska.com
ABA #0205014

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2006, a copy of this document was served underlined electronically by ECF upon:

James N. Barkeley    jim.barkeley@usdoj.gov, katie.voke@usdoj.gov; joy.mcculloch@usdoj.gov; kristine.o' neill@usdoj.gov; usaak.ecf@usdoj.gov

John R. Beard    jrbeard@alaska.net

David H. Bundy    dhb@alaska.net

Charles G. Evans    locge@gci.net

Robert P. Owens    uslit@muni.org

Frank V. Russo    Frank.Russo@usdoj.gov,

Robert Hans Schmidt    schmidtr@groheggers.com

By Fax upon:

LeRoy E. DeVeaux
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 99503-6604

Richard Noble
275 S. Hoyt St.
Anchorage, AK 99508

And by U.S. Mail on Oct 24, Upon:

John Sutherland
Luella Sutherland
P.O. Box  671850
Chugiak, AK 99567

Gary E. Depue
1625 E. 64th #16
Anchorage, AK 99507

s/ Will Sherman
Certification Signature