NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-118-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF MUNICIPALITY** |
| | ) | **OF ANCHORAGE $5 MILLION** |
| v. | ) | **FUNDING AUTHORIZATION** |
| | ) | **FOR PURCHASE OF MULDOON** |
| THREE PIECES OF REAL | ) | **PROPERTY** |
| PROPERTY LOCATED AT | ) | |
| 1301 MULDOON ROAD, | ) | |
| ANCHORAGE, ALASKA 99504, | ) | |
| 1625 E. 64th AVENUE, | ) | |
| ANCHORAGE, ALASKA 99507, AND | ) | |
| NHN HILLCREST S/D 8 LOTS, | ) | |
| ANCHORAGE, ALASKA 99515, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      COMES NOW plaintiff United States of America, by and through counsel, and hereby

notifies this Court that last evening the Anchorage Assembly passed a resolution authorizing

the Municipal acquisition of the Muldoon Property, and appropriating approximately $5.3 million for that purpose.

Respectfully submitted this 25th day of October, 2006 in Anchorage, Alaska.

         NELSON P. COHEN
         United States Attorney

         s/James Barkeley
         JAMES BARKELEY
         Assistant U. S. Attorney
         Federal Building & U.S. Courthouse
         222 W. 7th Avenue, #9, Rm. C-253
         Anchorage, AK  99513-7567
         Phone: (907) 271-3699
         Fax: (907) 271-1500
         Email: jim.barkeley@usdoj.gov
         Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing
Notice was served electronically, or via U.S. Mail/facsimile
if designated below, this 25th day of October, 2006, on:

Leroy E. DeVeaux, Counsel for Alaska Greenhouses (via facsimile)
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 9903-6604

Robert P. Owens
MOA–Department of Law
P.O. Box 196650
Anchorage, AK 99519-6650

John R. Beard, Counsel for FNBA
425 G Street, Suite 630
Anchorage, AK 99501

Robert H. Schmidt, Counsel for David Faulk
Groh Eggers, LLC
3201 C Street, Suite 400
Anchorage, AK 99503-3967

Charles G. Evans, Counsel for Don Smith
Law Offices of Charles G. Evans
1351 Huffman Road, Suite 201
Anchorage, AK 99515

William Sherman, Counsel for Nada Mortenson & Thomas Cody IV Conservatorship
645 G Street, Suite 100
Anchorage, AK 99501

David Bundy, Counsel for Kelly Bryant
Allen N. Dayan & Associates
701 W. 4th Avenue, Suite 230
Anchorage, AK 99501

Gary D. De Pue  (served via U.S. Mail)
1625 E. 64th Avenue, #16
Anchorage, AK 99507

John W. & Luella Sutherland  (served via U.S. Mail)
P.O. Box 671950
Chugiak, AK 99567

s/James Barkeley