IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64TH AVENUE, ANCHORAGE, ALASKA 99507, and NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>         Defendants. | Case No. 3:06-cv-0118-RRB<br><br>**ORDER GRANTING MOTION FOR<br>INTERLOCUTORY SALE<br>AND AMENDED RES** |

Plaintiff moved for an order, pursuant to Supplemental Rule G, authorizing sale of Tract B, Muldoon Estates, with certain of the proceeds of such sale becoming a substitute <u>res</u> for the real property in question.[1] The Municipality of Anchorage, the estates that hold title to the property, the Claimants South and Noble joined in, or did not oppose, the motion.

---

[1] Docket 54.

The Court has considered the motion, the memorandum and affidavits in support thereof, notes no opposition thereto,[2] and otherwise being fully advised in the premises, finds:

1. Tract B, Muldoon Estates (the "Property") is subject to a deed of trust in which the owners are in default; and

2. The Property is subject to taxes which have not been paid and the owners are in default;

3. A foreclosure sale is scheduled for October 26, 2006;

4. The Municipality of Anchorage has offered to purchase the entire tract for the purchase price of five million dollars ($5,000,000), which is a fair and reasonable price; and

5. The Municipality of Anchorage intends to use the Property for park and recreational facilities, stream preservation and community development purchases, which may be thwarted if the Property is sold at auction.

---

[2] As of 5:00 p.m., on October 24, 2006, no oppositions had been filed. Moreover, based upon Plaintiff's Opposition to the United States' Motion to Stay the Foreclosure Set for the State of Foreclosure of the Muldoon Property (Docket 60), and the Affidavit of Carl L. Benson, President of Alaska Greenhouses, Inc. (Docket 61), it appeases Plaintiff does not oppose the immediate sale of the Property. Indeed, Mr. Benson avers that those who stand to benefit from the proceeds of the sale expect to receive their share no later than November 23, 2006. See Docket 61 at 3.

On the basis of the foregoing, the Court concludes that good cause exists for authorizing interlocutory sale of the Property.[3]

**IT IS HEREBY ORDERED** that the proposed sale of the following described parcel from the current owners thereof to the Municipality of Anchorage may proceed immediately:

> Tract B, Muldoon Estates, according to the official plat thereof, filed under Plat No. 71-113, in the records of the Anchorage Recording District, Third Judicial District, State of Alaska.

**IT IS FURTHER ORDERED**, that Stewart Title of Alaska is designated as the agency authorized to sell the Property pursuant to the procedure specified below.

**IT IS FURTHER ORDERED**, that the following terms and conditions shall apply to the sale:

1. The purchase price of the Property shall be five million dollars ($5,000,000);

2. Upon closing, the <u>Lis Pendes</u> recorded by Plaintiff, together with all liens and claims asserted against the Property, shall be released, and the net sale proceeds, as described below, shall constitute a substitute <u>res</u> subject to forfeiture in place of the Property that was sold.  Sale of the Property shall be free and clear of all liens.

---

[3] As a result, the motion at **Docket 54** is hereby **GRANTED**.

ORDER GRANTING MOTION FOR INTERLOCUTORY
    SALE AND AMENDED RES - 3
3:06-CV-0118-RRB

3.      At closing, the following (estimated) claims and expenses may be paid from the sale proceeds:

    a.      Amounts due to Alaska Greenhouses, Inc., pursuant to its Note and Deed of Trust, approximately $1.4 million;

    b.      Amounts due the Municipality of Anchorage for taxes, approximately $79,000;

    c.      Fees and expenses of the closing agent as follows:

| | | |
|---|---|---|
| I.   | Escrow | $1,375.00 ea |
| ii.  | Title Insurance | 6,926.00 |
| iii. | Wire Transfer | 80.00 |
| iv.  | Courier | 40.00 |
| v.   | Recording | 96.00 |
| vi.  | Document Preparation | |
|      | Lien Releases | 210.00 |
|      | Warranty Deeds (2) | 60.00 |

    d.      The sum of $1,710 payable to Lang & Associates provided they release the mechanic's lien recorded July 28, 2006 under recordation number 2006-050729-0.

    e.      Amounts due Don L. Smith, $250,000.

    f.      Amounts due Dick Noble, $250,000.

4.      The remaining/net proceeds of sale, approximately $3,010,000, shall be deposited with the Clerk of Court of the United States District Court for the District of Alaska to be held

as substitute <u>res</u> in conjunction with these proceedings, pending further order of this Court.

ENTERED this 25th day of October, 2006.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE