NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-118-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE TO COURT REGARDING** |
| | ) | **CANCELLATION OF OCTOBER 26,** |
| v. | ) | **2006 FORECLOSURE SALE OF** |
| | ) | **MULDOON PROPERTY** |
| THREE PIECES OF REAL | ) | |
| PROPERTY LOCATED AT | ) | |
| 1301 MULDOON ROAD, | ) | |
| ANCHORAGE, ALASKA 99504, | ) | |
| 1625 E. 64th AVENUE, | ) | |
| ANCHORAGE, ALASKA 99507, AND | ) | |
| NHN HILLCREST S/D 8 LOTS, | ) | |
| ANCHORAGE, ALASKA 99515, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby

informs the Court as follows.

1

This Court has pending a joint motion to stay a foreclosure sale of the Muldoon Property, which was scheduled for October 26, 2006 at 10:30 a.m. The sale was scheduled by AGI, a party to this action which opposed the joint motion to stay.

For the Court's information, the government has learned that AGI has voluntarily cancelled the foreclosure sale that was scheduled for 10:30 a.m. tomorrow. See Exhibit 1.

Respectfully submitted this 25th day of October, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing
Notice was served electronically, or via U.S. Mail/facsimile
if designated below, this 25th day of October, 2006, on:

Leroy E. DeVeaux, Counsel for Alaska Greenhouses (via facsimile)
DeVeaux & Associates
701 W. 41st Avenue, Suite 201
Anchorage, AK 9903-6604

Robert P. Owens                            John R. Beard, Counsel for FNBA
MOA–Department of Law                      425 G Street, Suite 630
P.O. Box 196650                            Anchorage, AK 99501
Anchorage, AK 99519-6650

Robert H. Schmidt, Counsel for David Faulk    Charles G. Evans, Counsel for Don Smith
Groh Eggers, LLC                              Law Offices of Charles G. Evans
3201 C Street, Suite 400                      1351 Huffman Road, Suite 201
Anchorage, AK 99503-3967                      Anchorage, AK 99515

William Sherman, Counsel for Nada Mortenson & Thomas Cody IV Conservatorship
645 G Street, Suite 100
Anchorage, AK 99501

David Bundy, Counsel for Kelly Bryant        Gary D. De Pue  (served via U.S. Mail)
Allen N. Dayan & Associates                  1625 E. 64th Avenue, #16
701 W. 4th Avenue, Suite 230            Anchorage, AK 99507
Anchorage, AK 99501

John W. & Luella Sutherland  (served via U.S. Mail)
P.O. Box 671950
Chugiak, AK 99567

s/James Barkeley