## REQUEST FOR RECONVEYANCE

Date: 10-25-2006                                                                 Anchorage, Alaska

TO: FIDELITY TITLE AGENCY OF ALASKA, LLC

You are hereby requested to execute and deliver to the party or parties entitled thereto a reconveyance under that Deed of Trust dated the 22nd day of November 2004, and recorded the 23 day of November 2004, Serial Number 2004-087640-0, in the records of the Anchorage Recording District, Third Judicial District, State of Alaska, executed by JOE BRYANT, a single person, and THOMAS MICHAEL CODY, IV, a single person, as Trustor, to FIDELITY TITLE AGENCY OF ALASKA, LLC, as Trustee, for the benefit of ALASKA GREENHOUSES, INC., an Alaska corporation, as Beneficiary, that certain property described as:

> Tract B, MULDOON ESTATES, according to the official plat thereof, filed under Plat Number 71-113, Records of the Anchorage Recording District, Third Judicial District, State of Alaska; and
>
> Lot 38, DOWLING SUBDIVISION, according to the official plat thereof, filed under Plat Number P-250-B, Records of the Anchorage Recording District, Third Judicial District, State of Alaska.

The undersigned hereby advises that the note secured hereby together with interest earned and any advances shown to us to be made of buyer on behalf of Beneficiary has been paid in full.

BENEFICIARY:

ALASKA GREENHOUSES, INC.,
an Alaska corporation

_____
BY: WAYNE LEISER
ITS:

_____
BY: CAROLE F. BENSON
ITS: VICE PRESIDENT

_____
BY: CARL M. BENSON
ITS: SECRETARY

PRICE & PRICE
COUNSELORS & ATTORNEYS AT LAW
1400 W. BENSON BLVD. SUITE 525
ANCHORAGE, ALASKA 99503
PH. (907) 277-6666 • FAX (907) 277-6613

# TERMINATION OF NOTICE OF DEFAULT AND CANCELLATION OF SALE

Whereas, that certain Deed of Trust was executed naming Joe Bryant and Thomas Michael Cody IV, Trustors; Fidelity Title Agency of Alaska, Trustee Alaska Greenhouses, Inc., Beneficiary; recorded on November 23, 2006, in serial no. 2004-087640-0 in the records of the Anchorage Recording District, Third Judicial District, State of Alaska, the beneficial interest in the above described Deed of Trust having been assigned to Alaska Greenhouses, Inc., recorded on November 23, 2006, serial no. 2004-087640-0 of the Records of the Anchorage Recording District, Third Judicial District, State of Alaska, and

Whereas, said Deed of Trust conveyed to the Trustee the following described real property

> Tract B MULDOON ESTATES, according to the official plat thereof, filed under plat number 71-113, records of the Anchorage Recording District, Third Judicial District State of Alaska, more commonly known as 1301 Muldoon Road, Anchorage, Alaska, 99504; and

Whereas, the Trustee executed a Notice of Default and Sale on July 7, 2006, recorded as serial no. 2006-050729-0 in Anchorage Recording District, setting forth the intention to sell said property at public sale; and,

Whereas, the Trustor has paid the amount in default; and

Whereas, the Beneficiary has directed the Trustee to terminate the sale proceedings; and

Whereas, the Trustee now desires that said Notice of Default and Sale be rescinded,

LeRoy E. DeVeaux, Esq.
DeVeaux and Associates APC
701 West 41st Avenue, Suite 201
Anchorage, Alaska 99503-6604
Telephone (907)565-2906  Facsimile (907) 565-2933

Termination of Notice of Default and Cancellation of Sale
Page 1 of 2

Now therefore, at the direction of the Beneficiary, Fidelity Title Agency of Alaska, as the Trustee, does hereby cancel, discharge, release and rescind said Notice of Default and Sale recorded on July 28, 2006, serial no. 2006-050729-0 of the Books of the Anchorage Recording District, covering the property described above.

_____
Trustee

DATE: 10-25-2006

By: Cynthia R Beverly
Its: Title Officer

*LeRoy E. DeVeaux, Esq.*
*DeVeaux and Associates APC*
*701 West 41st Avenue, Suite 201*
*Anchorage, Alaska 99503-6604*
*Telephone (907)565-2906  Facsimile (907) 565-2933*

Termination of Notice of Default and Cancellation of Sale
Page 2 of 2