David H. Bundy
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage AK 99503
(907) 248-8431
Attorney for Kelly Bryant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>       Defendants. | Case No. A06-CV-00118 RRB<br><br>**MOTION FOR ORDER DIRECTING THE CLERK OF THIS COURT TO INVEST FUNDS RECEIVED FROM SALE OF 1301 MULDOON ROAD** |

Kelly Bryant, Personal Representative of the Estate of Joe William Bryant,

deceased, and Nada Mortensen, Conservator of the Estate of Tom Cody, pursuant

to Local Rule 67.2 move this Court for an order directing the Clerk of this Court to

invest Registry Funds as specified in this motion.

On October 25, 2006 this Court entered an order (Docket # 68) authorizing

the sale of  Tract B, Muldoon Estates, Anchorage Recording District, to the

Municipality of Anchorage for $5 million. After payment of prior liens,

commissions and closing costs, the net proceeds of sale, approximately

$3,010,000, have been deposited in the registry of this Court.

Because it is likely that these funds will be on deposit with the Court for a

considerable period of time (no trial date on the United States' claim for forfeiture

having been set at this point) it is appropriate that the Clerk be directed to invest

these funds pending resolution of this case.

The property owners therefore move the Court to direct the Clerk to invest

the funds in United States Treasury Bills of not greater than one year maturity to

be purchased through Wells Fargo Bank, NA, and that the Clerk be authorized to

deduct from income earned on this investment a fee, not exceeding that authorized

by the Judicial Conference of the United States and set by the Director of the

Administrative Office.

DATED November 3, 2006.


DAVID H. BUNDY, P.C.
Attorney for Kelly Bryant

___/s/ David H. Bundy
David H. Bundy
ABA #7210043

WILL SHERMAN
Attorney for Nada Mortensen

___/s/ Will Sherman_____
Will Sherman
ABA  #0215014


**CERTIFICATE OF SERVICE**

I certify that on November 3, 2006, a copy of the foregoing
document was served electronically upon the following:

 US Attorney's Office
 Will Sherman, Esq.
 John R. Beard, Esq.
 Charles G. Evans, Esq.
 Robert P. Owens, Esq.
 Robert H. Schmidt, Esq.

And by First Class Mail, upon the following:

LeRoy DeVeaux, Esq.

Gary D. DePue
1625 E. 64th Avenue, #16
Anchorage, AK 99507

John & Luella Sutherland
P O Box 671850
Chugiak AK 99567

Richard Noble
275 S Hoyt Street
Anchorage AK 99508

/s/ David H. Bundy
David H. Bundy

David H. Bundy
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage AK 99503
(907) 248-8431
Attorney for Kelly Bryant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>      Defendants. | Case No. A06-CV-00118 RRB<br><br><br>**PROPOSED ORDER DIRECTING THE CLERK OF THIS COURT TO INVEST FUNDS RECEIVED FROM SALE OF 1301 MULDOON ROAD** |

Kelly Bryant, Personal Representative of the Estate of Joe William Bryant, deceased, and Nada Mortensen, Conservator of the Estate of Tom Cody, have moved pursuant to Local Rule 67.2 for an order directing the Clerk of this Court to invest the funds received in the registry of this Court from the sale of Tract B, Muldoon Estates, Anchorage Recording District.

Good cause having been shown and the Court being fully advised, it is hereby ORDERED

The Clerk of this Court shall invest the net proceeds of sale of Tract B Muldoon Estates in United States Treasury Bills of not greater than one year maturity to be purchased through Wells Fargo Bank, NA, and

The Clerk is authorized to deduct from income earned on this investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

DATED _____, 2006


_____
Ralph R. Beistline
U. S. District Judge