David H. Bundy
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage AK 99503
(907) 248-8431
Attorney for Kelly Bryant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>         Defendants. | Case No. A06-CV-00118 RRB<br><br>**NOTICE OF LODGING REVISED PROPOSED ORDER DIRECTING THE CLERK OF THIS COURT TO INVEST FUNDS RECEIVED FROM SALE OF 1301 MULDOON ROAD** |

Kelly Bryant, Personal Representative of the Estate of Joe William Bryant, deceased, and Nada Mortensen, Conservator of the Estate of Tom Cody, herewith lodge with this Court a revised proposed order authorizing the Clerk of this Court to invest the net proceeds received from the sale of Tract B, Muldoon Estates, Anchorage Recording District, to the Municipality of Anchorage.

DATED November 9, 2006.

                  DAVID H. BUNDY, P.C.
                  Attorney for Kelly Bryant

                  __/s/ David H. Bundy
                        David H. Bundy
                        ABA  #7210043


                  WILL SHERMAN
                  Attorney for Nada Mortensen

                  __/s/ Will Sherman_____
                        Will Sherman
                        ABA  #0215014

Case 3:06-cv-00118-RRB     Document 72     Filed 11/09/2006     Page 2 of 5

Page - 3 -

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2006, a copy of the foregoing document was served electronically upon the following:

US Attorney's Office
Will Sherman, Esq.
John R. Beard, Esq.
Charles G. Evans, Esq.
Robert P. Owens, Esq.
Robert H. Schmidt, Esq.

And by First Class Mail, upon the following:

LeRoy DeVeaux, Esq.

Gary D. DePue
1625 E. 64th Avenue, #16
Anchorage, AK 99507

John & Luella Sutherland
P O Box 671850
Chugiak AK 99567

Richard Noble
275 S Hoyt Street
Anchorage AK 99508

/s/ David H. Bundy
David H. Bundy

David H. Bundy
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage AK 99503
(907) 248-8431
Attorney for Kelly Bryant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>Defendants. | Case No. A06-CV-00118 RRB<br><br>**REVISED PROPOSED ORDER DIRECTING THE CLERK OF THIS COURT TO INVEST FUNDS RECEIVED FROM SALE OF 1301 MULDOON ROAD** |

Kelly Bryant, Personal Representative of the Estate of Joe William Bryant, deceased, and Nada Mortensen, Conservator of the Estate of Tom Cody, have moved pursuant to Local Rule 67.2 for an order directing the Clerk of this Court to invest the sum of $3.010,578.30 which was received in the registry of this Court from the sale of Tract B, Muldoon Estates, Anchorage Recording District.

Good cause having been shown and the Court being fully advised, it is hereby ORDERED

The Clerk of this Court shall invest the sum of $3,010,578.30, being the net proceeds of sale of Tract B Muldoon Estates, in United States Treasury Bills of not greater than one year maturity to be purchased through Wells Fargo Bank, NA, and

The Clerk is authorized to deduct from income earned on this investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

DATED _____, 2006

_____
Ralph R. Beistline
U. S. District Judge