**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u>  THREE PIECES OF REAL PROPERTY, et al.  </u>

DATE:  <u>  November 28, 2006  </u>   CASE NO.  <u>  3:06-cv-0118-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE INVESTMENT OF FUNDS**

---

      Plaintiff shall file a response to the Motion for Order Directing the Clerk of this Court to Invest Funds Received from Sale of 1301 Muldoon Road, at Docket 71, on or before **4:30 p.m.** on **December 1, 2006.**

M.O. RE INVESTMENT OF FUNDS