David H. Bundy
DAVID H. BUNDY, P.C.
3201 C Street, Suite 301
Anchorage AK 99503
(907) 248-8431
Attorney for Kelly Bryant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>　　　　Defendants. | Case No. A06-CV-00118 RRB<br><br>**REVISED** ~~PROPOSED~~ **ORDER DIRECTING THE CLERK OF THIS COURT TO INVEST FUNDS RECEIVED FROM SALE OF 1301 MULDOON ROAD** |

Kelly Bryant, Personal Representative of the Estate of Joe William Bryant, deceased, and Nada Mortensen, Conservator of the Estate of Tom Cody, have moved pursuant to Local Rule 67.2 for an order directing the Clerk of this Court to invest the sum of $3.010,578.30 which was received in the registry of this Court from the sale of Tract B, Muldoon Estates, Anchorage Recording District.

Order to Invest Registry Funds – Page - 4 -

Good cause having been shown and the Court being fully advised, it is hereby ORDERED

The Clerk of this Court shall invest the sum of $3,010,578.30, being the net proceeds of sale of Tract B Muldoon Estates, in United States Treasury Bills of not greater than one year maturity to be purchased through Wells Fargo Bank, NA, and

The Clerk is authorized to deduct from income earned on this investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

DATED December 4, 2006

/s/ RRB
Ralph R. Beistline
U. S. District Judge

Order to Invest Registry Funds – Page - 5 -