Robert P. Owens
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for the Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-00118-RRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THREE PIECES OF REAL PROPERTY ) | |
| LOCATED AT 1301 MULDOON ROAD, ) | |
| ANCHORAGE, ALASKA 99504, 1625 E. 64TH ) | |
| AVENUE, ANCHORAGE, ALASKA 99507, ) | |
| AND NHN HILLCREST S/D 8 LOTS, ) | |
| ANCHORAGE, ALASKA 99515, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF STATEMENT OF INTEREST
AND REQUEST TO BE REMOVED FROM SERVICE LIST**

The Municipal Attorney's Office, by and through Assistant Municipal Attorney, Robert P. Owens, hereby notifies the Court and parties that it withdraws its Statement of Interest filed June 30, 2006 and requests the Court remove the Municipality of Anchorage

from the service list in this matter.  The Municipality no longer claims an interst in the res that is the subject of these proceedings.

 Respectfully submitted this 6th day of December, 2006.

            JAMES N. REEVES
            Municipal Attorney

           By: *s/ Robert P. Owens*
            Municipal Attorney's Office
            P.O. Box 196650
            Anchorage, Alaska 99519-6650
            Phone: (907) 343-4545
            Fax: (907) 343-4550
            E-mail: uslit@muni.org
            Alaska Bar No. 8406043

The undersigned hereby certifies that on 12/6/06
a true and correct copy of the *Notice of Withdrawal
of Statement of Interest and Request to be Removed
from Service List From Service & Proposed Order* was served on:

- David H. Bundy
- Frank V. Russo
- James Barkeley
- LeRoy E. DeVeaux
- Will F. Sherman
- Robert H. Schmidt
- John R. Beard
- Charles G. Evans
- Richard Noble

By first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing.

 s/Elaine Loew
Elaine Loew, Legal Secretary
Municipal Attorney's Office