Robert P. Owens
Assistant Municipal Attorney
Municipality of Anchorage Department of Law
Civil Division
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545 (phone)
(907) 343-4550 (fax)
uslit@muni.org

Attorney for the Municipality of Anchorage

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cv-00118-RRB |
| Plaintiff, | ) |
| vs. | ) |
| THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64TH AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515, | ) |
| Defendants. | ) |

**PROPOSED ORDER REMOVING
MUNICIPALITY OF ANCHORAGE FROM SERVICE LIST**

The Municipality of Anchorage having requested an order to remove it from the

Service List in these proceedings:

The Court has considered the request and the fact that there is no opposition, and otherwise being fully advised in the premises, the Court directs the Municipality of Anchorage be removed from the Service List in these proceedings.

DATED this ___ day of _____, 2006.

                                                                                         _____
                                                                                          Ralph R. Beistline
                                                                                          United States District Court Judge