**CHRISTOPHER MESSERLI**
PERSONAL REPRESENTATIVE OF THE
ESTATE OF THOMAS MICHAEL CODY, IV
12097 VINTAGE STREET NW
COON RAPIDS, MN 55433
763-210-8879

November 27, 2007

Clerk of District Court, Alaska
222 W. 7th Avenue, #4
Anchorage, Ak 99513

**RECEIVED**
DEC 03 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Dear: Clerk of the Court,

I as appointed to be the Personal Representative of the Estate of Thomas Michael Cody, IV, On October 11, 2007. A copy of the Letters Testamentary is enclosed. Mr. Cody, who was missing for over two years, was declared dead on July 5, 2007, and a copy of his death certificate is also enclosed. Upon receipt of this letter, please update your files that all correspondence concerning Mr. Cody's accounts and dealings with your institution are directed to me at the above address.

In order to accurately determine any potential 2007 income tax liability and the valuation of assets and identification of any potential claims against the Estate of Thomas Michael Cody, IV, please provide an accounting of all transactions/statements related to Mr. Cody's deposits the court was instructed to invest, from the date of his disappearance June 1, 2005 to the current date and the balances thereof as of the official date of his death, July 5, 2007.

Sincerely,

The Estate of Thomas Michael Cody, IV

------------------------Personal Representative
Christopher Messerli

Enclosure: Certified Death Certificate
Certified Letters of Testamentary
Copy-District Court Motion-Case #A06-CV-00118 RRB