# CERTIFICATION OF VITAL RECORD

## STATE OF ALASKA
### CERTIFICATE OF DEATH
ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES
BUREAU OF VITAL STATISTICS - 5441 COMMERCIAL BLVD.
P.O. BOX 110675
JUNEAU, ALASKA 99811-0675

STATE FILE NUMBER: 1500 7001912
DATE RECEIVED: AUG 1 5 2007

TYPE/PRINT IN PERMANENT BLACK INK

BIRTH CERTIFICATE NUMBER:

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): Thomas Michael Cody IV
1a. MAIDEN NAME:
2. SEX: Male
3. DATE OF DEATH (Month, Day, Year): July 5, 2007 Fd
4. SOCIAL SECURITY NUMBER: 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
5a. AGE-Last Birthday (Years): 37
5b. UNDER 1 YEAR - Months/Days:
5c. UNDER 1 DAY - Hours/Minutes:
6. DATE OF BIRTH (Month, Day, Year): Nov. 4, 1969
7. BIRTHPLACE (State or Foreign Country): Minnesota
8. STATE OF DEATH: ALASKA
9a. PLACE OF DEATH: X Other (Specify): Outside
9b. FACILITY NAME (If not institution, give street and number): N61.30.957 W148.59.073
9c. CITY, TOWN, OR LOCATION OF DEATH: Palmer
10. MARITAL STATUS: X NEVER MARRIED
11. SURVIVING SPOUSE (If wife, give maiden name):
12a. DECEDENT'S USUAL OCCUPATION: Land Developer
12b. KIND OF BUSINESS/INDUSTRY: Real Estate
13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: X YES
14a. RESIDENCE - STATE: Alaska
14b. CITY, TOWN, OR LOCATION: Anchorage
14c. STREET AND NUMBER:
14d. INSIDE CITY LIMITS OR SETTLED COMMUNITY?: X YES
14e. ZIP CODE:
15. WAS DECEDENT OF HISPANIC ORIGIN?: X NO
16. RACE: White
17. DECEDENT'S EDUCATION (College 1-4 or 5+): 2

**PARENTS**

18. FATHER'S NAME (First, Middle, Last): Thomas Michael Cody III
19. MOTHER'S NAME (First, Middle, Maiden Surname): Nada Mae Matsan

**INFORMANT**

20a. INFORMANT'S NAME (First, Middle, Last): Nada Mortenson
20b. MAILING ADDRESS: 3731 214th Lane Oak Grove, Minnesota 55303
20c. RELATIONSHIP TO DECEDENT: Mother

**DISPOSITION**

21a. METHOD OF DISPOSITION: X Cremation
21b. PLACE OF DISPOSITION: Alaska Cremation Center
21c. LOCATION - City or Town, State: Anchorage, Alaska
22a. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH: Kirstin Boyd
22b. NAME AND ADDRESS OF FACILITY: Evergreen Memorial Chapel, 737 E Street, Anchorage, Alaska 99501

**PRONOUNCING OFFICIAL ONLY**

24. TIME OF DEATH: 1800 Fd
25. DATE PRONOUNCED DEAD: July 5, 2007 Fd
26. WAS CASE REFERRED TO MEDICAL EXAMINER?: X Yes

**CAUSE OF DEATH**

27. PART I.
IMMEDIATE CAUSE: a. Perforating Gunshot Wound of the Head
b.
c.
d.
PART II. OTHER SIGNIFICANT CONDITIONS:
28a. WAS AN AUTOPSY PERFORMED?: X Yes
28b. WERE AUTOPSY FINDINGS CONSIDERED PRIOR TO COMPLETION OF CAUSE OF DEATH?: X Yes

29a. CERTIFIER: X MEDICAL EXAMINER

**CERTIFIER**

29b. SIGNATURE AND TITLE OF CERTIFIER OF CAUSE OF DEATH:
29c. DATE SIGNED: 08-12-07
29d. NAME AND ADDRESS OF CERTIFIER WHO COMPLETED CAUSE OF DEATH: Franc G. Fallico, MD Chief Medical Examiner, 4500 South Boniface Parkway, Anchorage, Alaska 99507
29e. LICENSE NUMBER: 1349

30. MANNER OF DEATH: X Homicide
31a. DATE OF INJURY: June 1, 2005
31b. TIME OF INJURY: 1700
31c. INJURY AT WORK?: X No
31d. DESCRIBE HOW INJURY OCCURRED: Shot by another person
31e. PLACE OF INJURY: Residence
31f. LOCATION: 6621 Our Own Lane, Anchorage, Alaska

Form VS-1008 REV. 3-06

**ORIGINAL - STATE COPY**

I CERTIFY THAT THIS IS A TRUE, FULL AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE IN THE BUREAU OF VITAL STATISTICS, DEPARTMENT OF HEALTH AND SOCIAL SERVICES, JUNEAU, ALASKA.

DATE ISSUED: NOV 0 6 2007

Phillip L. Mitchell
STATE REGISTRAR

