Natasha M. Summit
DURRELL LAW GROUP, P.C.
1400 W. Benson Blvd., Suite 370
Anchorage, AK 99503
Phone: (907) 258-3224
Fax: (907) 258-3229

Attorneys for Chris Messerli

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| In the Matter of the Estate of ) | |
| ) | |
| THOMAS MICHAEL CODY, IV, ) | |
| ) | |
| Deceased. ) | |
| ) | Case No. 3AN-07- 1248 PR |

**LETTERS TESTAMENTARY**

The Will of Thomas Michael Cody, IV, having been admitted in informal probate, Chris Messerli is hereby appointed Personal Representative of the Estate of Thomas Michael Cody, IV, without bond.

DATED at Anchorage, Alaska, this ____ day of ____ Oct ____, 2007.

_____
John E. Duggan
Probate Master

OCT 5 2007

...TIFY THAT ON 10-15-07
PIES OF THIS FORM WERE SE
Natasha Summit
CLERK

LETTERS TESTAMENTARY                -1-

## ACCEPTANCE

I hereby accept the duties and responsibilities of the office of Personal Representative of the Estate of Thomas Michael Cody, IV, which I will perform as required by law. I acknowledge that I will:

(a) Take possession and control of the decedent's property as required by AS 13.16.380, determine the liabilities of the estate, and complete an inventory as required by AS 13.16.365;

(b) Provide notices to heirs and devisees as required by AS 13.16.360, except as provided by AS 13.16.390;

(c) Provide notice to creditors as required by law, publish notice when required, and review and either accept or reject claims as required by AS 13.16.455 - 13.16.515;

(d) Advise the court in writing of the Personal Representative's address and telephone number as required by Probate Rule 8;

(e) File returns for state estate taxes, if required by AS 43.31.121 and AS 43.31.250;

(f) Pay homestead, exempt property and family allowances as required by AS 13.11.125 - 13.11.140, costs of administration and other claims as required by AS 13.16.470, and distribute the assets of the estate; and

(g) Close the estate as soon as appropriate as required by AS 13.16.620 - 13.16.670.

I have filed any required bond.

DATED this 27th day of September, 2007.

_____
CHRIS MESSERLI
12097 Vintage Street NW
Coon Rapids, Minnesota 55433
(763) 210-8879

LETTERS TESTAMENTARY                                -2-

## ACKNOWLEDGMENT

STATE OF MINNESOTA       )
                         ) ss:
COUNTY OF Anoka          )

    This is to certify that on this 27th day of September, 2007, personally appeared before me CHRIS MESSERLI, to me known to be the individual described in and who executed the within Letters Testamentary and acknowledged that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

    GIVEN UNDER MY HAND and official seal the day and year last above written.



NOTARY PUBLIC in and for Minnesota
My Commission Expires: 1/31/2011

MARK JOSEPH HAWKINS
Notary Public - Minnesota
Commission No. 31012219
My Commission Expires Jan. 31, 2011

LETTERS TESTAMENTARY           -3-

CERTIFY THAT ON 10-15-07 COPIES OF THIS FORM WERE SE...
Natasha Summitt
CLERK