Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel:  (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Nada Mae Mortenson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>             Defendants. | Case No. A06-CV-00118 RRB<br><br>**MOTION FOR INTERLOCUTORY SALE OF HILLCREST PROPERTY** |

Claimant Nada Mae Mortenson[1] moves this Court to order the interlocutory sale of one of the two remaining defendant pieces of real property, described as:

> All that lot or parcel of land, together with is buildings, appurtenances, improvements, fixtures, attachments, and easements, commonly known as NHN HILLCREST S/D 8 LOTS, Anchorage, Alaska 99515, more particularly described as:

---

[1] Mrs. Mortenson was formerly Conservator for the Thomas M. Cody IV Conservatorship.

>Parcel Number 1:
>Lots One (1) and Two (2), Block One (1), of Hillcrest Subdivision, according to Plat 70-136, filed in the Anchorage Recording District, Third Judicial District, State of Alaska; and
>Parcel Number 2:
>Lots One (1), Two (2), Three (3), Four (4), Five (5) and Six (6), Block Five (5), of Hillcrest Subdivision, according to Plat 71-118, filed in the Anchorage Recording district, Third Judicial District, State of Alaska.

This Motion requests that this parcel be sold to purchaser Hallelujah Management, LLC for a sale price of $1.1 million and under terms specified in the attached Proposed Order for Interlocutory Sale. The proceeds from the sale would then be deposited with the Court Registry as a substitute *res* in this forfeiture proceeding.

This Motion is filed pursuant to the Supplemental Rules For Certain Admiralty And Maritime Claims G(7)(b) and 18 U.S.C. 983(j). The motion is supported by the accompanying Memorandum.

DATED, January 4, 2008, at Anchorage, Alaska

>/s WILL SHERMAN
>645 G St., Suite 100 #856
>Anchorage, AK 99501
>Tel:   (907) 277-1966
>Fax    (866) 398-3561
>e-mail: wfs@lexalaska.com
>ABA #0205014

- 3 -

**CERTIFICATE OF SERVICE**

I certify that on January 4, 2008, a copy of this document was served <u>electronically</u> by ECF upon:

James N. Barkeley     jim.barkeley@usdoj.gov, katie.voke@usdoj.gov; joy.mcculloch@usdoj.gov; kristine.o'neill@usdoj.gov; usaak.ecf@usdoj.gov

John R. Beard     jrbeard@alaska.net

David H. Bundy     dhb@alaska.net

Charles G. Evans     locge@gci.net

Robert P. Owens     uslit@muni.org

Frank V. Russo     Frank.Russo@usdoj.gov,

Robert Hans Schmidt     schmidtr@groheggers.com

And by U.S. Mail on January 4, 2008, upon:

Richard Noble
275 S. Hoyt St.
Anchorage, AK 99508

John Sutherland
Luella Sutherland
P.O. Box 671850
Chugiak, AK 99567

Gary E. Depue
1625 E. 64th #16
Anchorage, AK 99507

<u>s/ Will Sherman</u>
Certification Signature