IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>　　　　Defendants. | Case No. A06-CV-00118 RRB<br><br>**PROPOSED ORDER ON MOTION FOR INTERLOCUTORY SALE AND SUBSTITUTION OF RES** |

　　　Plaintiff moved for an order, pursuant to Supplemental Rule G of the Admiralty Rules, authorizing sale of NHN HILLCREST S/D 8 LOTS with certain of the proceeds of such sale becoming a substitute *res* for the real property in question.

　　　The Court has considered the motion, the memorandum and any associated briefing, as well as any opposition thereto, and otherwise being fully advised in the premises, the Court finds:

1. NHN HILLCREST S/D 8 LOTS ("the Hillcrest Property") is subject to taxes which have not been paid and the owners are in default;

2. Hallelujah Management, LLC, has offered to purchase the entire tract for the

purchase price of 1.1 million dollars ($1,100,000.00), which the parties agree is a fair and reasonable price.

On the basis of the foregoing, the Court concludes that good cause exists for authorizing interlocutory sale of the property.

IT IS HEREBY ORDERED, that the proposed sale of the following described parcel from the current owners thereof to Hallelujah Management, LLC, may proceed immediately:

> All that lot or parcel of land, together with is buildings, appurtenances, improvements, fixtures, attachments, and easements, commonly known as NHN HILLCREST S/D 8 LOTS, Anchorage, Alaska 99515, more particularly described as:
>
> Parcel Number 1:
> Lots One (1) and Two (2), Block One (1), of Hillcrest Subdivision, according to Plat 70-136, filed in the Anchorage Recording District, Third Judicial District, State of Alaska; and
> Parcel Number 2:
> Lots One (1), Two (2), Three (3), Four (4), Five (5) and Six (6), Block Five (5), of Hillcrest Subdivision, according to Plat 71-118, filed in the Anchorage Recording district, Third Judicial District, State of Alaska.

IT IS FURTHER ORDERED, that the following terms and conditions shall apply to the sale:

1. The purchase price for the property shall be 1.1 million dollars ($1,100,000.00);

2. Upon closing, the *lis pendens* recorded by plaintiff, together with all liens and claims asserted against the property shall be released and transferred to the sale proceeds which shall constitute a substitute *res* subject to forfeiture in

place of the property that was sold.

3. At closing, the following claims and expenses may be paid from the sale proceeds:

   a. Amounts due to Pacific Alaska Leasing, David Faulk, Donald and Luella Sutherland, and First National Bank Alaska (mortgage);

   b. Amounts due the Municipality of Anchorage for real property taxes;

   c. Reasonable Fees and expenses of the closing agent including escrow, title insurance, and other customary escrow expenses to be paid by seller,

   d. Ten Percent brokerage/development commission to Richard Noble/United Realty, pursuant to a Listing Agreement with the owners.

4. The remaining proceeds of the sale shall be deposited with the Clerk of the United States District Court for the District of Alaska to be held in conjunction with these proceedings pending further order of this Court.

DATED this ___ day of _____, 2008.

_____
Ralph R. Beistline
United States District Court Judge

- 3 -