Nov 18 2007 9:08PM  HP LASERJET 3330   p.2

NOV-16-2007 10:27 AM   P.01

## Counter Offer to the Purchase and Sale Agreement

Date: Nov. 14th 2007

Regarding the Purchase Agreement dated Aug. 28th 2007, referencing property legally described as: Tract A Hillcrest Plaza in which Hallelujah Management, LLC or Assigns, (but limited to principals or closely held entities) is/are referred to as Buyer
And the estates of Joe Bryant and Thomas Cody are referred to as Sellers.

Undersigned accepts all of the terms and conditions in the above designated Purchase Agreement with the following changes or amendments:

The following dates are changed to not later:
Page/Line/Change:
2/8   Qualification Letter from Lender:   12/15/07
3/8   Recording                            12/30/07 or within 7 days following approval
by U.S. Attorney & District Court, whichever is later.
4/23  Property Inspection                  10/31/07

Purchase price shall be   One Million One Hundred Thousand    ($1,100,000.00)

1. Buyer shall have 5 days following acceptance of this agreement to increase the Earnest Money to $60,000, non refundable.
2. All parties acknowledge that this sale is subject to approval by U.S. Attorney and District Court.

Withdrawal of Counter Offer: The party making this Counter Offer may withdraw this Counter Offer prior to notification of acceptance from the other party.
Seller reserves the right to continue to offer the Property for sale and accept any other offer prior to notification of Buyer's acceptance.
This Counter Offer shall expire unless the party making this Counter Offer is notified of its acceptance no later than November 17, 2007 by 12:00 p.m.

Date: 11/17/07   Seller: _____ rep for the Estate of Joe Bryant
                 Kelly Bryant – Personal representative for the estate of Joe Bryant

Date: 11/27/07   Seller: _____
                 Chris Messerli – Executor for the estate of Tom Cody

Note: This agreement will be subject to review by the Probate Court.

Brokerage _____ Licensee _____

*The undersigned accepts the above Counter Offer*

Date: _____   Buyer: _____

Brokerage: Jack White Commercial  Licensee: _____