

  Home | Departments | Mayor | Assembly | Employee Directory | Contact Us | Find  

[Close] [Pay Account] [Property Info]

| | |
|---|---|
| **Owner Information** | **DETAILED PROPERTY INFORMATION**  **01/03/08  18:49:00** |
| **Parcel ID** | 016 271 01 000 1 5 |
| **Legal Description** | HILLCREST |
| | BLK 1 LT 1 |
| **Site Address** | |
| **Tax District** | 003 |
| **Account Name** | BRYANT JOE W 50% & |
| **Mailing Address** | CODY TOM 50% |
| | % NEDA MORTENSON |
| | 3731 214TH LN NW |
| | OAK GROVE MN 55303 8601 |

| **Tax Information** | **2007 Tax Year** | **2006 Tax Year** |
|---|---|---|
| **Value before Exemptions** | 89,400 | 58,100 |
| **Tax before Exemptions** | 1,299.87 | 887.76 |
| **Sr. Citizen/Disabled Veteran Exemption** | ( .00 )   (if applicable) | ( .00 ) |
| **Residential Exemption** | ( .00 )   (if applicable) | ( .00 ) |
| **Tax Credit** | ( 113.53 ) | ( .00 ) |
| **TAX NET OF EXEMPTIONS/CREDITS** | 1,186.34 | 887.76 |
| **First Half Tax Amount** | 593.17   Due June 30, 2007 | |
| **Second Half Tax Amount** | 593.17   Due August 15, 2007 | |

**Mortgage Company Requesting Tax Information:**

| | **Account Status** | **Tax** | **Interest** | **Penalty** | **Cost** | **Total Due** |
|---|---|---|---|---|---|---|
| | Advance Payment | .00 | | | | .00 |
| NEW | **Current Year 2007** **Click for details** | 1,186.34 | 53.67 | 118.64 | .00 | 1,358.65 |
| NEW | **Prior Year(s)** **Click for details** | 887.76 | 129.11 | 88.78 | 110.00 | 1,215.65 |
| | **Total** | **2,074.10** | **182.78** | **207.42** | **110.00** | **2,574.30** |



@nbsp;   Home | Departments | Mayor | Assembly | Employee Directory | Contact Us | Find   @nbsp;

| | |
|---|---|
| **Owner Information** | **DETAILED PROPERTY INFORMATION**   01/03/08  18:50:17 |
| **Parcel ID** | 016 271 01 000 1 5 |
| **Legal Description** | HILLCREST |
| | BLK 1 LT 1 |
| **Site Address** | |
| **Tax District** | 003 |
| **Account Name** | BRYANT JOE W 50% & |
| **Mailing Address** | CODY TOM 50% |
| | % NEDA MORTENSON |
| | 3731 214TH LN NW |
| | OAK GROVE MN 55303 8601 |

| Tax Information | 2007 Tax Year | 2006 Tax Year |
|---|---|---|
| Value before Exemptions | 89,400 | 58,100 |
| Tax before Exemptions | 1,299.87 | 887.76 |
| Sr. Citizen/Disabled Veteran Exemption | ( .00 )   (if applicable) | ( .00 ) |
| Residential Exemption | ( .00 )   (if applicable) | ( .00 ) |
| Tax Credit | ( 113.53 ) | ( .00 ) |
| TAX NET OF EXEMPTIONS/CREDITS | 1,186.34 | 887.76 |
| First Half Tax Amount | 593.17   Due June 30, 2007 | |
| Second Half Tax Amount | 593.17   Due August 15, 2007 | |

**Mortgage Company Requesting Tax Information:**

| | Account Status | Tax | Interest | Penalty | Cost | Total Due |
|---|---|---|---|---|---|---|
| | Advance Payment | .00 | | | | .00 |
| NEW | Current Year 2007 Click for details | 1,186.34 | 53.67 | 118.64 | .00 | 1,358.65 |
| NEW | Prior Year(s) Click for details | 887.76 | 129.11 | 88.78 | 110.00 | 1,215.65 |
| | Total | 2,074.10 | 182.78 | 207.42 | 110.00 | 2,574.30 |



    Home | Departments | Mayor | Assembly | Employee Directory | Contact Us | Find    

[Close] [Pay Account] [Property Info]

**Owner Information**   **DETAILED PROPERTY INFORMATION**   **01/03/08  18:50:58**

| | |
|---|---|
| **Parcel ID** | 016 271 02 000 1 3 |
| **Legal Description** | HILLCREST |
| | BLK 1 LT 2 |
| **Site Address** | |
| **Tax District** | 003 |
| **Account Name** | BRYANT JOE W 50% & |
| **Mailing Address** | CODY TOM 50% |
| | % NEDA MORTENSON |
| | 3731 214TH LN NW |
| | OAK GROVE MN 55303 8601 |

| Tax Information | 2007 Tax Year | | 2006 Tax Year |
|---|---|---|---|
| Value before Exemptions | 84,200 | | 55,400 |
| Tax before Exemptions | 1,224.26 | | 846.51 |
| Sr. Citizen/Disabled Veteran Exemption | ( .00 ) | (if applicable) | ( .00 ) |
| Residential Exemption | ( .00 ) | (if applicable) | ( .00 ) |
| Tax Credit | ( 106.93 ) | | ( .00 ) |
| TAX NET OF EXEMPTIONS/CREDITS | 1,117.33 | | 846.51 |
| First Half Tax Amount | 558.66 | Due June 30, 2007 | |
| Second Half Tax Amount | 558.67 | Due August 15, 2007 | |

**Mortgage Company Requesting Tax Information:**

| | Account Status | Tax | Interest | Penalty | Cost | Total Due |
|---|---|---|---|---|---|---|
| | Advance Payment | .00 | | | | .00 |
| NEW | Current Year 2007 Click for details | 1,117.33 | 50.55 | 111.74 | .00 | 1,279.62 |
| NEW | Prior Year(s) Click for details | 846.51 | 123.11 | 84.66 | 110.00 | 1,164.28 |
| | Total | 1,963.84 | 173.66 | 196.40 | 110.00 | 2,443.90 |



@nbsp;    Home | Departments | Mayor | Assembly | Employee Directory | Contact Us | Find    @nbsp;

[Close] [Pay Account] [Property Info]

|  | |
|---|---|
| **Owner Information** | **DETAILED PROPERTY INFORMATION**  01/03/08  18:51:49 |
| **Parcel ID** | 016 271 03 000 1 1 |
| **Legal Description** | HILLCREST |
|  | BLK 5 LT 6 |
| **Site Address** | |
| **Tax District** | 003 |
| **Account Name** | BRYANT JOE W 50% & |
| **Mailing Address** | CODY TOM 50% |
|  | % NEDA MORTENSON |
|  | 3731 214TH LN NW |
|  | OAK GROVE MN 55303 8601 |

| Tax Information | 2007 Tax Year | 2006 Tax Year |
|---|---|---|
| Value before Exemptions | 135,500 | 81,800 |
| Tax before Exemptions | 1,970.17 | 1,249.90 |
| Sr. Citizen/Disabled Veteran Exemption | ( .00 )  (if applicable) | ( .00 ) |
| Residential Exemption | ( .00 )  (if applicable) | ( .00 ) |
| Tax Credit | ( 172.08 ) | ( .00 ) |
| TAX NET OF EXEMPTIONS/CREDITS | 1,798.09 | 1,249.90 |
| First Half Tax Amount | 899.04  Due June 30, 2007 | |
| Second Half Tax Amount | 899.05  Due August 15, 2007 | |

**Mortgage Company Requesting Tax Information:**

| | Account Status | Tax | Interest | Penalty | Cost | Total Due |
|---|---|---|---|---|---|---|
| | Advance Payment | .00 | | | | .00 |
| NEW | Current Year 2007 Click for details | 1,798.09 | 81.35 | 179.81 | .00 | 2,059.25 |
| NEW | Prior Year(s) Click for details | 1,249.90 | 181.79 | 125.00 | 110.00 | 1,666.69 |
| | Total | 3,047.99 | 263.14 | 304.81 | 110.00 | 3,725.94 |



Home | Departments | Mayor | Assembly | Employee Directory | Contact Us | Find

[Close] [Pay Account] [Property Info]

**Owner Information**   **DETAILED PROPERTY INFORMATION**   01/03/08 18:52:20

| | |
|---|---|
| **Parcel ID** | 016 271 04 000 1 9 |
| **Legal Description** | HILLCREST |
| | BLK 5 LT 5 |
| **Site Address** | |
| **Tax District** | 003 |
| **Account Name** | BRYANT JOE W 50% & |
| **Mailing Address** | CODY TOM 50% |
| | % NEDA MORTENSON |
| | 3731 214TH LN NW |
| | OAK GROVE MN 55303 8601 |

| Tax Information | 2007 Tax Year | 2006 Tax Year |
|---|---|---|
| Value before Exemptions | 55,900 | 37,300 |
| Tax before Exemptions | 812.78 | 569.94 |
| Sr. Citizen/Disabled Veteran Exemption | ( .00 )   (if applicable) | ( .00 ) |
| Residential Exemption | ( .00 )   (if applicable) | ( .00 ) |
| Tax Credit | ( 70.99 ) | ( .00 ) |
| TAX NET OF EXEMPTIONS/CREDITS | 741.79 | 569.94 |
| First Half Tax Amount | 370.89   Due June 30, 2007 | |
| Second Half Tax Amount | 370.90   Due August 15, 2007 | |

**Mortgage Company Requesting Tax Information:**

| | Account Status | Tax | Interest | Penalty | Cost | Total Due |
|---|---|---|---|---|---|---|
| | Advance Payment | .00 | | | | .00 |
| NEW | Current Year 2007 Click for details | 741.79 | 33.56 | 74.18 | .00 | 849.53 |
| NEW | Prior Year(s) Click for details | 569.94 | 82.89 | 57.00 | 110.00 | 819.83 |
| | Total | 1,311.73 | 116.45 | 131.18 | 110.00 | 1,669.36 |



@nbsp;  Home | Departments | Mayor | Assembly | Employee Directory | Contact Us | Find  @nbsp;

[Close] [Pay Account] [Property Info]

| | |
|---|---|
| **Owner Information** | **DETAILED PROPERTY INFORMATION**    01/03/08  18:52:52 |
| **Parcel ID** | 016 271 05 000 1 6 |
| **Legal Description** | HILLCREST |
| | BLK 5 LT 4 |
| **Site Address** | |
| **Tax District** | 003 |
| **Account Name** | BRYANT JOE W 50% & |
| **Mailing Address** | CODY TOM 50% |
| | % NEDA MORTENSON |
| | 3731 214TH LN NW |
| | OAK GROVE MN 55303 8601 |

| Tax Information | 2007 Tax Year | 2006 Tax Year |
|---|---|---|
| Value before Exemptions | 55,800 | 37,300 |
| Tax before Exemptions | 811.33 | 569.94 |
| Sr. Citizen/Disabled Veteran Exemption | ( .00 )   (if applicable) | ( .00 ) |
| Residential Exemption | ( .00 )   (if applicable) | ( .00 ) |
| Tax Credit | ( 70.86 ) | ( .00 ) |
| TAX NET OF EXEMPTIONS/CREDITS | 740.47 | 569.94 |
| First Half Tax Amount | 370.23   Due June 30, 2007 | |
| Second Half Tax Amount | 370.24   Due August 15, 2007 | |

**Mortgage Company Requesting Tax Information:**

| | Account Status | Tax | Interest | Penalty | Cost | Total Due |
|---|---|---|---|---|---|---|
| | Advance Payment | .00 | | | | .00 |
| NEW | **Current Year 2007** Click for details | 740.47 | 33.50 | 74.04 | .00 | 848.01 |
| NEW | **Prior Year(s)** Click for details | 569.94 | 82.89 | 57.00 | 110.00 | 819.83 |
| | Total | 1,310.41 | 116.39 | 131.04 | 110.00 | 1,667.84 |



 @nbsp;     Home | Departments | Mayor | Assembly | Employee Directory | Contact Us | Find  @nbsp;

| | |
|---|---|
| **Owner Information** | **DETAILED PROPERTY INFORMATION**    01/03/08   18:53:19 |
| **Parcel ID** | 016 271 06 000 1 4 |
| **Legal Description** | HILLCREST |
| | BLK 5 LT 3 |
| **Site Address** | |
| **Tax District** | 003 |
| **Account Name** | BRYANT JOE W 50% & |
| **Mailing Address** | CODY TOM 50% |
| | % NEDA MORTENSON |
| | 3731 214TH LN NW |
| | OAK GROVE MN 55303 8601 |

| Tax Information | 2007 Tax Year | 2006 Tax Year |
|---|---|---|
| Value before Exemptions | 55,800 | 37,300 |
| Tax before Exemptions | 811.33 | 569.94 |
| Sr. Citizen/Disabled Veteran Exemption | ( .00 ) (if applicable) | ( .00 ) |
| Residential Exemption | ( .00 ) (if applicable) | ( .00 ) |
| Tax Credit | ( 70.86 ) | ( .00 ) |
| TAX NET OF EXEMPTIONS/CREDITS | 740.47 | 569.94 |
| First Half Tax Amount | 370.23    Due June 30, 2007 | |
| Second Half Tax Amount | 370.24    Due August 15, 2007 | |

**Mortgage Company Requesting Tax Information:**

| | Account Status | Tax | Interest | Penalty | Cost | Total Due |
|---|---|---|---|---|---|---|
| | Advance Payment | .00 | | | | .00 |
| NEW | Current Year 2007 Click for details | 740.47 | 33.50 | 74.04 | .00 | 848.01 |
| NEW | Prior Year(s) Click for details | 569.94 | 82.89 | 57.00 | 110.00 | 819.83 |
| | Total | 1,310.41 | 116.39 | 131.04 | 110.00 | 1,667.84 |



@nbsp;  Home | Departments | Mayor | Assembly | Employee Directory | Contact Us | Find    @nbsp;

[Close] [Pay Account] [Property Info]

| | |
|---|---|
| **Owner Information** | **DETAILED PROPERTY INFORMATION**    **01/03/08  18:53:48** |
| **Parcel ID** | 016 271 08 000 1 0 |
| **Legal Description** | HILLCREST |
| | BLK 5 LT 1 |
| **Site Address** | |
| **Tax District** | 003 |
| **Account Name** | BRYANT JOE W 50% & |
| **Mailing Address** | CODY TOM 50% |
| | % NEDA MORTENSON |
| | 3731 214TH LN NW |
| | OAK GROVE MN 55303 8601 |

| Tax Information | 2007 Tax Year | | 2006 Tax Year |
|---|---|---|---|
| Value before Exemptions | 55,800 | | 37,300 |
| Tax before Exemptions | 811.33 | | 569.94 |
| Sr. Citizen/Disabled Veteran Exemption | ( .00 ) | (if applicable) | ( .00 ) |
| Residential Exemption | ( .00 ) | (if applicable) | ( .00 ) |
| Tax Credit | ( 70.86 ) | | ( .00 ) |
| TAX NET OF EXEMPTIONS/CREDITS | 740.47 | | 569.94 |
| First Half Tax Amount | 370.23 | Due June 30, 2007 | |
| Second Half Tax Amount | 370.24 | Due August 15, 2007 | |

**Mortgage Company Requesting Tax Information:**

| | Account Status | Tax | Interest | Penalty | Cost | Total Due |
|---|---|---|---|---|---|---|
| | Advance Payment | .00 | | | | .00 |
| NEW | Current Year 2007 Click for details | 740.47 | 33.50 | 74.04 | .00 | 848.01 |
| NEW | Prior Year(s) Click for details | 569.94 | 82.89 | 57.00 | 110.00 | 819.83 |
| | Total | 1,310.41 | 116.39 | 131.04 | 110.00 | 1,667.84 |