Dimond Village Center (aka Solstice)                                       April 24, 2006
Noble/Bryant                                                                Page 2 of 3

## SCHEDULE

- Approximately 2 weeks from signing this addendum

| FEES | $20,000.00 |
|---|---|
| Paid to date | ($10,000.00) |
| Balance | $10,000.00 |

## FEE PAYMENT SCHEDULE

- Please note that project retainer of $5,000.00 will be required prior to proceeding with the project.
- Billing of work in progress is based on time and materials, phases and percentage complete, including applicable ODCs, due upon submittal of invoice and prior to release of drawings or documents related to the same billing or phase.
- Please note that a 10% coordination, overhead, process and handling fee will be charged for each consultant invoice, if required. You will also be required to counter sign the proposals from each consultant. The process and handling fee is sent to us and the **principal amount is to be paid directly to each sub-consultant.**
  - Please note that your bill becomes due and payable immediately upon receipt of drawings per consultant's respective phase and invoice.
  - 100% completion – payment in full, with all related ODCs would be required prior to release of "for use or permit" drawings.

## OTHER DIRECT COSTS

Excluded in this proposal are other direct costs ("ODC") incurred such as the cost of building permits or other governmental agencies' fees, costs of plots, prints, supplies, courier services, special inspections, drafting for other disciplines, coordination fees, mileage, and the like. All ODCs are itemized and will be reflected on your progress billings. Please see our attached rate sheet for clarification.

*Finance charges of 18% will accrue at a compounded rate if payment is not received 10 days from date of invoice.*

The drawings, specifications, plans and other documents prepared by Dean Architects for this project are instruments of Dean Architects service for use solely with respect to this project and, unless otherwise provide Dean Architects shall be deemed the author of these documents and shall retain all common law, statutory, and other reserved rights, including the copyright. The owner shall be permitted to retain copies, including reproducible copies, of Dean Architect's drawings, specifications, plans and other documents for information and reference in connection with the owner's use and occupancy of the project. The owner, or others shall, not use Dean Architect's drawings, specifications, plans, and other documents, on other projects, for they are protected under federal copyright laws. Any subsequent use of this design will require written permission from Dean Architects with all appropriate reuse fees paid in advance.

Dean Architects respectfully requests the right and will use images of your design in promotional material and to place a "Designed By Dean Architects" sign on the work site during

Dimond Village Center (aka Solstice)     April 24, 2006
Noble/Bryant                              Page 3 of 3

construction unless you notify us of your objection. By signing this contract you are agreeing to include Dean Architects, as the designer, in any and all advertising for one (1) full year related to this project and that any awards applied for, our acquired, must indicate Dean Architects as the designer with logo representation.

## AUTHORIZATION

If you agree to the General Conditions and terms of this proposal, please see the below.

Thank you again for this opportunity. Should there be any questions or concerns, please contact me immediately.

Sincerely,

Dean Architects, LLC

Harvey D. Prickett, AIBD
Principal

: HDP

## AUTHORIZATION / ACCEPTANCE

The individuals named below have the authority to enter into this agreement, and agree to the terms of this proposal attached hereto. The undersigned also understands that this proposal, when executed, becomes a legal and binding contract. Should it become necessary to forward any past due amounts owing to a collection agency, the undersigned agree to pay any and all collection fees associated therewith.

An additional copy of this proposal is enclosed for your convenience. Should you find this proposal to meet with your approval, please sign both documents, returning one copy. Please maintain one signed copy for your records.

ACCEPTANCE: _____ DATED: 27APR06
Print name here _____
        Dick Noble

ACCEPTANCE: _____ DATED: 27APR06
Print name here _____
        Joe Bryant