# OUTLOOK VALUATION SERVICES

*An Independent State Certified Real Estate Appraiser & Real Estate Consultant*

3825 Lynn Drive
Anchorage, Alaska 99503
Telephone: (907) 441-2162  Facsimile: (907) 337-5494  E-mail: resco@gci.net

December 5, 2005

Ms. Deatrice Swazer
Credit Administrative Assistant
Northrim Bank
3111 C Street
Anchorage, Alaska 99524-1489

Re: Limited summary appraisal update of eight contiguous lots legally described as Lots 1 and 2, Block 1 and Lots 1-6, Block 5, Hillcrest Subdivision and to be Replatted into Tract A, Hillcrest Plaza Subdivision, Anchorage, Alaska — OUR FILE #05-32 UPDATE

Dear Ms. Swazer:

In accordance with your engagement letter of November 29th, 2005, I have performed an updated of a Limited Summary Appraisal of the above referenced property for the purpose of estimating the "as is" and "as proposed" market values of its fee simple estate. The following report summarizes my investigations, the appraisal techniques applied, and the analyses of data leading to the following value conclusions.

Based upon the physical inspection of the property, the analyses undertaken, and subject to the special and general assumptions and limiting conditions set forth in the report, the "as is" and "as proposed" **market values** of the *fee simple estate* in the Subject property have been estimated:

| | |
|---|---|
| **"As Is"** MARKET VALUE as of October 25th, 2005: | $1,185,000 |
| **"As Proposed"** MARKET VALUE as of October 25th, 2005 *(based on plat approval and rezoning)*: | $1,250,000 |

According to the Municipal Treasure, $2,978.34 in delinquent taxes, penalties and interest are outstanding. These charges have been deducted to arrive at the "as is" market value estimate.

The **"As Proposed" Market Value estimate** is based on **Extraordinary Assumptions and Hypothetical Conditions** involving approval of a preliminary plat needed to rezone the Subject properties from R-5; Rural Residential District to RO-SL; Residential Office District with Special Limitations. The preliminary plat seeks (1) the vacation of an existing 20-foot wide alley easement and (2) the vacation of an existing 10-foot wide telephone and electric easement and (3) the dedication of a right-of-way access (Contrary Court). The "as proposed" value estimate is predicated on the extraordinary assumption that the preliminary plat has been approved (a conditional requirement for rezoning) and the hypothetical condition that Subject site area has changed.

The attached report is a "limited summary appraisal" report prepared to comply with the requirements of USPAP applicable to such reports. This type of report presents discussions of the data, reasoning, and analyses that were used in the appraisal process to develop the opinion of value.

It is an express assumption of this report that the Subject is environmentally "clean" and no problems exit. The value estimate is based on a marketing period of approximately six months, predicated on diligent marketing. Thank you for the opportunity to be of service and if you have any questions, please call.

Sincerely,

*Jerry L. Smith*
Jerry L. Smith
State Certified General Appraiser AA48

# EXHIBIT C

PRICE REDUCTION - $1,800,000                                    17 MAY 2006
                                                                NADA

NOTE:  NO RESPONSE AT HIGHER PRICE
       RAW LAND MARKET SLOWING