|  |  |
|---|---|
| | Submitted by:    Assemblymembers TRAINI, Coffey, Birch, Stout, Shamberg, Sullivan, Bauer |
| CLERK'S OFFICE **AMENDED AND APPROVED** Date: 5-17-05 IMMEDIATE RECONSIDERATION FAILED 5-17-05 | Prepared by:    Planning Department / Department of Assembly |
| | For Reading:    April 19, 2005 |

Anchorage, Alaska
AO No. 2005-66

1  AN ORDINANCE AMENDING THE ZONING MAP AND PROVIDING FOR THE
2  REZONING CONSISTING OF APPROXIMATELY 5.5 ACRES FROM R-3
3  (MULTIPLE FAMILY RESIDENTIAL DISTRICT) AND R-5 (RURAL RESIDENTIAL
4  DISTRICT) TO R-O SL (RESIDENTIAL OFFICE DISTRICT WITH SPECIAL
5  LIMITATIONS), OR ANY OTHER ZONING DISTRICT FOR HILLCREST
6  SUBDIVISION, BLOCK 1, LOTS 1 AND 2, AND BLOCK 5, LOTS 1 THROUGH 6,
7  AND HILLCREST PARK SUBDIVISION NUMBER 1, TRACTS C AND D;
8  GENERALLY LOCATED ON THE EAST SIDE OF OLD SEWARD HIGHWAY AND
9  THE WEST SIDE OF SHORT STREET, SOUTH OF ABBOTT ROAD AND NORTH
10 OF LAKEWOOD COURT.

(Bayshore – Klatt Community Council) (Planning and Zoning Commission Case 2004-151)

THE ANCHORAGE MUNICIPAL ASSEMBLY ORDAINS:

**Section 1.**   The zoning map shall be amended by designating the following described property as R-O SL (Residential Office District with Special Limitations) zone:

Hillcrest Subdivision, Block 1, Lots 1 and 2 and Block 5, Lots 1 through 6, and Hillcrest Park Subdivision Number 1, Tracts C and D, consisting of approximately 5.5 acres as shown on Exhibit A.

**Section 2.**   This zoning map amendment is subject to the following special limitations:

A.   Design Standards:

   1.   Site landscaping shall provide visual breaks within the site as well as on the perimeter of the site without creating unwanted separations within the site.

   2.   Landscape buffers shall be provided where necessary to separate incompatible uses.

   3.   Building height shall not exceed five stories.

B.   Permitted Uses:

1. The property shall be developed with a mix of commercial and residential with a minimum of 84 45 residential dwelling units within a Business Planned Unit Development in accordance with AMC 21.50.130.

C. Accessory Uses:

1. Those accessory uses permitted in the underlying zoning district as developed with a Business Planned Unit Development.

D. Conditional Uses:

1. Those conditional uses permitted in the underlying zoning district, but only as developed with a Business Planned Unit Development

E. Prohibited Uses and structures. In addition to those prohibited uses in the underlying zoning district, the following uses are prohibited:

1. Adult entertainment/adult bookstores, peepshows, topless/bottomless dancers, massage parlors and escort services.

2. Mobile home/camper parks.

3. Gasoline service stations, bulk fuel dealers or primary tire exchange facilities.

4. Bingo halls.

5. Snow disposal sites.

6. Heliports.

7. Community correctional residential centers.

8. Unlicensed nightclubs.

9. Flea markets.

10. Commercial storage facilities.

11. Outdoor storage of heavy machinery.

12. Mobile home display lots.

AO No. 2005-66
Page 3

    13.    Taxi cab stands.

    14.    Bowling Alleys.

    15.    Metal working and steel fabrication.

**Section 3.**    This zoning map amendment is subject to the following effective clause:

A.    The property shall be replatted to address access and utility extension needs before the rezone is effective.

**Section 4.**    This ordinance shall become effective within 10 days after the Director of the Planning Department has received the written consent of the owners of the property within the area described in Section 1 above to the special limitations contained herein. The rezone approval contained herein shall automatically expire, and be null and void if the written consent is not received within 120 days after the date on which this ordinance is passed and approved. In the event no special limitations are contained herein, this ordinance is effective immediately upon passage and approval. The Director of the Planning Department shall change the zoning map accordingly.

PASSED AND APPROVED by the Anchorage Assembly this ___17th___ day of ___May___ 2005.

                                        _Anna J. Fairclough_
                                        Chair

ATTEST:

_[signature]_
Municipal Clerk

SUBDIVISION STANDARDS:IMPROVEMENTS                      21.85.080

**21.85.080 Improvement requirements by improvement area.**

Subject to sections 21.85.050 through 21.85.170, the subdivider shall construct and install the

improvements prescribed by this section for the improvement area where the subdivision is located:

A. *Urban area.*
   1. Paved interior streets.
   2. Strip-paved access and peripheral streets.
   3. Curbs and gutters.
   4. Sidewalks.
   5. Walkways.
   6. Street lighting.
   7. Traffic control devices.
   8. Monuments.
   9. Drainage.
   10. Telephone and electric facilities.
   11. Water supply facilities.
   12. Sanitary sewer facilities.
   13. Landscaping.

B. *Suburban area.*
   1. Strip-paved interior streets.
   2. Strip-paved access and peripheral streets.
   3. Walkways.
   4. Traffic control devices.
   5. Monuments.
   6. Drainage.
   7. Telephone and electric facilities.
   8. Water supply facilities.
   9. Sanitary sewer facilities.
   10. Landscaping.

C. *Rural area.*
   1. Gravel interior streets.
   2. Gravel access and peripheral streets.
   3. Walkways.
   4. Traffic control devices.
   5. Monuments.
   6. Drainage.
   7. Telephone and electric facilities.
   8. Landscaping.

(GAAB 21.10.050.E; AMC 21.85.100; AO No. 83-142; AO No. 85-91, 10-1-85; AO No. 86-201, 1-16-87)

**21.85.050 Interior streets.**

A. *Residential interior streets.*
   1. *Categories.* There are two categories of residential interior streets:
      a. *Residential minor streets.* Residential minor streets have the sole purpose of providing frontage for service and access to individual lots. These streets carry only traffic having either an origin or a destination on the street itself, and include culs-de-sac or small loops carrying 500 average daily trips.
      b. *Residential major streets.* Residential major streets are access streets which provide frontage for service and access to individual lots and may carry a small amount of through traffic from tributary residential minor streets. Residential major streets carry from 500 to 2,000 average daily trips. Lot frontage on residential major streets with average daily trips in excess of 1,000 should be restricted.
   2. *Determination of average daily trips.* For the purpose of classifying and designing residential streets, the average daily trips carried by a street shall be determined by applying the following formula to each lot or tract to which the street gives access, using the maximum residential density permitted for the lot or tract by its zoning district:

| Housing Type | Average Daily Trips per Dwelling Unit |
|---|---|
| Single-family detached | 8.2 |
| Two-family (duplex, townhouse) | 8.0 |
| Multifamily (townhouse, apartment) exceeding 2 units | 7.3 |

| Housing Type | Average Daily Trips per Dwelling Unit |
|---|---|
| Mobile home | 5.5 |

3. *Improvement design.* Interior residential streets, except as provided in section 21.85.060, shall be improved in accordance with this section and tables A and C following this chapter.

B. Commercial and industrial interior streets shall be improved in accordance with tables B and D following this chapter.
(GAAB 21.10.050.C; AMC 21.85.030; AO No. 83-142)

**21.85.060 Optional residential interior streets.**

A. Residential interior streets shall provide for on-street parking unless the platting authority finds it is practical to substitute spillover parking for on-street parking in accordance with this section. If the platting authority so finds, residential interior streets may be improved in accordance with this section and table A following this chapter.

B. The platting authority may find that it is practical to substitute spillover parking for on-street parking only in residential subdivisions containing at least five acres or 25 dwelling units with a homeowners' association that is responsible for operating and maintaining off-street parking facilities.

C. Spillover parking substituted for on-street parking shall conform to the design standards in section 21.45.080, shall be a designated common area owned and administered by the homeowners' association, and shall not be located within an individually owned lot or tract. The design of spillover parking areas shall be subject to approval of the platting authority. Spillover parking spaces in addition to the off-street parking spaces required under section 21.45.080 shall be provided for each lot fronting on a street without on-street parking under the following formula, using the maximum residential density permitted for the lot by its zoning district:

| Housing Type | Parking Spaces per Dwelling Unit |
|---|---|
| Single-family detached | 1.5 |
| 1 to 4 units attached, townhouse | 1.0 |
| Apartment (exceeding 4 units) | 0.5 |

(GAAB 21.10.050.C; AMC 21.85.030; AO No. 83-142)

**21.85.070 Access streets, peripheral streets and half streets.**

A. *Access streets.* The platting authority may require access streets when it finds that they are necessary for the efficient flow of traffic or for emergency vehicle access. The platting authority shall determine the length of the access street that the subdivider shall improve. Access streets shall be improved in accordance with table C following this chapter.

B. *Peripheral streets.*

1. The platting authority may require the improvement of peripheral streets when it finds that they are necessary for the efficient flow of traffic or for emergency vehicle access.

2. Peripheral streets whose improvement is required under this subsection shall be improved in accordance with table C following this chapter, provided that peripheral streets used for access to individual lots shall be improved in accordance with tables A and B following this chapter.

C. *Half streets.* The department of public works or the platting authority may require the improvement of a half street in the urban area to one-half of the street width specified in table A following this chapter, if underground utilities will be installed before street construction.
(GAAB 21.10.050.C; AMC 21.85.080; AO No. 83-142; AO No. 85-166)

**21.85.080 Curbs and gutters.**

The subdivider shall construct curbs and gutters in accordance with the current standard

Jan 03 2008 1:57PM    HP LASERJET 3330                                                                p.7
Case 3:06-cv-00118-RRB    Document 79-7    Filed 01/04/2008    Page 7 of 8

21.85.200                              ANCHORAGE MUNICIPAL CODE

### TABLE A. URBAN RESIDENTIAL STREETS, MINIMUM STANDARDS

| A.D.T.[2] | Street Section[1] Standard (feet) | Street Section[1] Optional (feet) | Number of Lanes Moving | Number of Lanes Parking | Max. Design Speed[3] (mph)[4] | Rights-of-Way (feet) | Off-Street Parking[5] | Application |
|---|---|---|---|---|---|---|---|---|
| 0—75 Residential minor | 30 | | 2 | 1 | 20 | 60 | No | Cul-de-sacs, low-volume residential streets |
| | | 24 | 2 | 0 | 20 | 60 | Yes | |
| 75—300 Residential minor | 30 | | 2 | 1 | 25 | 60 | No | Residential minor streets, cul-de-sacs and small loops |
| | | 24 | 2 | 0 | 25 | 60 | Yes | |
| 300—600 Residential minor | 33 | | 2 | 2 | 25 | 60 | No | Residential minor streets, loop streets, high-volume cul-de-sacs |
| | | 24 | 2 | 0 | 25 | 60 | Yes | |
| 600—1,000 Residential major | 33 | | 2 | 2 | 25 | 60 | No | Residential major streets, loop streets and high-volume cul-de-sacs |
| | | 28 | 2 | 1 | 25 | 60 | Yes | |
| | | 24[6] | 2 | 0 | 25 | 60 | Yes | Residential limited access |
| 1,000—2,000 | 36[6] | | 2 | 2 | 30 | 60 | No | Residential subconnector |
| | | 36[6] | 3[7] | 0 | 30 | 60 | Yes | No on-street parking permitted |

[1] Street dimensions are from back of curb.
[2] See section 21.85.050.A.2 (trip generation units).
[3] Horizontal curve design of residential streets requires best judgment of planners and engineers in addition to design analysis.
[4] Design speed (not posted speed) for vertical and horizontal curves.
[5] Off-street parking; homeowners' association required.
[6] Vertical face curb; rolled curb may be substituted when sidewalk is detached.
[7] Center turning lane required.
(AO No. 96-153, §.1, 1-28-97)

### TABLE B. URBAN COMMERCIAL AND INDUSTRIAL STREETS, MINIMUM STANDARDS

| Street Section* (feet) | Number of Lanes Moving | Number of Lanes Parking | Maximum Design Speed** (mph) | Right-of-Way (feet) | Application |
|---|---|---|---|---|---|
| 36(V) | 2 | 2*** | 30 | 60 | Commercial/industrial streets |
| 36(V) | 3(1TL) | 0 | 35 | 60 | Major commercial/industrial streets; no on-street parking permitted; parking must be provided off-street |

SUBDIVISION STANDARDS: IMPROVEMENTS                              21.85.190

| Street Section* (feet) | Number of Lanes | | Maximum Design Speed** (mph) | Right-of-Way (feet) | Application |
|---|---|---|---|---|---|
| | Moving | Parking | | | |
| 40(V) | 3(1TL) | 0 | | | Limited application for commercial and industrial areas for turning movements when traffic warrants |

*Street dimensions are from back of curb.

**Design speed (not posted speed) for vertical and horizontal curves.

***Parking may be provided off-street when a planter strip is used.

TABLE C. STRIP-PAVED AND GRAVEL STREETS, MINIMUM STANDARDS

| A.D.T. | Street* Section*** (feet) | Maximum Design Speed** (mph) | Right-of-Way (feet) | Application |
|---|---|---|---|---|
| 0—500 | 20 | 20 | 50 | Residential loop streets, rural peripheral/access roads |
| 500—1,000 | 24 | 25 | 50 | Residential loop streets, urban peripheral/access roads |
| 1,000—2,000 | 24 | 25 | 60 | Major residential streets |

*Dimensions are from edge of pavement, or future pavement in the case of gravel streets.

**Design speed (not posted speed) for horizontal and vertical curves.

***Street sections require two-foot shoulders with ten- and 12-foot driving lanes, respectively.

TABLE D. RURAL AND SUBURBAN COMMERCIAL/INDUSTRIAL STREETS, MINIMUM STANDARDS

| Street Section* (feet) | Design Speed** (mph) | Right-of-Way (feet) | Application |
|---|---|---|---|
| 20 | 20 | 50 | Commercial/industrial low traffic volume loop streets and culs-de-sac, 4-foot shoulders required both sides |
| 24 | 35 | 60 | Major commercial/industrial streets, 4-foot shoulders required both sides |

*Dimensions are from edge of pavement, or future pavement.

**Design speed (not posted speed) for vertical and horizontal curves.

AMC 21.85—9