

October 12, 2007
W.O. D01100

Mr. Mark Ha
Jack White Commercial Real Estate
3801 Centerpoint Drive #400
Anchorage, Alaska 99503

Subject: Tract A, Hillcrest Plaza Subdivision Road Design
Proposal/Agreement for Engineering Services

Dear Mr. Ha:

DOWL Engineers (DOWL) appreciates this opportunity to submit a proposal to provide civil engineering services for the Tract A, Hillcrest Plaza Subdivision Road Design project. We understand that the project goal is to construct approximately 1,000 feet of new roadway (~650 feet for Short Street and ~350 feet for Contrary Court) to facilitate the possible future development of Tract A. This proposal covers the road design; however, any development of Tract A is not included in this proposal.

We have listed critical project assumptions later in this proposal. Please review them to confirm that we understand the scope of the project.

**FEE PROPOSAL**

We propose to furnish the described services for a total lump sum fee of $110,239. This total fee consists of the following components that are covered in detail on the attached estimate:

**Phase Description**

| | |
|---|---:|
| Project Management and Meetings | $ 3,540 |
| Due Diligence | $ 3,580 |
| Geotechnical Investigation | $ 10,904 |
| Design Development | $ 48,890 |
| Construction Documents | $ 24,800 |
| Earthwork Quantity Computations | $ 1,335 |
| Permitting | $ 8,305 |
| Storm Water Pollution Prevention Plan | $ 5,005 |
| Record Drawings | $ 3,880 |
| TOTAL | $110,239 |

Mr. Mark Ha
Jack White Commercial Real Estate
October 12, 2007
Page 2

A monthly statement will be provided showing the approximate percentage completion of each of these phases. Payment will be expected within 30 days.

## SCOPE OF SERVICES

Based on our understanding of your goals for this project and the assumptions provided, we propose to perform these services:

- **Communications.** Brad Doggett, P.E., will be DOWL's Project Manager and your primary point of contact on matters within the scope of this proposal. We will provide you with verbal and/or written (e-mail) project status reports to inform you of our progress and notify you of any anticipated changes in project scope, fees or schedules, and foreseeable problems associated with the design and/or construction of the project. If you have questions or concerns at any time, please call us.

- **Due Diligence (Research/Data Collection).** We will complete a land-use site analysis that includes reviewing the proposed development plan and the zoning regulations for the following:

    - wetlands,

    - easements, soil conditions, and

    - the Anchorage Bowl Comprehensive 2020 Plan.

    We will make a site visit to observe existing conditions. We will review available drawings, gather information on topography and water, sanitary sewer, and storm drain systems. We will gather available information from other utilities. We will verify the results of our site observations and research on the topographic survey base map, which you will provide.

- **Geotechnical Investigation.** We have performed a number of subsurface investigations within the vicinity of the planned roadway and are familiar with the area. Based on our knowledge, we anticipate the native subsurface soils to consist of silty sands and gravels with the groundwater table at a depth of about ten feet. In paved areas, fill will likely be encountered below the asphalt.

    During the field investigation, we propose to drill four test borings, to depths of 20 feet each, at approximate 300-foot intervals, as shown on the attached project site plan. The test borings will be used to correlate subsurface conditions at depth along the alignment.

    The test borings will be drilled using a truck mounted drill rig if there is no snow on the ground during the time of the investigation. Otherwise, a track mounted drill rig will be used. Samples will be obtained in each test boring at two and a half feet, five feet, and at five-foot intervals thereafter using ASTM standard penetration test equipment and procedures, a modified sampler or both. The test borings will be logged by a DOWL geologist/engineer.

    Laboratory testing on the samples recovered will be performed in our laboratory, Alaska Testlab, to classify the soils and to determine their basic engineering properties. Additional testing consisting of mechanical analyses and hydrometer tests will also be performed.

    Slotted three-quarter inch PVC standpipes will be placed in each test boring to allow for monitoring of the groundwater level. That level will be checked after the water levels have been allowed to stabilize in the standpipes for a minimum of 24 hours.

Mr. Mark Ha
Jack White Commercial Real Estate
October 12, 2007
Page 3

Once the investigation has been completed, we will issue a report describing the exploration and the findings. The report will include paved traffic section recommendations and address related construction issues. The report will include a vicinity map, sketch of the test boring locations, detailed graphic logs of the test borings and laboratory test results.

- **Design Development.** We will prepare plans to include the following:

  - Road plan and profile,
  - sidewalks,
  - curb and gutter,
  - typical sections,
  - signing and striping,
  - storm drain system, and
  - demolition.

  We will use our AutoCAD system to draw these features to scale. We will provide typical sections and details to show our thinking on critical elements of the design.

  We will prepare draft specifications for the following Division 2 sections:

  - demolition,
  - earthwork,
  - grading and drainage,
  - storm sewer system,
  - bituminous concrete pavement,
  - paint markings,
  - curbs and walks, and
  - signs.

  We will modify our Master Specifications that are in the Construction Specifications Institute (CSI) format; a format compatible with the more common formats in use in Anchorage. You will provide the "front-end" documents.

  We will provide a cost estimate for civil related work based on the design development drawings.

Mr. Mark Ha
Jack White Commercial Real Estate
October 12, 2007
Page 4

- **Construction Documents.** Upon MOA review and comment on the design development plans, we will prepare a detailed grading and drainage plan.

  We will prepare separate sheets to present typical sections, details, and other information necessary to further define the grading and lighting improvements.

  We will prepare final specifications for the sections listed in the Design Development phase, ready for reproduction.

- **Earthwork Quantity Computations.** We will estimate earthwork quantities based on the approved grading plan and soils report recommendations. We will base excavation requirements on the soils report. If requested, we will make the computations used for earthwork calculations available to you and the Owner.

- **Permitting.** We will prepare and submit for the following permits and agreements:

  - Subdivision Agreement;

  - State of Alaska Department of Transportation and Public Facilities (DOT&PF) driveway permit; and

  - DOT&PF utility permits.

  We will provide permit assistance for a DOT&PF Right-of-Way (ROW) Permit.

  DOT&PF Driveway Permits. We will prepare and submit permit applications for the Contrary Court driveway connection to Old Seward. The application package includes a cover letter, copies of the plans, plat and certified plot plan, site distance triangle worksheet, driveway construction and maintenance and operations forms, and required fees. We will respond to review comments and attempt to gain approval for the work.

  DOT&PF Utility Permits. DOT&PF utility permits are required to make connections into the adjacent storm drain lines. We will prepare and submit permit applications for the utility connections. We will respond to review comments and attempt to gain approval for the work. The storm drain permit will be issued to the Owner.

  DOT&PF ROW Permit Assistance. A DOT&PF ROW permit is required to make driveway and utility connections. The permit will only be issued to a licensed and bonded contractor. We will provide the contractor information needed to submit for the permit.

- **Storm Water Pollution Prevention Plan (SWPPP).** A Storm Water Pollution Prevention Plan (SWPPP) is required because the project area is equal to or greater than one acre. We will assist both the Owner and the Contractor in complying with the local, state, and federal National Pollutant Discharge Elimination System (NPDES) requirements for construction activities. We will prepare and submit the USEPA Notice-of-Intent (NOI) form and contact the appropriate agencies for concurrence on endangered species and historic properties as required. We will propose measures to reduce degradation of water quality from construction runoff in both our design and the SWPPP. We will submit copies of the SWPPP and NOIs to MOA to comply with review requirements and to DEC, as required.

Mr. Mark Ha
Jack White Commercial Real Estate
October 12, 2007
Page 5

- **Record Drawings.** We will prepare record drawings for the civil portion of the work upon project completion to satisfy requirements of the Subdivision Agreement. We will show all significant changes in the work made during construction, including locations of underground utilities and appurtenances referenced to permanent surface improvements, based on marked-up prints, drawings and other data furnished by the contractor on the record drawings.

## ASSUMPTIONS

We have based our proposal on the following assumptions. If further investigation into the project discloses conditions other than those assumed, we will advise and assist you in making appropriate adjustments to the scope of work and budget.

- You will furnish a current title report.

- You will pay plan-check fees, inspection fees, and other agency fees.

- Platting services are not required.

- You will furnish a new site boundary and topographic survey, sufficient to compete the design in the current AutoCAD Release format.

- The project is not within a flood zone and a flood hazard permit is not required.

- The project is not within a wetlands area, and USACE and MOA wetlands permitting is not required.

- A wetlands delineation and jurisdictional determination is not required.

- A Phase I Environment Site Assessment (ESA) is not required.

- A Traffic Impact Analysis (TIA) is not required.

- Landscaping design is not included in this proposal.

- All construction will be bid under a single contract, without alternates, which require additional drawings.

- Bidding phase services are not required.

- Others will reproduce and bind bid documents.

- We have not included testing and inspection services in this proposal.

- We have not included construction staking services in this proposal.

- We will not provide coordinates for construction staking work. The construction surveyor will be responsible for preparing coordinates based on our AutoCAD drawing.

Both the Owner and the Contractor are responsible for implementing the SWPPP in accordance with local, state, and federal NPDES requirements for construction activities. Both the Owner and the Contractor are responsible for any violations.

Mr. Mark Ha
Jack White Commercial Real Estate
October 12, 2007
Page 6

- The client will assist with legal entry and access onto the site for DOWL to perform the exploration.

- Test borings will be backfilled with cuttings and restored as much as possible to original conditions before leaving the site. Test borings drilled in paved areas will be cold-patched.

- Contrary Court right-of-way will be delineated with flagging prior to drilling.

- Drilling will occur after November 12, 2007.

- Flaggers are not required during drilling.

- No survey will be performed in direct support of the geotechnical exploration. All measurements in the field will be obtained using a cloth measuring tape off existing topographic features and is only as accurate as the method implies.

- Geotechnical engineering services during permitting and construction are not included.

**DELIVERABLE PRODUCTS**

- Soils report
- Design development plan sheets
- Design development sections
- Design development details
- Draft Division 2 specifications
- Construction documents plan sheets
- Construction documents sections
- Construction documents details
- Erosion and sediment control plan sheet
- Final Division 2 specifications
- Construction cost estimate
- Earthwork quantity computations
- SWPPP
- Record drawings, civil
- AutoCAD files of civil drawings

**SCHEDULE**

We understand that you were granted preliminary approval by the platting authority on your petition S114739-1, Hillcrest Plaza to vacate easements on Tract A on January 4, 2006. We also understand that the preliminary approval is valid only for 18 months and the conditions must be met in that time frame to finalize the request. If we receive Notice-to-Proceed (NTP) by October 31, 2007 the fieldwork will take place during the month of November. We anticipate one day to complete the fieldwork. We will provide a soils report within three weeks after the fieldwork is completed. We will complete the design work in time for a bid date of May 30, 2008. We assume that the bulk of construction will take place during the 2008 construction season.

We trust this provides adequate information for evaluating our proposal. We look forward to working with you on this project and will be pleased to answer any additional questions you may have.

Sincerely,
DOWL Engineers

Kurt R. Hulteen, P.E., LEED™ AP
Civil Design Department Manager

Attachments:
    Detailed Estimate
    Standard Contract Terms and Conditions

D01100.Ha.DMT.KRH.101207.tla.mas

This proposal/agreement and the Standard Contract Terms and Conditions are accepted, and DOWL Engineers/Alaska Testlab is authorized to proceed with the work.

_____          _____
Signature                                        Date

**DOWL ENGINEERS AND ALASKA TESTLAB**
**ESTIMATE FOR PROFESSIONAL SERVICES**

PROJECT: Tract A, Hillcrest Plaza Subdivision Road Design
Tract A, Hillcrest Plaza Subdivision

CLIENT: Jack White Commercial Real Estate

WO#: D01100
DATE: 9-Oct-06
PREPARED BY: DMT

### PROJECT SUMMARY

| Phase | | Total |
|---|---|---|
| Phase 1 - Project Management and Coordination | TOTAL = | $3,540.00 |
| Phase 2 - Due Diligence | TOTAL = | $3,580.00 |
| Phase 3 - Geotechnical Investigation | TOTAL = | $10,904.00 |
| Phase 4 - Design Development | TOTAL = | $48,890.00 |
| Phase 5 - Construction Documents | TOTAL = | $24,800.00 |
| Phase 6 - Earthwork Quantity Computations | TOTAL = | $1,335.00 |
| Phase 7 - Permitting | TOTAL = | $8,305.00 |
| Phase 8 - Storm Water Pollution Prevention Plan (SWPPP) | TOTAL = | $5,005.00 |
| Phase 9 - Record Drawings | TOTAL = | $3,880.00 |
| **TOTAL ESTIMATED FEES FOR PROFESSIONAL SERVICES** | **TOTAL =** | **$110,239.00** |

### Phase 1 - Project Management and Coordination (including progress meetings)

| Labor Category | Dept. Manager | Project Manager | Project Engineer | CAD Technician | Admin Asst | Geotech PM | Field Geologist | Expenses | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Rate | $145.00 | $115.00 | $90.00 | $75.00 | $75.00 | $145.00 | $80.00 | 15% Markup | |
| Hours | | | | | | | | | |
| Prepare a Project Schedule (major milestones and deliverables only) | | 8 | | | | | | | 8 |
| Prepare for Internal Kickoff Meeting | 1 | 2 | 4 | | | | | | 7 |
| Progress Meetings - Design Development Phase | | 2 | 2 | | | | | | 4 |
| Progress Meetings - Construction Document Phase | | 2 | 2 | | | | | | 4 |
| Quality Control Review | 1 | 8 | | | | | | | 9 |
| Subtotal - Hours | 2 | 22 | 8 | 0 | 0 | 0 | 0 | | 32 |
| Subtotal - Costs | $290.00 | $2,530.00 | $720.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,540.00 |

DOWL ENGINEERS AND ALASKA TESTLAB
ESTIMATE FOR PROFESSIONAL SERVICES

PROJECT: Tract A, Hillcrest Plaza Subdivision Road Design
Tract A, Hillcrest Plaza Subdivision

CLIENT: Jack White Commercial Real Estate

WO#: D01100
DATE: 9-Oct-06
PREPARED BY: DMT

| Labor Category | Dept. Manager | Project Manager | Project Engineer | CAD Technician | Admin Asst. | Geotech PM | Field Geologist | Expenses | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Rate | $145.00 | $115.00 | $90.00 | $75.00 | $75.00 | $145.00 | $80.00 | 15% Markup | |
| Hours | | | | | | | | | |
| **Phase 2 - Due Diligence (Research/Data Collection)** | | | | | | | | | |
| Gather As-builts (Water, Sewer, Storm, Gas, Electric, Telephone, Road, Site, etc) | | | 12 | | | | | | 12 |
| Obtain Connect Cards From AWWU | | | 2 | | | | | | 2 |
| Review Planning Checklist | | 1 | 1 | | | | | | 2 |
| Review Info Gathered During Proposal Preparation | | | 1 | | | | | | 1 |
| List & Review Applicable Codes | | | 2 | | | | | | 2 |
| Review MOA Design Criteria Manual | | 1 | 1 | | | | | | 2 |
| Review MASS | | | 1 | | | | | | 1 |
| Review DOWL Design Guidelines | | | 1 | | | | | | 1 |
| Review MOA Stormwater Treatment Plan Review Guidance Manual | | 1 | 1 | | | | | | 2 |
| Review Title 21 Zoning Requirements | | | 1 | | | | | | 1 |
| Print MOA Grid Map | | | 1 | | | | | | 1 |
| Check DOWL's Soils Library | | | 1 | | | | | | 1 |
| Identify Permit Requirements | | 1 | 1 | | | | | | 2 |
| Site Visit to Check Base Map | | | 2 | | | | | | 2 |
| Update Base Map | | | 4 | 2 | | | | | 6 |
| Subtotal - Hours | 0 | 4 | 33 | 2 | 0 | 0 | 0 | | 39 |
| Subtotal - Costs | $0.00 | $460.00 | $2,970.00 | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,580.00 |

DOWL ENGINEERS AND ALASKA TESTLAB
ESTIMATE FOR PROFESSIONAL SERVICES

PROJECT: Tract A, Hillcrest Plaza Subdivision Road Design
Tract A, Hillcrest Plaza Subdivision

CLIENT: Jack White Commercial Real Estate

WO#: D01100
DATE: 9-Oct-06
PREPARED BY: DMT

| Labor Category | Dept. Manager | Project Manager | Project Engineer | CAD Technician | Admin Asst. | Geotech PM | Field Geologist | Expenses | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Rate | $145.00 | $115.00 | $90.00 | $75.00 | $75.00 | $145.00 | $80.00 | 15% Markup | |
| Hours | | | | | | | | | |
| **Phase 3 - Geotechnical Investigation** | | | | | | | | | |
| **(4 - 20' Test Borings)** | | | | | | | | | |
| Project Management | | 1 | 2 | | | 2 | 2 | | 7 |
| Meetings | | 1 | 1 | | | 1 | | | 3 |
| Mobilization and Demobilization | | | | | | | 2 | | 2 |
| Utility Locates | | | | | | | 6 | | 6 |
| Report Preparation | | | | | 4 | 2 | 8 | | 14 |
| Drafting | | | | 4 | | | | | 4 |
| Geotechnical Engineering | | | | | | 4 | 6 | | 10 |
| Geotechnical Research | | | | | | | 2 | | 2 |
| Test Hole Logging | | | | | | | 10 | | 10 |
| Geotech Field Data Collection | | | | | | | 2 | | 2 |
| **Laboratory Testing** | | | | | | | | | |
| Sieve Analysis, small sample (2500g) (2@$105ea) | | | | | | | | $210.00 | |
| Sieve Analysis, large sample (2500g to 60,000g) (2@$150ea) | | | | | | | | $300.00 | |
| Hydrometer - Frost Class (sp.grav.assumed) (2@$100ea) | | | | | | | | $200.00 | |
| **Drilling Charges (Subconsultant)** | | | | | | | | | |
| Drilling Charges (includes permit, plan, cold patch, Nodwell and truck mobilizations) - Denali Drilling (Hal - 10/04/07) | | | | | | | | $4,669.00 | |
| **Reimbursables** | | | | | | | | | |
| PVC Pipe @ $1/foot | | | | | | | | $80.00 | |
| Subtotal - Hours | 0 | 2 | 3 | 4 | 4 | 9 | 38 | | 60 |
| Subtotal - Costs | $0.00 | $230.00 | $270.00 | $300.00 | $300.00 | $1,305.00 | $3,040.00 | $5,459.00 | $10,904.00 |

DOWL ENGINEERS AND ALASKA TESTLAB
ESTIMATE FOR PROFESSIONAL SERVICES

PROJECT: Tract A. Hillcrest Plaza Subdivision Road Design
Tract A, Hillcrest Plaza Subdivision

CLIENT: Jack White Commercial Real Estate

WO#: D01100
DATE: 9-Oct-06
PREPARED BY: DMT

| Labor Category | Dept. Manager | Project Manager | Project Engineer | CAD Technician | Admin Asst. | Geotech PM | Field Geologist | Expenses | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Rate | $145.00 | $115.00 | $90.00 | $75.00 | $75.00 | $145.00 | $80.00 | 15% Markup | |
| Hours | | | | | | | | | |
| **Phase 4 - Design Development** | | | | | | | | | |
| Project Management | 2 | 12 | 18 | | | | | | 32 |
| Progress Meetings | | 4 | 8 | | | | | | 12 |
| Resolve Outstanding Issues | | 4 | 12 | | | | | | 16 |
| Site Layout/Grading Design and Drafting | | 40 | 100 | 120 | | | | | 260 |
| Storm Drain Design and Drafting | | 8 | 24 | 40 | | | | | 72 |
| Draft Specifications | | 4 | 12 | | 8 | | | | 24 |
| Peer Review of Plans | 2 | | | | | | | | 2 |
| Incorporate Comments From Review | | 4 | 16 | 24 | | | | | 44 |
| Construction Cost Estimate | | 4 | 24 | | | | | | |
| Subconsultant - Electrical Engineer (65% design drawings, specs., quantity estimating) | | | | | | | | $5,450.00 | |
| Subtotal - Hours | 4 | 80 | 214 | 184 | 8 | 0 | 0 | | 490 |
| Subtotal - Costs | $580.00 | $9,200.00 | $19,260.00 | $13,800.00 | $600.00 | $0.00 | $0.00 | $5,450.00 | $48,890.00 |

| Labor Category | Dept. Manager | Project Manager | Project Engineer | CAD Technician | Admin Asst | Geotech PM | Field Geologist | Expenses | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Rate | $145.00 | $115.00 | $90.00 | $75.00 | $75.00 | $145.00 | $80.00 | 15% Markup | |
| Hours | | | | | | | | | |
| **Phase 5 - Construction Documents** | | | | | | | | | |
| Project Management | 2 | 12 | 18 | | | | | | 12 |
| Progress Meetings | | 4 | 8 | | | | | | 16 |
| Resolve Outstanding Issues | | 4 | 12 | | | | | | 118 |
| Site Layout/Grading Design and Drafting | | 8 | 50 | 60 | | | | | 26 |
| Storm Drain Design and Drafting | | 2 | 8 | 16 | | | | | 10 |
| Final Specifications | | 2 | 4 | | 4 | | | | 2 |
| Peer Review of Plans | 2 | | | | | | | | 14 |
| Incorporate Comments From Review | | 2 | 4 | 8 | | | | | |
| Construction Cost Estimate | | 2 | 8 | | | | | | |
| Subconsultant - Electrical Engineer (100% design drawings, specs., quantity estimating) | | | | | | | | $3,400.00 | |
| Subtotal - Hours | 4 | 36 | 112 | 84 | 4 | 0 | 0 | | 240 |
| Subtotal - Costs | $580.00 | $4,140.00 | $10,080.00 | $6,300.00 | $300.00 | $0.00 | $0.00 | $3,400.00 | $24,800.00 |

**DOWL ENGINEERS AND ALASKA TESTLAB**
**ESTIMATE FOR PROFESSIONAL SERVICES**

PROJECT: Tract A, Hillcrest Plaza Subdivision Road Design
Tract A, Hillcrest Plaza Subdivision
CLIENT: Jack White Commercial Real Estate

WO# D01100
DATE: 9-Oct-06
PREPARED BY: DMT

| Labor Category | Dept. Manager | Project Manager | Project Engineer | CAD Technician | Admin Asst. | Geotech PM | Field Geologist | Expenses | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Rate | $145.00 | $115.00 | $90.00 | $75.00 | $75.00 | $145.00 | $80.00 | 15% Markup | |
| Hours | | | | | | | | | |
| **Phase 6 - Earthwork Quantity Computations** | | | | | | | | | |
| Project Management | | 1 | 1 | | | | | | |
| Earthwork Quantity Computations | | 2 | 10 | | | | | | 12 |
| Subtotal - Hours | 0 | 3 | 11 | 0 | 0 | 0 | 0 | | 14 |
| Subtotal - Costs | $0.00 | $345.00 | $990.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $1,335.00 |

| Labor Category | Dept. Manager | Project Manager | Project Engineer | CAD Technician | Admin Asst. | Geotech PM | Field Geologist | Expenses | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Rate | $145.00 | $115.00 | $90.00 | $75.00 | $75.00 | $145.00 | $80.00 | 15% Markup | |
| Hours | | | | | | | | | |
| **Phase 7 - Permitting** | | | | | | | | | |
| Project Management | 1 | 2 | 4 | | | | | | 7 |
| **MOA Subdivision Agreement** | | | | | | | | | |
| Application Deposit Fee ($300) - request to owner | | | 1 | | | | | | 1 |
| Current Certificate to Plat - request to owner | | | 1 | | | | | | 1 |
| Engineer's Itemized Cost Estimate | | 1 | 2 | | 2 | | | | |
| Copies of Preliminary Plat - request to owner | | | 1 | | | | | | 1 |
| Platting Board Minutes and Conditions of Approval | | | 1 | | | | | | 1 |
| Corporate Authority Letter or Authorization - request to owner | | | 2 | | | | | | |
| Street Section Form | | 1 | | | | | | | 1 |
| Engineering Consultation During Warranty Period | | 4 | 8 | | | | | | |
| **DOT&PF Driveway Permits/Approach Road Review** | | | | | | | | | |
| Cover Letter | | 1 | 2 | | 2 | | | | 5 |
| Permit Application | | 1 | 2 | | 2 | | | | 3 |
| Copies of site plan, plat, certified plot plan | | | 1 | | | | | | 3 |
| Site Distance Triangle Worksheet | | 1 | 2 | | | | | | 3 |
| Driveway Construction Form | | 1 | 2 | | | | | | 3 |
| Maintenance and Operations Form | | | 1 | | | | | | 3 |
| Fees - request to owner | | | 1 | | | | | | 1 |
| Owner Signatures | | | | | | | | | |
| Comment Resolution | | 2 | 8 | | 2 | | | | 12 |
| **DOT&PF Utility Permits** | | | | | | | | | |
| Permit Application | | 1 | 2 | | 2 | | | | 3 |
| Copies of Drawings/Specifications | | | 1 | | 2 | | | | 3 |
| Copies of Storm Water Calculations | | | 1 | | | | | | 1 |
| Fees - request to owner | | | 1 | | | | | | 1 |
| Owner Signatures | | | | | | | | | |
| Comment Resolution | | 2 | 8 | | 2 | | | | 12 |
| Subtotal - Hours | 1 | 18 | 56 | 0 | 14 | 0 | 0 | | 89 |
| Subtotal - Costs | $145.00 | $2,070.00 | $5,040.00 | $0.00 | $1,050.00 | $0.00 | $0.00 | $0.00 | $8,305.00 |

DOWL ENGINEERS AND ALASKA TESTLAB
ESTIMATE FOR PROFESSIONAL SERVICES

PROJECT: Tract A, Hillcrest Plaza Subdivision Road Design
Tract A, Hillcrest Plaza Subdivision

CLIENT: Jack White Commercial Real Estate

WO#: D01100
DATE: 9-Oct-06
PREPARED BY: DMT

| Labor Category | Dept. Manager | Project Manager | Project Engineer | CAD Technician | Admin Asst. | Geotech PM | Field Geologist | Expenses | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Rate | $145.00 | $115.00 | $90.00 | $75.00 | $75.00 | $145.00 | $80.00 | 15% Markup | |
| Hours | | | | | | | | | |
| **Phase 8 - Storm Water Pollution Prevention Plan (SWPPP)** | | | | | | | | | |
| Gather Information from Contractor and Owner | | | 2 | | | | | | 2 |
| Prepare a Site Map | | | 2 | 4 | | | | | 6 |
| Prepare Appendices | | 1 | 2 | | 4 | | | | 7 |
| Prepare Text | | 4 | 8 | | 8 | | | | 20 |
| Contact Regulatory Agencies | | 1 | 4 | | 4 | | | | 9 |
| Prepare Notices of Intent | | | 2 | | 2 | | | | 2 |
| Prepare Submittal to MOA | | 1 | 4 | | 2 | | | | 7 |
| Make Copies for Distribution | | | 1 | | 4 | | | | 5 |
| Subtotal - Hours | 0 | 7 | 25 | 4 | 22 | 0 | 0 | | 58 |
| Subtotal - Costs | $0.00 | $805.00 | $2,250.00 | $300.00 | $1,650.00 | $0.00 | $0.00 | $0.00 | $5,005.00 |

| Labor Category | Dept. Manager | Project Manager | Project Engineer | CAD Technician | Admin Asst. | Geotech PM | Field Geologist | Expenses | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| Hourly Rate | $145.00 | $115.00 | $90.00 | $75.00 | $75.00 | $145.00 | $80.00 | 15% Markup | |
| Hours | | | | | | | | | |
| **Phase 9 - Record Drawings** | | | | | | | | | |
| Project Management | | 2 | 4 | | | | | | 2 |
| Engineering Site Visit | | 2 | 2 | | | | | 38 | 38 |
| Record Drawing Preparation and Drafting | | | 12 | 24 | | | | | 46 |
| Subtotal - Hours | 0 | 4 | 18 | 24 | 0 | 0 | 38 | | 46 |
| Subtotal - Costs | $0.00 | $460.00 | $1,620.00 | $1,800.00 | $0.00 | $0.00 | $3,040.00 | $0.00 | $3,880.00 |
| **TOTAL HOURS** | 11 | 169 | 451 | 278 | 52 | 9 | 38 | | 1008 |
| **TOTAL COST** | $1,595.00 | $19,895.00 | $42,210.00 | $22,650.00 | $3,900.00 | $1,305.00 | $3,040.00 | $14,309.00 | $108,904.00 |

**DOWL ENGINEERS/ALASKA TESTLAB (DOWL/ATL)
STANDARD CONTRACT TERMS AND CONDITIONS**

Initial & Date
Department Manager: _____
Client: _____

1. **Standard of Care.** Services shall be performed in accordance with the standard of professional practice ordinarily exercised by the applicable profession at the time and within the locality where the Services are performed. Professional services are not subject to, and DOWL/ATL cannot provide, any warranty or guarantee, express or implied, including warranties or guarantees contained in any uniform commercial code. Any such warranties or guarantees contained in any purchase orders, requisitions or notices to proceed issued by Client are specifically objected to.

2. **Change of Scope.** The Scope of Services set forth in this Agreement is based on facts known at the time of execution of this Agreement, including, if applicable, information supplied by Client. For some projects scope may not be fully definable during initial phases. As the Project progresses, facts discovered may indicate that scope must be redefined. DOWL/ATL will promptly provide Client with an amendment to this Agreement to recognize such change.

3. **Delays.** If in this Agreement specific periods of time for rendering services are set forth, or specific dates by which services are to be completed are provided, and if such periods of time or dates are changed through no fault of DOWL/ATL, the rates and amounts of compensation provided for herein shall be subject to equitable adjustment. If Client has requested changes in the scope, extent, or character of This Part of the Project, the time of performance of DOWL's/ATL's services shall be subject to equitable adjustment.

5. **Termination/Suspension.** Either party may terminate this Agreement upon 30 days written notice to the other party. Client shall pay DOWL/ATL for all Services, including profit relating thereto, rendered prior to termination, plus any expenses of termination.

In the event either party defaults in its obligations under this Agreement (including Client's obligation to make the payments required hereunder), the non-defaulting party may, after 7 days written notice stating its intention to suspend performance under the Agreement if cure of such default is not commenced and diligently continued, and failure of the defaulting party to commence cure within such time limit and diligently continue, suspend performance under this Agreement.

6. **Insurance.** DOWL/ATL will maintain insurance coverage for Professional, Comprehensive General, Automobile, Worker's Compensation, and Employer's Liability in amounts in accordance with statutory requirements, and DOWL's/ATL's business requirements. Certificates evidencing such coverage will be provided to Client upon request.

7. **Indemnification.** DOWL/ATL shall indemnify, hold harmless, and defend the Client from and against any claim of, or liability for negligent acts, errors or omissions of DOWL/ATL under this Agreement. DOWL/ATL shall not be required to indemnify the Client for a claim of, or liability for, the independent negligence of the Client. If there is a claim of, or liability for, the joint negligent error or omission of DOWL/ATL and the independent negligence of the Client, the indemnification and hold harmless obligation shall be apportioned on a comparative fault basis. "DOWL/ATL" and "Client", as used herein, include the employees, agents, and other contractors who are directly responsible, respectively, to each. The term "Independent Negligence" is negligence other than in the Client's selection, administration, monitoring, or controlling of DOWL/ATL and in approving or accepting DOWL's/ATL's work.

DOWL/ATL shall correct, through re-performance at its expense, any services which are deficient or defective because of DOWL's/ATL's failure to perform said services in accordance with the Standard of Care, provided the Client has notified DOWL/ATL in writing within a reasonable time, not to exceed 60 days, of the discovery of any such deficiency during the performance of the services and within 12 months of the date of final payment under this Agreement.

8. **Ownership and Reuse of Project Deliverables.** All Documents are instruments of service in respect to this Project, and DOWL/ATL shall retain an ownership and property interest therein (including the right of reuse at the discretion of DOWL/ATL) whether or not the Project is completed.

Because data stored in electronic media format can deteriorate or be modified inadvertently or otherwise without authorization of the data's creator, the party receiving electronic files agrees that it will perform acceptance tests or procedures within 60 days, after which the receiving party shall be deemed to have accepted the data thus transferred. Any errors detected within the 60-day acceptance period will be corrected by the party delivering the electronic files. DOWL/ATL shall not be responsible to maintain documents stored in electronic media format after acceptance by Client.

When transferring documents in electronic media format, DOWL/ATL makes no representations as to long term compatibility, usability, or readability of documents resulting from the use of software application packages, operating systems, or computer hardware differing from those used by DOWL/ATL at the beginning of this Project.

Client may make and retain copies of Documents for information and reference in connection with use on the Project by Client. Such Documents are not intended or represented to be suitable for reuse by Client or others on extensions of the Project or on any other project. Any such reuse or modification without written verification or adaptation by DOWL/ATL, as appropriate for the specific purpose intended, will be at Client's sole risk and without liability or legal exposure to DOWL/ATL or to DOWL's/ATL's Consultants. Client shall indemnify and hold harmless DOWL/ATL and DOWL's/ATL's Consultants from all claims, damages, losses, and expenses, including attorneys' fees arising out of or resulting therefrom.

If there is a discrepancy between the electronic files and the printed copies, the printed copies govern.

Any verification or adaptation of the Documents for extensions of the Project or for any other project will entitle DOWL/ATL to further compensation at rates to be agreed upon by Client and DOWL/ATL.

9. **Material Adverse Effect.** This Agreement may be amended if an event, change or effect creates a material adverse effect upon the operation of DOWL/ATL. Such material adverse effect may be created by, or be the effect of acts of, terrorism or war (whether declared or not declared) which materially impairs DOWL's/ATL's ability to operate its business in accordance with the standard of professional practice ordinarily exercised by our profession and which formed the basis for this Agreement.

10. **Amendment.** This Agreement, upon execution by both parties hereto, can be amended only by a written instrument signed by both parties.

11. **Assignment.** Except for assignments (a) to entities which control, or are controlled by, the parties hereto or (b) resulting from operation of law, neither Client nor DOWL/ATL shall assign, sublet or transfer any claims, rights, or interest in or under this Agreement during the term of this Agreement and following its completion or termination for any reason, without prior written consent of the other party. This Agreement shall be binding upon and inure to the benefit of any permitted assigns.

**12. Statutes of Limitation.** To the fullest extent permitted by law, parties agree that, except for claims for indemnification, the time period for bringing claims under this Agreement shall expire one year after Project completion.

**13. Prevailing Party Litigation Costs.** In the event any actions are brought to enforce this Agreement, the prevailing party shall be entitled to collect its litigation costs from the other party.

**14. No Waiver.** No waiver by either party of any default by the other party in the performance of any particular section of this Agreement shall invalidate any other section of this Agreement or operate as a waiver of any future default, whether like or different in character.

**15. No Third-Party Beneficiary.** Nothing contained in this Agreement nor the performance of the parties hereunder, is intended to benefit, nor shall inure to the benefit of, any third party, including Client's contractors, if any.

**16. Severability.** The various terms, provisions and covenants herein contained shall be deemed to be separate and severable, and the invalidity or unenforceability of any of them shall not affect or impair the validity or enforceability of the remainder.

**17. Payment.** Fees and all other charges will be billed monthly as work progresses and the amount of each billing shall be due and payable within 30 calendar days of such billing. Any portion of a billing not paid within 30 days of the billing date shall be considered delinquent and shall bear a delinquency charge of one percent per month of the unpaid invoice amount.

If the Client fails to pay undisputed invoiced amounts within 30 calendar days of the date of the invoice, DOWL/ATL may at any time, without waiving any other claim against the Client and without thereby incurring any liability to the Client, cease performing work thereunder and terminate this agreement.

**18. No Responsibility for Contractor Performance.** DOWL/ATL shall not be responsible for the quality of any contractor's work, or for any contractor's failure to furnish or perform its work in accordance with the contract documents.

**19. No Responsibility for Site Safety.** Construction contractors shall be solely responsible for: the supervision, direction, and control of their work; the means, methods, techniques, sequences, and procedures of construction; safety precautions and programs; and compliance with applicable laws and regulations.

**20. Choice of Law; Venue.** This Agreement shall be governed by the laws of the state, United States territory, or Canadian province or territory in which the project is located. If the project is outside the territory of the United States or Canada, the parties agree that any lawsuit, mediation, or other hearing regarding this Agreement or its performance shall be instituted and maintained in and under the laws of the state of Alaska.

**21. Authority.** The person signing the Agreement warrants that they have the authority to sign as, or on behalf of, the party for whom they are signing.

**22. Equal Opportunity Employment.** DOWL/ATL is committed to the principles of equal opportunity and affirmative action in employment and procurement. DOWL/ATL does not discriminate against applicants, employees, or suppliers on the basis of factors protected by federal or applicable state law.

Project Name/Location: _TRACT A, HILLCREST PLAZA PORT_

Client Name/Contact Name: _JACK WHITE / MARK HA_

Phone/Fax/e-mail address:

Address:

City/State/Zip:

DOWL Engineers/Alaska Testlab Department Manager Signature:

Client Signature:

Hillcrest Park Subdivision - Short Street and Contrary Court
10/8/2007
**Cost Estimate for Improvements**

| Item No. | Section No. | Work Description | Quantity | Unit Bid Price | Total Bid Price |
|---|---|---|---|---|---|
| 1 | 20.02 | Clearing and Grubbing<br>Per LS | 1 | $20,000.00 | $20,000 |
| 2 | 20.01 | Removal of Structures and Obstructions<br>Per LS | 1 | $5,000.00 | $5,000 |
| 4 | 20.04 | Unusable Excavation<br>Per CY | 3,600 | $12.50 | $45,000 |
| 5 | 20.05 | Type II Classified Fill<br>Per TN | 7,200 | $16.00 | $115,200 |
| 6 |  | 2" Asphalt and 2" Leveling Course<br>Per SF | 33,000 | $1.25 | $41,250 |
| 7 | 20.06 | 2" Leveling Course at Pathway<br>Per SF | 9,300 | $0.50 | $4,650 |
| 8 | 20.07 | Trench Excavation and Backfill (Various Depths)<br>Per LF | 750 | $27.00 | $20,250 |
| 9 | 20.11 | Bedding Material (Class C)<br>Per TN | 100 | $23.00 | $2,300 |
| 10 | 20.17 | Remove Existing Sidewalk or Concrete Apron<br>Per SY | 70 | $53.00 | $3,710 |
| 11 | 20.18 | Remove Existing Curb and Gutter<br>Per LF | 70 | $40.00 | $2,800 |
| 12 | 20.19 | Remove Existing Pavement<br>Per SY | 100 | $4.50 | $450 |

Hillcrest Park Subdivition - Short Street and Contrary Court
10/8/2007
**Cost Estimate for Improvements**

| Item No. | Section No. | Work Description | Quantity | Unit Bid Price | Total Bid Price |
|---|---|---|---|---|---|
| 13 | 20.22 | Geotextile Fabric (Separation) Per SY | 3,600 | $2.00 | $7,200 |
| 14 | 20.28 | Storm Water Pollution Prevention Per EA | 1 | $50,000.00 | $50,000 |
| 15 | 30.02 | P.C.C. Curb and Gutter (All Types) Per LF | 1,900 | $36.00 | $68,400 |
| 16 | 30.03 | P.C.C. Sidewalk 4" Thick Per SY | 1,050 | $78.00 | $81,900 |
| 17 | 30.07 | P.C.C. Curb Ramp Per EA | 2 | $1,700.00 | $3,400 |
| 19 | 55.02 | Furnish and Install 18" CPEP, Type S Per LF | 400 | $59.00 | $23,600 |
| 21 | 55.04 | Construct Type I Manhole Per EA | 2 | $7,000.00 | $14,000 |
| 23 | 55.06 | Construct Catch Basin Per EA | 2 | $3,600.00 | $7,200 |
| 24 | 65.02 | Construction Survey Measurement Per LS | 1 | $25,000.00 | $25,000 |
| 25 | 80.05 | Lighting System Per LS | 1 | $35,000.00 | $35,000 |
| 26 | 70.19 | Traffic Markings (4" wide solid double yellow and white) Per LF | 1,000 | $21.00 | $21,000 |
| 27 | 70.19 | Traffic Markings (24" wide solid) Per LF | 100 | $20.00 | $2,000 |
| 28 | 70.20 | Standard Sign Per SF | 100 | $200.00 | $20,000 |

### Hillcrest Park Subdivition - Short Street and Contrary Court
### 10/8/2007
### Cost Estimate for Improvements

| Item No. | Section No. | Work Description | Quantity | Unit Bid Price | Total Bid Price |
|---|---|---|---|---|---|
| 29 | 70.21 | Traffic Maintenance<br>Per LS | 1 | $25,000.00 | $25,000 |
| 30 | 70.23 | Install Silt Fence<br>Per LF | 2,000 | $3.50 | $7,000 |
| 31 | 75.04 | Topsoil & Seed at Ditches - 4" Depth<br>Per MSF | 30.0 | $800.00 | $24,000 |

Total: $675,310

Page 3