NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-118-RRB |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' OPPOSITION** |
| | ) | **TO MOTION FOR** |
| v. | ) | **INTERLOCUTORY SALE OF** |
| | ) | **HILLCREST PROPERTY** |
| THREE PIECES OF REAL | ) | |
| PROPERTY LOCATED AT | ) | |
| 1301 MULDOON ROAD, | ) | |
| ANCHORAGE, ALASKA 99504, | ) | |
| 1625 E. 64th AVENUE, | ) | |
| ANCHORAGE, ALASKA 99507, AND | ) | |
| NHN HILLCREST S/D 8 LOTS, | ) | |
| ANCHORAGE, ALASKA 99515, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    COMES NOW plaintiff United States of America, by and through counsel, and hereby

opposes, on a limited basis, the instant motion.

The government does not concede that the property owners have suffered any "unreasonable delay"[1] in securing release of the property. This litigation has only been pending for 18 months, parallel to a complex criminal conspiracy for which the owners (if alive) would have been indicted. The government is unaware of a single offer to purchase this property, until now.

The fairness of that offer is the government's objection at this time. While the Treasury Department has not seized the property, and is therefore, not the custodian of it at this time, that agency has the most to lose if an undervalued interlocutory sale is approved. The Motion for Interlocutory Sale appears to rely on a 2005, one-page "Limited Summary Appraisal Update" (Memorandum at Exhibit 4).

The second concern is the possible, inadvertent appearance of impropriety in the government's simply accepting the appraisal at face value, releasing the Lis Pendens, and allowing a private sale to occur, without any scrutiny of the buyer or allowing other buyers to bid. This contrasts with the interlocutory sale previously approved by the Court, because the Muldoon property was already under written contractual agreement with the City of Anchorage when the United States instituted litigation.

With an updated, independent appraisal, and notice (at a minimum) and opportunity

---

[1] In the Memorandum at page 12, Supplemental Rule E(9)(b)(B) is cited. However, that provision has been completely abrogated by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G"). Rule G(7), effective December 1, 2006, governs interlocutory sales in civil forfeiture actions. "A Guide to Interlocutory Sales and Expedited Settlement", U.S. Department of Justice, July 2007 at II-3.

to object afforded to all interested parties, it is possible that the parties could jointly submit a motion for interlocutory sale for the Court's approval. Since those protections are not in place at this time, there is no "good cause" for ordering interlocutory sale at this time, and movant has failed to establish any of the other criteria under Rule G(7)(b)(i)(A)–(D). As such, Rule G(7) clearly states that the rigorous requirements of 28 U.S.C. §§ 2001, 2002, and 2004 govern the proposed, interlocutory sale, until the parties are in agreement with the Court's approval.

Respectfully submitted this 18th day of January, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing

Opposition was served electronically or via U.S. Mail (as designated below), this 18th day of January, 2008, on:

Robert P. Owens, MOA–Department of Law  (electronically)

John R. Beard, Counsel for FNBA  (electronically)

Robert H. Schmidt, Counsel for David Faulk  (electronically)

William Sherman, Counsel for Nada Mortenson  (electronically)

David Bundy, Counsel for Kelly Bryant  (electronically)

Charles Evans, Counsel for Don Smith  (electronically)

Gary D. De Pue  (via U.S. Mail)
1625 E. 64th Avenue, #16
Anchorage, AK 99507

John W. & Luella Sutherland  (via U.S. Mail)
P.O. Box 671950
Chugiak, AK 99567

Pacific Alaska Leasing  (via U.S. Mail)
8401 Brayton Dr., Suite 200
Anchorage, AK 99507

Richard Noble  (via U.S. Mail)
275 S. Hoyt
Anchorage, AK 99508

Christopher Messerli, PR for Estate of Thomas Cody, IV  (via U.S. Mail)
12097 Vintage St. NW
Coon Rapids, MN 55433

s/James Barkeley