Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel:  (907) 277-1966
wfs@lexalaska.com

Attorney for Nada Mae Mortenson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>THREE PIECES OF REAL PROPERTY LOCATED AT 1301 MULDOON ROAD, ANCHORAGE, ALASKA 99504, 1625 E. 64th AVENUE, ANCHORAGE, ALASKA 99507, AND NHN HILLCREST S/D 8 LOTS, ANCHORAGE, ALASKA 99515,<br><br>              Defendants. | Case No. A06-CV-00118 RRB<br><br><br><br><br><br>**MOTION TO WITHDRAW MOTION FOR INTERLOCUTORY SALE OF HILLCREST PROPERTY** |

Claimant Nada Mae Mortenson hereby withdraws her Motion for Interlocutory Sale of Hillcrest Property, filed as Document 78 on January 4, 2008.

DATED, January 24, 2008, at Anchorage, Alaska

/s WILL SHERMAN
645 G St., Suite 100 #856
Anchorage, AK 99501
Tel:    (907) 277-1966
Fax    (866) 398-3561
e-mail: wfs@lexalaska.com
ABA #0205014

- 1 -

- 2 -

**CERTIFICATE OF SERVICE**

I certify that on January2 4, 2008,  a copy of this document was served <u>electronically</u> by ECF upon:

James N. Barkeley     jim.barkeley@usdoj.gov, katie.voke@usdoj.gov; joy.mcculloch@usdoj.gov; kristine.o'neill@usdoj.gov; usaak.ecf@usdoj.gov

John R. Beard     jrbeard@alaska.net

David H. Bundy     dhb@alaska.net

Charles G. Evans     locge@gci.net

Robert P. Owens     uslit@muni.org

Frank V. Russo     Frank.Russo@usdoj.gov,

Robert Hans Schmidt     schmidtr@groheggers.com

And by U.S. Mail on January 4, 2008,  upon:

Richard Noble
275 S. Hoyt St.
Anchorage, AK 99508

John Sutherland
Luella Sutherland
P.O. Box  671850
Chugiak, AK 99567

Gary E. Depue
1625 E. 64th #16
Anchorage, AK 99507

<u>s/ Will Sherman</u>
Certification Signature