NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-118-RRB |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| v. | ) | |
| | ) | |
| THREE PIECES OF REAL | ) | |
| PROPERTY LOCATED AT | ) | |
| 1301 MULDOON ROAD, | ) | |
| ANCHORAGE, ALASKA 99504, | ) | |
| 1625 E. 64th AVENUE, | ) | |
| ANCHORAGE, ALASKA 99507, AND | ) | |
| NHN HILLCREST S/D 8 LOTS, | ) | |
| ANCHORAGE, ALASKA 99515, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby submits this status report pursuant to the Court Order at docket 84. Although the plea of Thomas Ranes in Case No. 3:06-cr-041-RRB indicates that that case is nearly concluded, the

investigation of defendants in that case has yielded numerous leads which remain to be investigated. If the government were to engage in civil discovery at this juncture, at least three multiple-defendant criminal investigations would be impaired by the disclosure of the government's basis for forfeiture in this action. Therefore, the government's affirmative provision of discovery should be further delayed in deference to these ongoing criminal investigations, the details of which, if necessary, can be disclosed to the Court on an ex parte, in camera basis in conjunction with a formal motion to stay these proceedings. On the other hand, the government continues to suggest that claimants can and should provide their discovery to the government while parallel criminal investigations proceed.

    Respectfully submitted this 10th day of March, 2008, in Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney

    s/James Barkeley
    JAMES BARKELEY
    Assistant U.S. Attorney
    Federal Building & U.S. Courthouse
    222 W. 7th Avenue, #9, Rm. C-253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3699
    Fax: (907) 271-6011
    Email: jim.barkeley@usdoj.gov
    Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing
STATUS REPORT was served electronically, or via U.S. Mail/facsimile if
designated below, this 10th day of March, 2008, on:

William Sherman, Counsel for Nada Mortenson & Thomas Cody IV Conservatorship
645 G Street, Suite 100
Anchorage, AK 99501

Robert H. Schmidt, Counsel for David Faulk
Groh Eggers, LLC
3201 C Street, Suite 400
Anchorage, AK 99503-3967

Charles G. Evans, Counsel for Don Smith
Law Offices of Charles G. Evans
1351 Huffman Road, Suite 201
Anchorage, AK 99515

David Bundy, Counsel for Kelly Bryant
Allen N. Dayan & Associates
701 W. 4th Avenue, Suite 230
Anchorage, AK 99501

Gary D. De Pue  (served via U.S. Mail)
1625 E. 64th Avenue, #16
Anchorage, AK 99507

John R. Beard, Counsel for FNBA
425 G Street, Suite 630
Anchorage, AK 99501

John W. & Luella Sutherland  (served via U.S. Mail)
P.O. Box 671850
Chugiak, AK 99567

s/James Barkeley